CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-9487                                                                                  DIVISION "F"

JAMES LEOMA GADDY

VERSUS

TAYLOR-SEIDENBACH, INC., *ET AL.*

FILED: _____          _____
                                                                          DEPUTY CLERK

### FIRST SUPPLEMENTAL PETITION FOR DAMAGES

**COME NOW** Petitioners, by and through undersigned counsel, who respectfully represents as follows:

**1.1** Decedent, James Leoma Gaddy, died on January 29, 2019, of malignant mesothelioma caused by his exposure to asbestos, leaving the following statutory survivors:

    **A.** Theresa G. Adams, daughter, an adult resident citizen and domiciliary of Washington County, State of Arkansas;

    **B.** James C. Gaddy, son, and adult resident and domiciliary of Benton County, State of Arkansas.

**1.2** Petitioners hereby assert all claims on behalf of James Leoma Gaddy pursuant to Louisiana Civil Code Article 2315.1.

**1.3** As a direct and proximate result of the delictual conduct of the defendants, as set forth in Plaintiff's Petition for Damages, Petitioners, have lost the love, affection, society, support, services and all other damages due pursuant to Louisiana Civil Code Article 2315.2, and asserts this wrongful death action against the defendants.

WHEREFORE, Petitioners pray that the Petition for Damages be supplemented in the above particulars and that, after due proceedings had, there be judgment herein in favor of Petitioners in appropriate amounts to be determined by the fact finder, said judgments against all defendants, jointly, severally, and *in solido*, said amounts to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

**Exhibit B**

Respectfully Submitted,

LANDRY & SWARR, L.L.C.

_____
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
MATTHEW C. CLARK, Bar No. 31102
1010 Common Street • Suite 2050
New Orleans • Louisiana • 70112
Telephone:   504.299.1214
Facsimile:    504.299.1215
lslaw@landryswarr.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record on the 5th day of ~~January~~ FEBRUARY, 2019, via the method indicated below:

- { } certified mail/regular mail
- { } facsimile
- {x} E-mail delivery (to all counsel of record via the agreed E-Mail service list)
- { } federal express/hand delivery
- { } deposit with Digital Legal Services, 1010 Common St., Suite 910, New Orleans, LA 70112

_____
MATTHEW C. CLARK

**PLAINTIFF'S COUNSEL WILL SERVE ALL OTHER DEFENDANTS VIA La C.C.P. Art. 1313.**

2