

Deposition of
# James Leoma Gaddy

**Date:** November 13, 2018

**Case:** James Leoma Gaddy v. Taylor-Seidenbach, Inc., et al.

**No.** 2018-9487

**Court Reporter:** Allison D. Weber, CSR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com



Page 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS


STATE OF LOUISIANA


NO.:  2018-9487                    DIVISION "F"

JAMES LEOMA GADDY

VERSUS

TAYLOR-SEIDENBACH, INC., ET AL.


      The videotaped deposition of

JAMES LEOMA GADDY, taken in the above-entitled

cause, before Allison D. Weber, CSR, a notary

public of Cook County, Illinois, on

November 13, 2018, at the hour of 11:49 o'clock

a.m. at 75 North East Avenue, Fayetteville,

Arkansas, pursuant to notice.




Reported by:  Allison D. Weber, CSR
License No.:  084-002238

James Leoma Gaddy
November 13, 2018

### Page 2

APPEARANCES:

LANDRY & SWARR, L.L.C.
BY: MR. MATTHEW C. CLARK
1010 Common Street
Suite 2050
New Orleans, Louisiana 70112
(504) 299-1214
mcclark@landryswarr.com
    Appearing on behalf of the Plaintiff;

BIENVENU BONNECAZE FOCO
VIATOR & HOLINGA, APLLC
BY: MR. DAVID M. BIENVENU, JR.
4210 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809
(225) 388-5600
david.bienvenu@bblawla.com
    Appearing on behalf of the Defendant,
    Ethyl Corporation;

FORMAN WATKINS & KRUTZ, LLP
BY: MS. ELIZABETH PENN
210 East Capitol Street
Suite 2200
Jackson, Mississippi 39201
(601) 974-8767
elizabeth.penn@formanwatkins.com
    Appearing on behalf of the Defendants,
    International Paper Company,
    Owens-Illinois, Inc., d/b/a O-I;

### Page 3

HAILEY MC NAMARA LAW FIRM
BY: MR. GABRIEL J. VENINATA  (VIA TELEPHONE)
1 Galleria Boulevard
Suite 1400
Metairie, Louisiana 70011
(504) 836-6500
gabe_veninata@haileymcnamara.com
    Appearing on behalf of the Defendant,
    Taylor-Seidenbach, Inc.;

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
BY: MS. KATHERINE HANNAN  (VIA TELEPHONE)
601 Poydras Street
Suite 2775
New Orleans, Louisiana 70130
(504) 568-1990
khannan@lawla.com
    Appearing on behalf of the Defendant,
    The Travelers Indemnity Company, as
    an alleged insurer of The Aber Company,
    Inc.;

PUGH ACCARDO
BY: MS. JACQUELINE A. ROMERO
1100 Poydras Street
Suite 3300
New Orleans, Louisiana 70163
(504) 799-4530
jromero@pugh-law.com
    Appearing on behalf of the Defendant,
    Arrowood Indemnity Co.;

### Page 4

SIMON, PERAGINE, SMITH & REDFEARN, LLP
BY: MR. JAMES R. GUIDRY
1100 Poydras Street
30th Floor, Energy Center
New Orleans, Louisiana 70163
(504) 569-2030
jguidry@spsr-law.com
    Appearing on behalf of the Defendant,
    The McCarty Corp.;

REECE MOORE PENDERGRAFT, LLP
BY: MR. LEE MOORE
75 North East Avenue
Suite 500
Fayetteville, Arkansas 72702
(479) 443-2705
lmoore@rmp.law
    Appearing on behalf of the deponent.


ALSO PRESENT:

    Seth Garrett, videographer

### Page 5

I N D E X

| WITNESS | PAGE |
| --- | --- |
| JAMES LEOMA GADDY | |
| Exam by Mr. Clark | 10 |
| Exam Mr. Bienvenu | 68 |
| Exam by Ms. Penn | 157 |
| Exam by Ms. Romero | 219 |
| Exam by Mr. Guidry | 221 |
| Further Exam by Mr. Clark | 226 |

E X H I B I T S

| NUMBER | MARKED FOR ID |
| --- | --- |
| Exhibit | |
| No. 1A | 67 |
| No. 1B | 67 |
| No. 2 | 133 |
| No. 3 | 145 |

2 (Pages 2 to 5)

James Leoma Gaddy
November 13, 2018

Page 6

1           (Whereupon, the following
2               proceedings were had off the
3               video record:)
4           MR. CLARK:  So today we'll take the
5   deposition according to the Louisiana Rules of
6   Civil Procedure.
7           Can I get an agreement of counsel on
8   that?
9           MS. ROMERO:  Yes.
10          MR. BIENVENU:  Yes.
11          MS. PENN:  Yes.
12          MR. GUIDRY:  Yes.
13          MR. CLARK:  Which includes that all
14  objections but for form and responsiveness are
15  reserved.  Do we have an agreement on that?
16          MR. BIENVENU:  Stipulated.
17          MS. ROMERO:  Yes.
18          MS. PENN:  Yes.
19          MR. CLARK:  An objection by one defense
20  counsel is good for all as far as I'm
21  concerned.
22          Are you guys good with that?
23          MS. ROMERO:  Yes.
24          MR. BIENVENU:  Yes.

Page 7

1           MR. CLARK:  And, of course, if you want
2   to opt out of any defense counsel objection,
3   you may do so.
4           Are you good with that?
5           MR. BIENVENU:  Yes.
6           MR. CLARK:  I'm done with my piece.
7           Do you have something else?
8           MS. PENN:  Yes.  This is Elizabeth Penn
9   representing Owens-Illinois, Incorporated
10  doing business as O-I and International Paper
11  Company.
12          I am appearing at this deposition
13  today as a courtesy.  My clients have not yet
14  filed a responsive pleading in this matter.
15          In no way is my appearance at this
16  deposition to be deemed a waiver of my
17  clients' rights, objection, exceptions or
18  their ability to file an answer and
19  affirmative defenses in this matter.
20          MS. ROMERO:  Defendants join in that.
21          MS. PENN:  Is there any objection by
22  plaintiff's counsel about reservation of
23  rights?
24          MR. CLARK:  No, there's not.

Page 8

1           MR. BIENVENU:  Also, this is
2   David Bienvenu for Ethyl Corporation.  This
3   deposition is being taken pursuant to a notice
4   issued by counsel for plaintiff
5   within, I think, 60 days of the lawsuit being
6   filed.
7           Prior to the deposition today, we
8   have not been yet able to obtain a Social
9   Security printout, nor employment records
10  which could be relevant and necessary for
11  full cross-examination of the witness.
12          To the extent those records
13  received in the future contain information
14  that might be relevant to further
15  cross-examination of Mr. Gaddy, Ethyl
16  reserves its right to keep the deposition
17  open and redepose Mr. Gaddy on any newly
18  acquired information that might be obtained
19  after the completion of the deposition
20  today.
21          MS. PENN:  We'll join.
22          MR. CLARK:  So this is plaintiff's
23  counsel.  Respect the reservation, and just
24  for the record, we'll deal with it if and when

Page 9

1   that happens.
2           (Whereupon, the following
3               proceedings were had on the
4               video record:)
5           THE VIDEOGRAPHER:  This is the videotaped
6   deposition of James Gaddy.  Today's date is
7   November 13th, 2018.  The time is 11:49 a.m.
8           This is the case of Gaddy versus
9   Taylor-Seidenbach.  The case number is
10  2018-9487, Division F.  The case is pending
11  in the Civil District Court for the Parish
12  of New Orleans, State of Louisiana.
13          My name is Seth Garrett and I'm
14  representing Paszkiewicz Court Reporting.  The
15  court reporter is Allison Weber, also
16  representing Paszkiewicz Court reporting.
17          This deposition is taking place at
18  Reece Moore & Pendergraft.  All attorneys
19  present will be indicated on the stenographic
20  record.
21          The court reporter will now swear in
22  the witness.
23
24          (Witness sworn.)

3  (Pages 6 to 9)

James Leoma Gaddy
November 13, 2018

Page 10

1          JAMES LEOMA GADDY,
2 called as a witness herein, having been first duly
3 sworn, was examined and testified as follows:
4          EXAMINATION
5 BY MR. CLARK:
6     Q.  Okay.  First things first.  Would you
7 give your full name for the record, please.
8     A.  James Leoma Gaddy.
9     Q.  Do you go by any nicknames or short like
10 Jim?
11    A.  Jim, please.
12    Q.  Okay.  So, Jim, is this your first
13 deposition?
14    A.  I believe it is.
15    Q.  Let me just go over --
16    A.  I would remember, I think, if I had been
17 through this before.
18    Q.  Okay.  So let me go over a few ground
19 rules with you so that you can be as comfortable as
20 possible with the process.
21         Would that be all right?
22    A.  Sure.
23    Q.  All right.  So we operate today at your
24 pace and according to your comfort, so if you need

Page 11

1 a break, please just let me know, or whoever it
2 might be that's asking you a question for that
3 break.
4         Can you do that for us?
5    A.  Sure.
6    Q.  Now, the only exception to that will be
7 if there's been a question posed to you, so if
8 that's the case, then we just ask that you answer
9 the question, and then we can break.
10        Does that sound okay?
11    A.  Sure.
12        THE VIDEOGRAPHER:  May I interject real
13 fast?
14        MR. CLARK:  Sure.
15        THE VIDEOGRAPHER:  Can I have you just
16 face more towards the camera?  And you can
17 look at him, just look for recording purposes.
18 Sorry about that.
19        THE WITNESS:  Yes.
20 BY MR. CLARK:
21    Q.  So your deposition is being shot by a
22 videographer, but it's also being transcribed by a
23 court reporter, which means that oral answers are
24 going to be important.

Page 12

1 What I mean by that is head nods,
2 yes or nos that just are a shake of the head, that
3 works in general conversation, but it's not going
4 to work for the court reporter, so to the extent
5 that you can, please remember to give us oral
6 answers, okay?
7    A.  Right.
8    Q.  A little bit beyond that, uh-huhs and
9 un-huhs work in general conversation.  I do it all
10 the time, probably too much, but for the court
11 reporter's benefit, if you could give yes and no,
12 that would be helpful.
13    A.  I'll try to remember that.
14    Q.  The next thing is another thing that goes
15 back to general conversation, and I'm guilty of it,
16 it's talking over one another.  This too is going
17 to be for the court reporter's benefit.
18        So that she can type down the most
19 accurate record of your responses and our questions
20 possible, I just ask that you wait until the
21 questioner has finished with his or her question,
22 then respond.
23        Can you do that for us?
24    A.  Sure.

Page 13

1    Q.  And I'll try to -- I'll do my best to do
2 the same so that I don't step on your responses
3 with a question, okay?
4    A.  Okay.
5        MR. CLARK:  Anything I'm forgetting,
6 counsel, around the table?  Okay.
7 BY MR. CLARK:
8    Q.  So let's get into the deposition.  We are
9 here in Fayetteville with a videographer, who's
10 recording your testimony, and as I mentioned a
11 court reporter who is typing everything you say and
12 I say.
13        Now, do you know why we are here
14 in Fayetteville for your deposition?
15        MR. BIENVENU:  Objection to form.
16 BY MR. CLARK:
17    Q.  That's okay.  And that's something I
18 should have mentioned, though.  That's a good
19 point.  From time to time you'll hear objections.
20 Those are things not for you to be concerned with
21 or to respond to, those are things that the lawyers
22 who are in this room or over the phone will deal
23 with at a later time.
24        So if somebody lodges an objection

4 (Pages 10 to 13)

James Leoma Gaddy
November 13, 2018

Page 14

1  like Mr. Bienvenu just did, just wait until he's
2  finished, and unless I have asked you not to
3  respond or suggested that you not respond, you can
4  respond, okay?
5  **A.  Okay.**
6  Q.  How are you feeling today?
7  **A.  I have been better.**
8  Q.  Now, you say -- why do you say that?
9  **A.  Well, I have mesothelioma, which has**
10 **curtailed my energy.  I don't have any great pain,**
11 **but I have a lot of discomfort, and so in the past,**
12 **I have felt much better than this.**
13 Q.  Okay.  If during the course of this
14 deposition you do feel pain or feel a loss of
15 energy or feel that you need to eat something, just
16 please let us know, okay?
17 **A.  Okay.**
18 Q.  Now, you mentioned mesothelioma.
19     Do you remember about when you
20 were diagnosed with mesothelioma?
21 **A.  About three months ago.  I'd say July.  I**
22 **don't know exactly the date, but sometime along**
23 **about late July.**
24 Q.  Did the doctor share a prognosis with

Page 15

1  you?
2  **A.  Yes.**
3  Q.  What did he tell you?
4  **A.  He said I had incurable cancer of the**
5  **pleura, which is the lining, I guess, of the lungs**
6  **and the heart.**
7  Q.  Did he tell you -- strike that.
8      If you could help us understand
9  what you were thinking or feeling when you heard
10 that.
11 **A.  Well, I have -- I knew I had something**
12 **serious going on, but I didn't realize it was that**
13 **serious, so it was kind of a stunned moment.  But**
14 **have gotten past that and ready to move on.**
15 Q.  Since your diagnosis, have you received
16 any treatment for your mesothelioma?
17 **A.  I have had three infusions of Keytruda,**
18 **which is a chemical, I guess.  It's a form of**
19 **chemotherapy.**
20 Q.  Any side effects that you felt from your
21 Keytruda treatments?
22 **A.  And fairly serious side effects.  First**
23 **of all, sores in my mouth, on my arms and hands,**
24 **loss of energy, shortness of breath.  I have a**

Page 16

1  **catch in my knee, maybe that's old age, I don't**
2  **know.  But, anyway, lots of maladies like that that**
3  **slow me down.**
4      **I hadn't been fishing since I had**
5  **contacted -- or since I found out I had**
6  **mesothelioma.  The fish are happy about that.**
7  Q.  Is fishing something that you enjoy
8  doing?
9  **A.  Very much.**
10 Q.  Is that something that -- well, I'd just
11 like to get, I guess, an understanding of the
12 things that you feel you can't do or do to your
13 expectations because of mesothelioma.
14     So any hobbies or any other
15 activities that you could let us know, please do.
16 **A.  Well, my activities have in the past**
17 **consisted of traveling a couple of times a month,**
18 **perhaps, to go fishing or to go to conferences or**
19 **meetings.  I don't do that anymore.**
20     **I don't have any energy for physical**
21 **activity, so I might have to -- I live on the**
22 **second floor of my daughter's home, and so I have**
23 **to stop a couple of times going up the stairs to**
24 **make it all the way.  And so life is certainly**

Page 17

1  **curtailed and not very exciting.  I sleep a lot.**
2  Q.  And you mentioned taking longer to go up
3  and down stairs.  It sounds like that bothers you.
4  Does it?
5  **A.  Yeah.  I'm used to being active and**
6  **energetic, and that's not happening.**
7  Q.  Have you had any fluid drained from your
8  body?
9  **A.  Yes.  Once.  I guess it was before they**
10 **diagnosed me with the mesothelioma.  I had fluid**
11 **drained.**
12 Q.  Do you know about how much fluid was
13 drained?
14 **A.  I think I remember the amount was about**
15 **one-and-a-half liters.**
16 Q.  Do you remember anything at all about the
17 medical procedure that allowed for the draining?
18 **A.  I just know that they inserted two tubes,**
19 **I don't know what the second one was for, but two**
20 **tubes in my lower side and back, and drained the**
21 **fluid out, and it's -- the fluid has built up**
22 **again, so I probably need another drainage**
23 **procedure.**
24 Q.  Can you feel when fluid is built up?

5 (Pages 14 to 17)

James Leoma Gaddy
November 13, 2018

Page 18

1      A.  I can.
2      Q.  Describe that feeling for us.
3      A.  Well, there's a tightness certainly in my
4   abdomen, sometimes a shooting pain or two,
5   discomfort just by virtue of the way it always
6   feels.
7      Q.  How long of a process was that drainage
8   treatment, if you remember?
9      A.  I was out cold, so I don't remember.  But
10  less than an hour probably, maybe shortly less than
11  an hour, as I recall the conversations going on
12  afterward.
13     Q.  Are the tubes that you told us about
14  still in your body or were they removed?
15     A.  No, they were taken out.
16     Q.  Okay.  And so I'm assuming if you do have
17  to have another drainage procedure, they'll have to
18  reinsert the tubes.
19     A.  Yes.
20     Q.  Any pain from the procedure as you come
21  out of it?
22     A.  The procedure?  You mean the drainage?
23     Q.  The drainage.  I'm sorry, yeah.
24     A.  Not significant.  Not like other pains

Page 19

1   that I have from the mesothelioma.
2      Q.  If I ask you to think of one thing to
3   share with the jury that would help them understand
4   how your life with mesothelioma is, what would you
5   tell them?
6      A.  Well, curtailed, no energy.  I still have
7   a company that I look after, and so I try to have
8   enough time to manage that, but a pretty dull life,
9   no fishing, no traveling, a lot of sleep and
10  hopefully I'm going to get better, but I don't know
11  that.
12     Q.  If I asked you to let the jury know the
13  most important thing or things that you believe you
14  won't be able to do because of your mesothelioma,
15  what would that be?
16     A.  Well, I can't dunk the basketball
17  anymore, can't play racquetball.  I don't fish, so
18  it's a pretty dull existence.  I still enjoy my
19  work, and that's demanding, so that keeps me
20  thinking, anyway.
21     Q.  Your work, can you just, I guess, briefly
22  help -- you mentioned it a couple of times, and so
23  I want the jury to be able to understand what it is
24  you're talking about, if you could briefly explain.

Page 20

1      A.  Well, I came out of an academic
2   background at the University of Arkansas and
3   University of Missouri where I did research in
4   energy conversion, the conversion of waste
5   materials into liquid fuels and electricity.
6      And we developed a process to develop
7   ethanol from anything carbonaceous, this table or
8   anything that has carbon can be converted to
9   ethanol, liquid fuel.
10     We also produce electricity, and we
11  had another product, acetic acid that we can
12  produce.  That's a-c-e-t-i-c in case you don't
13  recognize it.
14     And so those processes are in the
15  process of being commercialized, and we are looking
16  at projects in Africa right now to convert their
17  MSW, their municipal solid waste, into electricity.
18  They have a serious problem with disposal of their
19  residues, and they need electricity.
20     And so the obvious solution is to
21  convert the waste into power.  There's not a single
22  waste-to-energy plant on the continent of Africa
23  because it's too expensive, and so our technology
24  will double the amount of power that's produced,

Page 21

1   which is the only source of revenue -- they don't
2   have tipping fees for their waste.
3      And so if you can double the
4   revenue, the economics then are attractive, and
5   so our purpose is to -- is to build waste-to-energy
6   plants in developing countries and to use the
7   proceeds, the profits then to spread the gospel in
8   those -- or to come under and lift up the churches
9   in those areas.
10     Q.  So I take it from your response that
11  you're a man of faith?
12     A.  Yes, sir.
13     Q.  And your faith is important to you?
14     A.  Yes, sir.
15     Q.  And your faith is a component of the work
16  that you just described to us.  Did I get that
17  right?
18     A.  Yes, sir, the purpose of my work.
19     Q.  And so I have to ask you if you think
20  that mesothelioma is going to have any impact on
21  your ability to carry out that purpose.
22     A.  I hope not.  If the Lord will give me a
23  couple of years, we'll have this technology
24  demonstrated.  And if the doctors are right, I

6 (Pages 18 to 21)

James Leoma Gaddy
November 13, 2018

Page 22

1   have six months, then that won't happen.  I'm
2   depending on the Lord to give me some time.
3         Q.  So faith is a way for you to keep going
4   despite the diagnosis?
5         A.  Yes.
6         Q.  Does the possibility that you won't have
7   enough time to carry out that mission weigh on you
8   at all?
9         A.  Sure, it does, yeah.  The last 30 years
10  of my life have been dedicated to that purpose, and
11  so it's very important.  It's the primary reason
12  that I exist, I guess.
13        Q.  You have done a great job of helping us
14  understand about you, Jim, the man.  And let's keep
15  going in that direction.
16            Can you give us your date of birth
17  and age, please?
18        A.  August 16, 1932.  I am 86 years old.
19        Q.  And you mentioned that you live in the
20  upstairs of your daughter's home.  What's the
21  address?
22        A.  3871 North Sassafras Hill Road.
23        Q.  Where is that?
24        A.  Fayetteville, Arkansas.  Sorry.  I'm

Page 23

1   still looking for the sassafras tree, but -- it's
2   there somewhere, I assume.
3         Q.  Are you or were you ever married?
4         A.  Yes, sir.  37 years to a wonderful lady.
5         Q.  She's no longer with us?
6         A.  Oh, I'm sorry, yes.  She passed away nine
7   years ago.
8         Q.  We know that you have a daughter.  Any
9   other children?
10        A.  I have a son.
11        Q.  What's his name?
12        A.  Jim.  James Courtney Gaddy.
13        Q.  Would you like to take a break?
14        A.  No, I'm fine.
15        Q.  Okay.  And what's your daughter's name?
16        A.  Theresa Ann Gaddy.
17        Q.  Do you have any grandchildren?
18        A.  I have eight grandchildren, five by my
19  daughter, three by my son, and I have four
20  great-grandchildren.
21        Q.  Wow.
22        A.  And growing.
23        Q.  That's nice.  Well, I have a very young
24  son, and I know it takes a lot of energy to keep up

Page 24

1   with them.  And so I'm wondering if your
2   mesothelioma makes you feel as though it's
3   difficult or even impossible to keep up with the
4   grandkids or great-grandkids.
5         A.  Well, you know, I still enjoy being with
6   them, but I don't have a lot of energy to exert to
7   play with them.  So the disease, fortunately, is
8   not contagious, so I'm not constrained in that
9   regard, it's just the energy factor that curtails
10  my activity.
11        Q.  What is your highest level of education?
12        A.  Ph.D. in chemical engineering.
13        Q.  And from what schools did you graduate?
14        A.  Well, goodness, I went to Louisiana Tech
15  for a B.S. in chemical engineering.  Came to
16  Arkansas, University of Arkansas for a Master's and
17  went to the University of Tennessee for a Ph.D.
18            And then moved to Missouri,
19  University of Missouri where I taught for ten
20  years, and then came here in the chemical
21  engineering department, I think it was 11 or 12
22  years before I retired.
23        Q.  Okay.  For whom have you worked as a
24  chemical engineer?

Page 25

1         A.  Started at Ethyl Corporation 1955, I
2   believe, January; and then for Arkla Chemical till
3   about 1966 maybe, or '67; and then the University
4   of Missouri -- University of Arkansas was the
5   employers; a summer job at Oak Ridge, Tennessee,
6   Oak Ridge National Lab; also a summer job at
7   University of -- at International Paper, summer
8   jobs for a couple of years.
9         Q.  So Oak Ridge National Laboratory, about
10  how old were you when you were working there?
11        A.  I was a Master's -- or Ph.D. student at
12  the University of Tennessee, so I was probably 35
13  at that time.
14        Q.  What were you doing for the laboratory?
15        A.  I was a chemical engineer.  They do, as
16  most government laboratories, they had broad
17  research activities, and my specialty is -- was
18  energy production from residues, so I worked in
19  that area for Oak Ridge.
20        Q.  Do you think that you worked -- do you
21  think that you worked with asbestos at the
22  laboratory?
23        A.  I doubt it.  I certainly didn't work in
24  any --

7 (Pages 22 to 25)

James Leoma Gaddy
November 13, 2018

Page 26

1       DEFENSE COUNSEL (PHONE): I'm in a
2   deposition. Can I call you back?
3       THE WITNESS: Okay. Call us back.
4       So what was the question again? I
5   lost track.
6   BY MR. CLARK:
7   Q. So we were talking about --
8   A. Oak Ridge.
9   Q. -- Oak Ridge Laboratory.
10  A. Okay. I only worked there one summer.
11  And I don't recall any asbestos in any of my
12  activities, could have been some piping or
13  something, but I can't say with certainty that I
14  was exposed there.
15  Q. In your work for Oak Ridge as a chemical
16  engineer, were you doing any manual labor?
17  A. No.
18  Q. Were you working inside the laboratory?
19  A. Yes.
20  Q. University of Missouri was your employer
21  at one point, right?
22  A. Correct.
23  Q. What were your jobs for the University of
24  Missouri?

Page 27

1       A. Teaching. I was on faculty as an
2   assistant professor when I started and stayed there
3   ten years, I guess, before moving to Arkansas as
4   department chairman.
5   Q. Okay. So you moved from the University
6   of Missouri to the University of Arkansas, and you
7   become a department chair in chemical engineering?
8   A. Yes, sir.
9   Q. How long did you stay at the University
10  of Arkansas?
11  A. I think 12 years, 11 or 12 years before I
12  retired.
13      DEFENSE COUNSEL (PHONE): Hello.
14      MR. CLARK: Hey, whoever it is over the
15  phone that's answering calls, would you please
16  mute your line? We can hear you.
17      THE WITNESS: Can you hear me? I guess
18  he can.
19  BY MR. CLARK:
20  Q. After the University of Arkansas, you
21  mentioned that you retired, but did you continue
22  working in any regard?
23  A. Yes, sir.
24  Q. What did you do?

Page 28

1       A. I managed my company where we built a
2   pilot plant here in Fayetteville to convert
3   residues into ethanol -- first acetic acid, and
4   then ethanol.
5   Q. About what year was that?
6   A. I would say '92 approximately. It's
7   probably more like '90 than '92.
8   Q. And you mentioned a couple of other
9   companies, Ethyl and International Paper.
10  A. Uh-hum.
11  Q. Ethyl, as I understand it, was work as a
12  chemical engineer, right?
13  A. Right.
14  Q. International Paper was not, right?
15  A. That's correct. It was summer jobs while
16  I was in school.
17  Q. What school were you in when you worked
18  for International Paper?
19  A. Louisiana Tech.
20  Q. Did you work at International Paper at
21  all before you entered college?
22  A. It's possible that one of the years there
23  was before college.
24  Q. Since we got a little momentum going in

Page 29

1   reverse chronological order, let's keep it going.
2   A. Okay.
3   Q. Talk about your childhood a little bit.
4   Only child or have siblings?
5   A. Only child, adopted.
6   Q. What did your adoptive father do for a
7   living?
8   A. He was a brick mason for International
9   Paper.
10  Q. Okay. Did he tell you anything about his
11  work at International Paper that you remember?
12  A. Well, he did, in general, not
13  specifically, but he was a specialist in the lining
14  of the kilns, the process that took some of the
15  residues from the papermaking process in a kiln, a
16  big rotating cylinder, and that brick would decay,
17  and his specialty was handling that particular kind
18  of property, or installing that, but I'm sure that
19  he worked on other types of brick projects or
20  bricklaying projects as well.
21  Q. As far as you know, dad was always an
22  International Paper employee?
23  A. Yes, he was. He and my mother divorced,
24  and so he was not in my life but infrequently after

8 (Pages 26 to 29)

James Leoma Gaddy
November 13, 2018

Page 30

1   I was age 13 or so.
2       Q.  Okay.  But until you were 13, you lived
3   in the same household with dad?
4       A.  Correct.
5       Q.  Now, that household was where, in what
6   city?
7       A.  In Spring Hill primarily, although we
8   did -- International Paper had mills in
9   Panama City, Florida, in Mobile, Alabama and in
10  Charleston, South Carolina.
11          And so we lived, for short periods
12  of time, six months or more in those cities while,
13  I guess, my dad was doing the refractory work in
14  the mills there.
15      Q.  Do you remember whether any of the
16  homes that you shared with dad were carpeted?
17      A.  Sorry, I don't.
18      Q.  Did they have rugs?
19      A.  Our primary home had lots of rugs, all
20  the floors were covered with rugs, not carpet as we
21  have it today, but rugs.
22      Q.  When you say primary home, do you mean
23  Spring Hill?
24      A.  Spring hill.

Page 31

1       Q.  Drapes on the windows?
2       A.  Yep.
3       Q.  Couch and chairs for relaxing?
4       A.  Right.
5       Q.  As best you can, let us know, please,
6   whether your homes with dad had a laundry area, or
7   where the laundry was done in the house, I guess,
8   is a better way for me to put it.
9       A.  As I think back, my mother did the wash
10  with a scrub board in the bathroom tub.  Later I
11  can remember a washing machine that was an ancient
12  variety that spun and did the usual activities for
13  a washing machine.
14      Q.  Do you remember if there was a typical
15  spot where the soiled laundry would be dropped in
16  the house for cleaning?
17      A.  Yes, it was a place in the bathroom for
18  the dirty clothes to accumulate.  It was under a
19  cabinet.
20      Q.  Were all of the clothes washed together,
21  meaning mom, dad --
22      A.  Yeah.
23      Q.  -- yours?
24      A.  Yeah.

Page 32

1       Q.  I want you to think about -- I know
2   we're going way back in time, but as best you can,
3   dad comes home from work, is he the type of guy
4   that immediately drops his work clothes and runs
5   to the shower, or does he do his thing around the
6   house?
7       A.  As far as I remember, he -- I can't
8   remember him running to the shower, so I assume
9   that he wore the dirty clothes for a while.
10      Q.  Do you consider your relationship with
11  dad when you were living with him a loving
12  relationship?
13      A.  I do, sure.
14      Q.  You guys hug and play around as a kid?
15      A.  Yes.
16      Q.  How many vehicles did the family have?
17      A.  I only recall one, which was common in
18  those times, not to have multiple vehicles.
19      Q.  Did dad ever use that to go to work?
20      A.  He did, yeah.
21      Q.  Do you think you helped mom do household
22  laundry while you lived with dad?
23      A.  Not if I could help it, so, I guess, the
24  answer is maybe.

Page 33

1       Q.  Okay.  You mentioned in connection with
2   your description of dad's work a kiln.  As far as
3   you know, is a kiln a part of a hot process?
4       A.  Yes.  It's very hot.
5       Q.  You mentioned that mom was an
6   International Paper employee as well, right?
7       A.  Right.  After my father left, my mother
8   began working at International Paper.
9       Q.  Do you remember -- well, I think you said
10  about 13 years old.
11      A.  Yes.
12      Q.  Okay.  What was mom's job for
13  International Paper, if you remember?
14      A.  She worked in the payroll department.
15  Payroll was weekly, I believe, in those days.
16      Q.  Do you remember going to visit either
17  mom or dad when they worked at International
18  Paper?
19      A.  Do not.
20      Q.  Okay.  Do you remember whether dad
21  came home from work at International Paper looking
22  dusty?
23          MS. PENN:  Object to the form.
24

9 (Pages 30 to 33)

James Leoma Gaddy
November 13, 2018

Page 34

BY MR. CLARK:

1     Q.  That's okay.  It's one of those
2 objections that will be for me to deal with at a
3 later date.
4     A.  Oh.  Very likely, but I can't
5 specifically remember an instance where he had
6 dusty clothes, but I'm sure that there was many.
7     Q.  Do you remember anything about -- well,
8 strike that.
9         You told us that you recall mom using
10 the bathtub as her laundry facility in the house,
11 right?
12     A.  Yes.
13     Q.  So I'm assuming that at least one time
14 you watched her do some laundry.
15     A.  I did, yes.
16     Q.  Do you remember anything else about her
17 process of doing the wash?
18     A.  Well, you just take the wet clothes and
19 put soap on them and scrub the scrub board and make
20 a lather and rinse that out.  It's a tedious
21 process, but that's the way it was done then.
22     Q.  Any rugs or bath mats in the bathroom?
23     A.  There was.  Usually a bath mat.

Page 35

1     Q.  Do you remember if mom did anything
2 before she wet the clothes -- to the dirty clothes,
3 I mean.
4     A.  I can't say that I do, no.
5     Q.  Do you remember her shaking out any
6 of the dirty clothes before placing them in the
7 wash?
8     MS. PENN:  Object to the form.
9 BY MR. CLARK:
10     Q.  That's okay.
11     A.  I tried to stay away from that activity,
12 so I do not remember an incident that I can recall.
13     Q.  Okay.  Let's fast-forward a little bit
14 in time to your work at International Paper, okay?
15     A.  Uh-hum.
16     Q.  So I think you mentioned those were
17 summer jobs.
18     A.  Yes.
19     Q.  So tell us, please, what you did for
20 International Paper.
21     A.  Whatever nobody else wanted to do was
22 pretty much what I did.  But I can recall a
23 specific job that I had regarding the processing of
24 the paper that they produced, which went over cloth

Page 36

1 rollers or rollers on big machines, and that paper
2 would -- machine was probably 30 feet wide, and the
3 paper would -- the heavy cardboard -- not
4 cardboard, but heavy thick paper would be rolled up
5 on very large, probably 40-inch-diameter rolls.
6         And this would come off every couple
7 hours or maybe less, and that roll of paper then
8 had to be sliced into 3-inch-wide strips.  And so
9 you had a 3-inch-wide by 40-inch cylinder of paper
10 that had fuzz from the cutting on the sides.  That
11 paper was then to be made into milk bottle caps.
12         In those days, you bought milk, the
13 milkman brought it to your door in a glass bottle,
14 and it had a hard cardboard cap that sealed it.
15         And so my job for that summer was
16 to brush the fuzz off of the milk bottle caps, and
17 I brushed millions of milk bottle caps.  Now, that
18 paper had -- that was in the roll had gone over the
19 machine which had these cloth supports or rollers,
20 very likely containing asbestos.  And I breathed
21 lots of dust from those paper rolls.  I had to do
22 it with a wire brush.  Dullest job I ever had, all
23 summer brushing milk bottle caps.  So I remember
24 that incident.

Page 37

1         There was another summer where I
2 worked as a pipefitter's helper doing all kinds of
3 pipefitting-type jobs and activities.
4     Q.  Before you move on to give us any further
5 description of the pipefitter helper's work, did
6 you wear a dust mask of any kind when you did the
7 fuzz removal work on the bottle caps?
8     A.  No, sir.
9     Q.  And by bottle caps, I mean the paper
10 product.
11     A.  Right.  Yeah.
12     Q.  Okay.  So pipefitter helper, what did
13 that entail?
14     A.  Anything that the pipefitter wanted me
15 to do.  Usually carrying tools, getting materials
16 that he needed to repair piping, and always in an
17 attic or frequently in the upper regions of the
18 buildings where it's dark, and I can remember
19 bumping my head on pipes that were there, and
20 never to the extent of being unconscious, but I
21 could remember some near unconscious moments,
22 anyway.
23     Q.  Any of the pipes that you worked on
24 hot pipes?

10  (Pages 34 to 37)

James Leoma Gaddy
November 13, 2018

Page 38

1  A.  Yes.  There was steam, lots of steam
2  in the papermaking process.
3  Q.  Did the paper machine that you described
4  for us use steam?
5  A.  Yes, the big rollers had steam inside, so
6  the heat was transferred to the paper, the wet
7  paper that then was evaporated and dried on the
8  cloth carriers.
9  Q.  The cloth, did it look felt-like to you?
10  A.  It did, heavy cloth.
11  Q.  Do you recall ever having to remove or
12  replace or install any of those felts on the paper
13  machine?
14  A.  No.
15  Q.  Do you recall that kind of work happening
16  around you as you did your work?
17  A.  I do not recall, but there were times
18  when the paper machine was down and I didn't have
19  any paper to brush, which was pleasant times, but I
20  can't say with certainty that there was a
21  particular time that I can recall.
22  Q.  The hot piping that you remember, any of
23  it insulated piping?
24  A.  Yes.  Always.  The steam was a

Page 39

1  valuable -- not valuable, but a costly material to
2  produce, and so it was protected always with
3  insulation.
4  Q.  And so to help a jury understand how a
5  pipefitter and a pipefitter's helper could work on
6  pipe that's insulated, can you tell us whether you
7  had to remove insulation or what you may have done
8  in order to get access to the pipes that you were
9  working on?
10  A.  We had to take the insulation off
11  because the flange, which is where the pipes are
12  bolted together, you know, had to be accessible,
13  and so it's a matter of taking off the insulation
14  and unbolting and replacing or repairing the pipes.
15  Q.  And if you had to -- let me back up.
16  This is a summer job, right?  Right?
17  A.  Right.  Yes.
18  Q.  And how many hours per day were you
19  working on those summer jobs?
20  A.  Eight.  Eight hours five days a week.
21  Q.  And --
22  A.  A dollar and a quarter an hour.
23  Q.  Okay.  So we're talking about -- are we
24  in the 1950s at this point?

Page 40

1  A.  We are in the 1950s, sorry.
2  Q.  Okay.
3  A.  I think that's right.  Early '50s.
4  Q.  Do you recall wearing any dust mask when
5  you were working as a pipefitter's helper?
6  A.  No, sir.
7  Q.  Do you recall International Paper giving
8  Jim Gaddy any asbestos warning?
9  A.  No, sir.
10  Q.  Okay.  Let's move on to Ethyl.
11  Now, if I'm remembering your
12  testimony right, Ethyl is a job that you held after
13  you were graduated with a Bachelor of Science in
14  chemical engineering.
15  Did I get that right?
16  A.  Correct.
17  Q.  How many years did you work for Ethyl?
18  A.  Five.
19  Q.  And I think you said you started at Ethyl
20  in about 1955.  Does that sound about right?
21  A.  January.
22  Q.  Of '55?
23  A.  Right.
24  Q.  Okay.  And worked there continuously for

Page 41

1  five years?
2  A.  Correct.
3  Q.  Over the course of the five years, did
4  you work in one area or more than one area?
5  A.  More than one area.
6  Q.  Did you -- okay.  So let's take it area
7  by area.
8  What was the first area in which you
9  remember working at Ethyl?
10  A.  In the sodium area.  There were three
11  areas.  They produced sodium and chlorine in cells,
12  electrolysis.  They produced ethyl chloride in
13  another major section of the plant.  And the third
14  area was the production of the TEL, the tetraethyl
15  lead.
16  Q.  I should have asked you this earlier.
17  The location of the Ethyl plant, where is it?
18  A.  Baton Rouge, Gulf States Road.  I guess
19  it's still Gulf States Road.
20  Q.  And tell me again the first area in which
21  you worked for Ethyl.
22  A.  In the sodium area.
23  Q.  Okay.  What were your responsibilities in
24  the sodium area?

11 (Pages 38 to 41)

James Leoma Gaddy
November 13, 2018

Page 42

1    A.  I was in their so-called technical
2  service department.  So my work in that area was to
3  help the operators and the operation department
4  make the process more efficient, and so that was my
5  primary responsibility.
6    Q.  Did that primary responsibility include
7  you visiting with or personally observing the
8  operators as they worked?
9    A.  At times, yes.  It's a very hot and hard
10  place to work.  There were operators that
11  maintained the cells.  The cells operated
12  1500 degrees Fahrenheit, because that's the melting
13  point of sodium chloride, and so you have got this
14  10-foot-diameter by 15-foot-tall sodium cell with
15  electrodes, anode and cathode, and electricity then
16  would, at that molten state, cause the sodium and
17  the chlorine to disassociate.
18        Sodium would be collected at the
19  anode and the chlorine at the cathode and -- so you
20  had a very hot environment.
21        In an open building there were, I
22  don't know, 75 cells in the building, so it was
23  very hot.  And so there were big fans that
24  circulated air, and that resulted in cooling some

Page 43

1  of the surfaces in the cell, and that would cause
2  the molten salt to freeze, and so they had an
3  operator that came periodically to the top of the
4  cell to chip away with just a big iron bar the
5  solidified sodium chloride that would accumulate
6  and would eventually clog up the cell itself.
7        So there was a manual component to
8  operating the cell, keeping the sodium molten,
9  keeping the sodium chloride molten were the primary
10  responsibilities.
11    Q.  What were the, if you remember, the
12  dimensions of the room in which these sodium cells
13  were contained?
14    A.  Big.  Probably at least 100 feet long and
15  40 or 50 feet wide.  I think there were 70-some-odd
16  cells in that big room.
17    Q.  About how far apart was one cell from the
18  next?
19    A.  Close.  Maybe 3 or 4 feet between the
20  cells at the edge of the -- or at the closest
21  point.
22    Q.  Does a cell have a life?
23    A.  It does.
24    Q.  Okay.

Page 44

1    A.  It's a very hot environment.  You have
2  got operators that are chipping away at the sodium
3  as it solidifies, the sodium chloride, and so the
4  cell itself would, of course, have erosion of the
5  brick that was lining because they were -- there
6  was always currents flowing and -- so after a
7  couple of years at most, the cell would no longer
8  perform adequately, and it would have to then be
9  rebuilt.  They would rebuild it by taking it
10  offline and stripping the brick and the insulation
11  and replacing it.
12    Q.  When you say offline, do you mean --
13  what do you mean by that?
14    A.  As a busbar, there was -- that runs
15  under the building on the ground floor, that the
16  electricity flows through, and each cell then if
17  you had the gate open when the current would flow
18  through the cell, if you close the gate, which
19  meant you just had a solid copper bar, then the
20  current would bypass that cell, and so offline was
21  when the gate was closed, basically, and the cell
22  was not producing.
23    Q.  So the stripping and the rebuild that
24  you described for us occurs in the space where the

Page 45

1  cell is always located?  Did I get that right?
2    A.  Oh, yes.  That's correct, yeah.
3    Q.  And that was an area in which you
4  worked?
5    A.  I did.  I was there as a technical
6  service assistant, so I'm there to improve the
7  operation basically.
8        And the company had a strike, I
9  don't remember the year, but probably in my third
10  or fourth year there, and the operator that -- the
11  employees, the supervisory employees ran the plant.
12  I think it was four or five weeks before the strike
13  was settled.
14    Q.  So you did the operators' work during
15  that time?
16    A.  I was an operator during that time.
17    Q.  Okay.  And so the process you described
18  for us of an operator chipping away at salt with a
19  bar is something that you did?
20    A.  I did firsthand.
21    Q.  And you mentioned anode and cathode, and
22  each one receiving one of the two products that the
23  cell is there to generate, right?
24    A.  Correct.

12  (Pages 42 to 45)

James Leoma Gaddy
November 13, 2018

Page 46

1    Q.  So how do those products get out of the
2  cell?
3    A.  The chlorine, the gas, is lighter, of
4  course, and rises to the surface and is taken away
5  with the piping system.  The sodium, on the other
6  hand, is much more difficult to get out.
7        It also is molten at that
8  temperature.  It has a melting point of
9  200 degrees, and so it would come through what was
10  called a riser, just a large 12-inch probably
11  diameter piece of pipe that allowed the sodium to
12  rise through that and cool and then it was drained
13  away and removed as a liquid, kept hot.
14    Q.  Do you recall whether the pipes that took
15  those products away from the cells were insulated
16  in any way?
17    A.  I'm sure they were, yeah.  You're dealing
18  with molten sodium.  If it gets below 200 degrees,
19  it's not going to flow, and so it had to be
20  insulated.
21        The chlorine is less of a problem
22  because it's a gas.  I don't recall whether that
23  was insulated piping or not.
24    Q.  Do you recall how often spent cells, so

Page 47

1  to speak, needed to be rebuilt?
2    A.  I can't say precisely, because it
3  probably varies from one cell to another.  But at
4  some point in time, probably no longer than a
5  couple years, each cell then becomes less
6  efficient.  And what that means simply is that it's
7  lost enough insulation capacity that it's now using
8  too much current.  And so it has to be rebuilt,
9  probably on a -- at least a two-year cycle.
10    Q.  And so during your time in the sodium
11  portion of Ethyl's plant, how frequently did you
12  recall cells having to be rebuilt?
13    A.  I never counted or went back.  I see a
14  cell being rebuilt and I never inquired and said,
15  "How long has that cell been down?"  They had
16  certain criteria about which they determined when a
17  cell was no longer efficient, and so I can't say
18  with any accuracy how long it would be.
19    Q.  And I think I asked that question
20  poorly.  What I'm trying to understand is there
21  there, and on a weekly basis or a monthly basis, or
22  you tell me, to the extent that you can remember,
23  is one or more cell being rebuilt every week, every
24  month?

Page 48

1    A.  There's 75 or so cells in the room, so
2  there's one or two that are -- they're always being
3  rebuilt.
4        MS. ROMERO:  Object to form.  Your
5    question was weekly or monthly?  I'm not sure
6    what he's answering.
7  BY MR. CLARK:
8    Q.  In a given week, would there typically be
9  one or more cells rebuilt?
10    A.  Yes.
11        MR. BIENVENU:  Object to form.
12        THE WITNESS:  Yes.  I don't know how
13    long it took specifically, how long it took to
14    rebuild a cell, but it was a matter of a
15    couple of weeks, at least.
16        Because you had to take out all the
17    old insulation and brick and completely
18    reinstall it.  So it was a significant period
19    of time.
20  BY MR. CLARK:
21    Q.  Now, when you worked as an operator
22  during the strike period that you told us about,
23  you are there on the operator floor, period, right,
24  that's your work space?  Did I get that right?

Page 49

1    A.  Yes.  Now, they have a lunch -- they
2  had a lunchroom, and they called it -- which was an
3  area -- it's air conditioned so that the operator
4  could go and relax for 10 minutes or 15 minutes or
5  so between his work in the cell room.
6    Q.  Otherwise you're working in the cell
7  room, right?
8    A.  Yes.
9        THE VIDEOGRAPHER:  Taking a break.
10        MR. CLARK:  We can take a break.
11        THE VIDEOGRAPHER:  We are going off
12    the record at 12:56 p.m.
13        (A short break was taken.)
14        THE VIDEOGRAPHER:  We are going back
15    on the record at 1:07 p.m.
16        MR. CLARK:  Madam Court Reporter, would
17    you read back the last question?
18        (Whereupon, the record was read.)
19  BY MR. CLARK:
20    Q.  Jim, you mentioned to us that the cell
21  house, for lack of a better term, is a hot place.
22  Did I get that right or wrong?
23    A.  Very hot, yes.
24    Q.  And so I'm wondering if there was any

13 (Pages 46 to 49)

James Leoma Gaddy
November 13, 2018

Page 50

1    steam use in the cell house.
2        A.  There could have been some incidental
3    steam used, but it was not a primary place that
4    consumes steam for a source of heat, for example.
5        Maybe in the wintertime.  I don't --
6    it didn't get hot in Baton Rouge in the wintertime,
7    so I would say probably not, not that I know of,
8    anyway.
9        Q.  The piping that came from --
10       A.  Well, back up and let me answer that
11   better.
12       Q.  Sure.
13       A.  In the piping that would carry the sodium
14   away had to stay above 200 degrees to keep the
15   sodium molten, was probably a necessity to have
16   some steam tracing on that system.
17       Q.  Okay.  And I have heard of that before,
18   tracing meaning -- well, I'll let you describe --
19   or educate the jury on that.  What do you mean by
20   tracing?
21       A.  Well, you have to -- if you want to keep
22   it hot, you have got to put steam in contact with
23   the pipe, but you can't do that unless you contain
24   the steam, and they call the piping that contains

Page 51

1    the steam and traces the sodium line, for example,
2    as the steam tracing.
3        So it's just a pipe that runs along
4    beside the -- onto the insulation of the sodium
5    pipe that would keep it molten.
6        Q.  Would the tracing piping need thermal
7    insulation?
8        A.  Yes.  It would go under the insulation,
9    the normal insulation for the sodium that's flowing
10   in the pipe.
11       Q.  During your time at Ethyl, do you know
12   whether there was any pipe repair work done in the
13   sodium plant that you described for us?
14       MR. BIENVENU:  Objection to form.
15   BY MR. CLARK:
16       Q.  It's okay.  You can respond.
17       A.  The answer is almost certainly yes,
18   although I can't recall specifically an incident
19   where I observed that.
20       But the insulation was present, the
21   fans were certainly blowing, and plenty of
22   opportunity for the asbestos to have become
23   airborne and come in contact with humans.
24       MS. ROMERO:  Objection nonresponsive

Page 52

1    portion.
2    BY MR. CLARK:
3        Q.  Do you think that asbestos was used to
4    insulate the sodium and steam tracer piping at
5    Ethyl?
6        A.  Almost certainly.  It was the common
7    choice for insulation in those times.
8        Q.  Did anyone at Ethyl ever warn you about
9    asbestos?
10       A.  No.
11       Q.  During your work at Ethyl were you ever
12   in proximity to the rebuilding of spent cells?
13       A.  Yes.
14       Q.  And I take it from your earlier testimony
15   that at least during your time as an operator
16   during the strike period, that you worked in close
17   proximity to sodium cells.  Did I get that right?
18       A.  Yes.  Even as a tech service
19   representative, there were times when I worked
20   around the cells to make measurements or whatever,
21   so I was in the proximity of the cells, certainly
22   weekly, during my normal time as a technical
23   service representative.
24       Q.  When you were at Ethyl working in the

Page 53

1    sodium plant, do you recall ever being prohibited
2    from working or standing next to the rebuilding of
3    spent cells?
4        A.  I can't point to a specific instance
5    where I was standing adjacent to a cell being
6    rebuilt, but, I mean, it was a routine activity, so
7    I'm sure that it did happen, did occur.
8        Q.  And never any prohibition that you were
9    aware of?  Am I getting that right?
10       A.  Correct.
11       Q.  Let's leave sodium for -- you know what,
12   let's take that back.  Let's stay.
13       Do you recall the length of the
14   strike?
15       A.  Four or five weeks.
16       Q.  And so for four or five weeks, you are
17   working as an operator for how many hours a day?
18       A.  12 hours a day.  I think it was 6 days a
19   week, got off one day.
20       Q.  Was the nature of the strike such that
21   you could leave the plant any time you want?
22       A.  No.
23       Q.  So where did you go when you were not
24   working in the cell house?

14 (Pages 50 to 53)

James Leoma Gaddy
November 13, 2018

Page 54

1        A.  Back to my office where I had a cot and
2    place to sleep, and there was a cafeteria where we
3    ate meals.
4        Q.  Who did your laundry during that period
5    of time?
6        A.  I don't know.  I assume that Ethyl
7    provided clean clothes if I turned in dirty
8    clothes, but I can't say for sure.
9        Q.  Okay.  Now, so we'll leave the sodium
10   plant.  And tell us about the next place at Ethyl
11   Baton Rouge that you worked.
12       A.  I worked in the pilot plant area, which
13   was a -- a pilot plant is a smaller scale facility
14   to replicate or duplicate part of the larger plant.
15           And you can make measurements
16   and make changes in the pilot plant without
17   affecting the product that you're trying to
18   produce.
19           So I spent about a year, I guess, or
20   maybe nine months in the pilot area, and worked in
21   the pilot plant.  The work that was going on in the
22   pilot plant at that time related to the ethyl
23   chloride process, and so it was not related to
24   sodium production but to ethyl chloride.

Page 55

1        Q.  Was that process a hot process at all?
2        A.  Hot spots, hot parts of it.  Yes.
3        Q.  Did the process call for or use insulated
4    pipes?
5        A.  Yes.
6            MS. ROMERO:  Object to the form.
7    BY MR. CLARK:
8        Q.  Did your work in the pilot plant include
9    any manual labor?
10       A.  I guess manual would be like unbuckling
11   piping and that sort of thing.
12       Q.  Sure.
13       A.  Yes.
14       Q.  As best you can, tell us how often you
15   had to work with pipe in the pilot plant.
16           MR. BIENVENU:  Object to form.
17   BY MR. CLARK:
18       Q.  It's okay.  You can answer.
19       A.  Daily I would say when the plant was
20   operating.  It didn't operate continuously, but
21   probably two or three days a week.
22       Q.  Did you work in proximity to any
23   insulated pipe in the pilot plant?
24           MR. BIENVENU:  Objection to form.

Page 56

1            THE WITNESS:  Yes.
2    BY MR. CLARK:
3        Q.  Did you have to remove or disturb any
4    insulation in order to do the work you needed to on
5    pipes in the pilot plant?
6            MR. BIENVENU:  Objection to form.
7            THE WITNESS:  No.  Only -- it was
8        not a routine thing to remove insulation.  It
9        was an infrequent activity.
10   BY MR. CLARK:
11       Q.  Infrequent, but I'm getting from your
12   testimony, and correct me if I'm wrong, that it did
13   occur.
14       A.  Yes.
15           MR. BIENVENU:  Objection to form.
16   BY MR. CLARK:
17       Q.  While you were in the pilot plant, do you
18   recall being in proximity to any repair work on
19   insulated pipes?
20           MR. BIENVENU:  Objection to form.
21           THE WITNESS:  I can't point to a specific
22       date or time, but it was a routine activity to
23       be repairing piping.  It was a pilot plant.
24       It was a research facility that was modified

Page 57

1    from day-to-day or week-to-week.
2    BY MR. CLARK:
3        Q.  And you spent nine or more months working
4    in the pilot plant?  Did I get that right?
5        A.  That's right.
6        Q.  What was the -- if you can give us an
7    idea of the dimensions of the pilot plant to help
8    us understand your work environment?
9        A.  There was an office building, and then
10   outside of that, but under cover, but open on the
11   sides was the miniature pilot facility that
12   represented the ethyl chloride process that we were
13   experimenting with.
14       Q.  During your work in the pilot plant, did
15   you ever touch or contact insulated pipe in the
16   pilot plant?
17       A.  Yeah.  Yes.
18       Q.  Was that a regular occurrence for you?
19       A.  Yes.
20           MR. BIENVENU:  Object to form.
21   BY MR. CLARK:
22       Q.  Your work in the pilot plant, was it
23   full-time work?
24       A.  It was.

15  (Pages 54 to 57)

James Leoma Gaddy
November 13, 2018

Page 58

1    Q.  How many hours per day?
2    **A.  Eight.**
3    Q.  Any steam pipes used in the pilot plant?
4    **A.  Yes.**
5    Q.  Did the pilot plant have a boiler, steam
6  boiler?
7      MR. BIENVENU:  Objection to form.
8      THE WITNESS:  Don't remember.  Sorry.
9  Must have had if there was steam used, which
10  it was.
11  BY MR. CLARK:
12    Q.  Did you work in -- what was your next
13  assignment at Ethyl post pilot plant?
14    **A.  Tech service -- technical service -- back**
15  **to technical service.  This time, I think, in the**
16  **ethyl chloride area.  And I was only there for a**
17  **few months before I went back to North Louisiana to**
18  **work at Arkla Chemical.**
19    Q.  Okay.  What were your responsibilities at
20  your -- at the -- at this part of the Ethyl plant?
21    **A.  The same, to observe and improve the**
22  **operation and the process.**
23    Q.  Was that process a hot process?
24    **A.  Yes.**

Page 59

1    Q.  Did that process include the use of
2  insulated pipe?
3    **A.  Yes.**
4      MR. BIENVENU:  Objection to form.
5  BY MR. CLARK:
6    Q.  Did you come into contact with that
7  insulated pipe during your time in that part of the
8  Ethyl facility?
9      MR. BIENVENU:  Objection to form.
10      THE WITNESS:  I can't point to a
11  specific incident, but most surely it did
12  happen.
13  BY MR. CLARK:
14    Q.  Do you recall working in proximity to any
15  pipe repair work during this time at Ethyl?
16      MR. BIENVENU:  Objection to form.
17      THE WITNESS:  I can't point to a specific
18  time or place, but there's pipe work going on
19  continuously in the plant, so very likely.
20  BY MR. CLARK:
21    Q.  Are there any other jobs that you can
22  recall having at Ethyl?
23    **A.  I think we have covered them all, the**
24  **tech service responsibilities in two areas.  Never**

Page 60

1  **worked in the TEL area, which is the production of**
2  **the final product, tetraethyl lead.**
3    Q.  Did you ever have to -- or did you spend
4  any time at all in the TEL area?
5    **A.  No.  Just one incident that happened.**
6  **This is when I was in the sodium area, was adding**
7  **or building a small pilot facility to do some**
8  **experiments and needed a piece of equipment that**
9  **they didn't have, and they -- the company**
10  **maintained a boneyard of old equipment on the back**
11  **edge of the property, and so I checked out a motor**
12  **scooter and rode back there and looked for the**
13  **equipment I was trying to find, could not find it.**
14  **But coming back, the TEL area was**
15  **on the way, and I had to pass right by the main**
16  **building.  And they produced TEL by reacting sodium**
17  **and lead amalgam with hydrochloric acid, sodium**
18  **chloride -- hydrochloric acid, and -- so**
19  **occasionally those reactors, they were batched,**
20  **would get out of control.**
21  **And when that would happen, the**
22  **pressure would build up, and they had a pressure**
23  **relief system that allowed the material to be**
24  **thrown outside the building, actually through a**

Page 61

1  **pipe discharge, and they would close off then that**
2  **section of the plant while they cleaned that up.**
3  **And that happened as I was coming**
4  **back from the boneyard, and they had a rope usually**
5  **with a flag on it that would warn people on the**
6  **street not to go in that area.**
7  **This flag had apparently come off of**
8  **the rope, so I'm coming, you know, in my motor**
9  **scooter and hit the rope neck high and the motor**
10  **scooter kept going and I stayed with the rope, so**
11  **my experience in the TEL area was memorable, but**
12  **brief.**
13    Q.  Okay.  I take it you weren't too
14  seriously injured by the rope?
15    **A.  Well, I had rope burns, I guess, and the**
16  **TEL exposure I was -- I guess that affected my**
17  **mental capacity, perhaps, down the road.  Maybe**
18  **that's been my trouble, I don't know.**
19  **But, anyway, my only encounter in the**
20  **TEL area was brief and unpleasant.**
21    Q.  Do you know whether asbestos was used in
22  the TEL process?
23      MR. BIENVENU:  Objection to form.
24      THE WITNESS:  I do not know for sure,

16 (Pages 58 to 61)

James Leoma Gaddy
November 13, 2018

Page 62

1      no. But it was a high-temperature process, so
2  very likely.
3  BY MR. CLARK:
4      Q.  Okay.  So we have talked about the pilot
5  plant.  We have talked about the sodium plant.  We
6  have just talked a little bit about TEL.
7          Anything else that you did at Ethyl
8  that stands out in your mind, any experiments or
9  any other work that we missed?
10     **A.  I can't think of anything.  You have**
11  **covered it all.**
12     Q.  Okay.  I do have some photos, some old
13  photos of the Ethyl plant.  I'm going to get those
14  printed up and a little bit later I'll show you
15  those and see if you recall where the sodium plant
16  or pilot plant were.
17     **A.  Okay.**
18     Q.  Now -- but before I give the other
19  attorneys the opportunity to ask questions of you
20  today, I always ask this of my clients.
21          Is there anything that you would
22  like to tell the jury, anything you want to
23  express?  It's your case.
24          MR. BIENVENU:  Objection to form.

Page 63

1          THE WITNESS:  Well, I am a reluctant
2  plaintiff, I guess, in this case.  I thought
3  Ethyl was a great company.
4          I thought the same of all of my
5  employers until I found out that the problem
6  with asbestos was known in the 1920s, and so
7  30 years later, 40 years later, there was lots
8  of evidence that asbestos was harmful.
9          And in none of my employments was
10  there ever any protective measures taken to
11  prevent contact with asbestos, and so that was
12  the tipping point for me was to find out that
13  indeed asbestos was a known carcinogen, and
14  this could have been avoided in my case.
15  BY MR. CLARK:
16     Q.  If somebody would have warned you that
17  asbestos was a carcinogen, do you think that would
18  have affected -- back then, I mean -- would that
19  have affected your choice to work around it or not?
20     **A.  Probably not if -- if they knew about it**
21  **and they were warning their employees, they would**
22  **certainly have taken some protective measures, so**
23  **the answer is that it's not likely that that would**
24  **have been the case.**

Page 64

1      Q.  If they would have taken adequate
2  protective measures?
3      **A.  Correct.**
4      Q.  Okay.  All right.  So I'll do my best to
5  get those photos printed up, but for now those are
6  all the questions that I have for you.
7      **A.  Okay.**
8      Q.  Would you like to take a short lunch
9  break?
10     **A.  Yes.  I can make it short.  I'll do that**
11  **if -- I mean, I guess everybody needs to eat lunch.**
12          MR. CLARK:  Let's do that.
13          So folks over the phone, we're going
14  to take a quick lunch break.  How about you
15  want to do 40 minutes?
16          MS. PENN:  That's fine.  Let's go off the
17  record.
18          THE VIDEOGRAPHER:  We're going off the
19  record at 1:33 p.m.
20          (A lunch break was taken.)
21
22
23
24

Page 65

1          AFTERNOON SESSION
2          THE VIDEOGRAPHER:  We are back on the
3  record at 2:28 p.m.
4          JAMES LEOMA GADDY,
5  having been previously duly sworn, was examined and
6  testified further as follows:
7          EXAMINATION (Continued)
8  BY MR. CLARK:
9      Q.  Okay.  Jim, the attorney for Ethyl was
10  kind enough to provide us with a couple of aerial
11  photographs of the Ethyl Baton Rouge plant.
12          And we don't know the exact timing of
13  these photographs, but I'm wondering if you can
14  take a look at them and circle for us where you
15  think you see the sodium plant.
16     **A.  I can't see much on this one.  I can see**
17  **this area here, which I think is the sodium plant.**
18  **These are the TEL buildings, and the ethyl chloride**
19  **area is here, which on this map would be here.**
20          **Which do you want me to circle again?**
21     Q.  Okay.  Let's go with sodium first.
22     **A.  Sodium is in this area here.**
23     Q.  Okay.  Maybe put a circle or a box around
24  it.

17 (Pages 62 to 65)

James Leoma Gaddy
November 13, 2018

Page 66

1      MR. BIENVENU:  Can we, for the record --
2  do you want to put a mark on that so the
3  record can reflect what exhibit he is marking?
4      MR. CLARK:  Yeah, I'll do it after he's
5  finished marking.
6      MR. BIENVENU:  Okay.
7      THE WITNESS:  I'll put a sodium there.
8  BY MR. CLARK:
9      Q.  And the sodium is the sodium symbol from
10  the periodic table?  That's what you put on there,
11  right?
12      A.  I did, yes.
13      Q.  Okay.  And what about pilot plant, can
14  you see where that is?
15      A.  Pilot plant should be -- let's see if I
16  can find it on this map.  Pilot plant should be
17  right here, which should be -- I can't tell for
18  sure which building of the two, but I'm going to
19  circle this one as the pilot.  There are two
20  buildings side-by-side.
21      Q.  Okay.  And then if you would, just put
22  your name, Jim Gaddy, on the white on that page.
23      A.  Okay.
24      MR. CLARK:  And we'll mark this as

Page 67

1  Exhibit 1.  We can do 1A and 1B if you want,
2  David, but he only marked one of the pages,
3  so...
4      MR. BIENVENU:  That's fine.  But he
5  looked at the other ones --
6      MR. CLARK:  Looked at the other ones.
7      MR. BIENVENU:  Let's go ahead and mark
8  them both.
9      MR. CLARK:  I'll do that.  So this will
10  be 1A and 1B.  Okay.
11      (Whereupon, Exhibit No. 1A and 1B
12      were marked for Identification,
13      11/13/2018.)
14      THE WITNESS:  Did you want those circled
15  on here?
16      MR. CLARK:  No.  That's okay.  All right.
17  So at this time I don't have any more
18  questions for you, but there's some other
19  attorneys in the room that do want to ask you
20  some questions.
21      THE WITNESS:  All right.
22      MR. CLARK:  Are you okay to continue?
23      THE WITNESS:  I am.
24      MR. CLARK:  Okay.

Page 68

1      EXAMINATION
2  BY MR. BIENVENU:
3      Q.  Dr. Gaddy, I introduced myself earlier.
4  My name is David Bienvenu.  I'm a lawyer from
5  Baton Rouge, Louisiana, and I'm representing Ethyl
6  Corporation in this lawsuit.
7      A.  Yes, sir.
8      Q.  First of all, I'm glad to meet you, but
9  sorry to meet you under these circumstances, and I
10  wish you the best with your battle ahead.
11      A.  Thank you.
12      Q.  I know your lawyer went through some of
13  the protocols for this, but I'm going to just give
14  you a few other tips so that we can sort of move
15  along as seamlessly as possible.
16      First of all, this lady right here is
17  taking down all the questions I ask and all the
18  answers you give, so it's important that we not
19  talk over each other.
20      Let me finish my question before you
21  start to answer, even if you think you know what my
22  question is.
23      A.  All right.
24      Q.  And I'm going to try to remember to let

Page 69

1  you finish my [Sic] answer before I start my next
2  question, is that okay?
3      A.  Sure.
4      Q.  If for any reason I start my next
5  question and you have not completed your answer,
6  please let me know.
7      I have no intention of interrupting
8  you or not allowing you to explain anything that
9  you feel like you need to explain.
10      Is that okay?
11      A.  Yes, sir.
12      Q.  Okay.  Another point is that even though
13  we're asking you a lot of questions today, this
14  really isn't a test.  I would rather a truthful I
15  don't know or I can't remember as opposed to you
16  guessing at an answer simply because you think you
17  have to have an answer to a question.
18      A.  Right.
19      Q.  Do you understand that?
20      A.  I do.
21      Q.  Okay.  So like a truthful I don't know is
22  an A grade, a guess is an F, so let's try to go
23  with A answers as opposed to F answers.
24      A.  Good.

18 (Pages 66 to 69)

James Leoma Gaddy
November 13, 2018

Page 70

1      Q.  The next thing obviously is I know we
2   have been going several hours today.  I have no
3   intention of trying to wear you out.
4           But I do have a lot of information
5   that I need to cover with you, so if for any reason
6   you need a break or you're getting tired or you
7   don't feel up to this process anymore today, just
8   let me know and we can stop and reconvene at some
9   other time.
10          Do you understand that?
11     **A.  Yes, sir.**
12     Q.  Okay.  First thing I want to ask you is
13  in preparing for your deposition today, did you
14  review any documents or photographs or anything
15  else to help refresh your memory?
16     **A.  Documents?**
17     Q.  Pictures.
18     **A.  Photographs?**
19     Q.  Anything?
20     **A.  No.**
21     Q.  Okay.  Did you keep any photographs or
22  memorabilia or documents from your time when you
23  worked for Ethyl in Baton Rouge?
24     **A.  Probably, but I don't know where they**

Page 71

1   **are.**
2      Q.  Well, I guess my point is do you remember
3   Ethyl publishing a company newspaper called
4   AntiKnock?
5      **A.  Sounds familiar, but I can't say that I**
6   **have read that.  I left in 1960, I guess.**
7      Q.  Okay.
8      **A.  Was it being published then?**
9      Q.  Uh-hum.
10     **A.  Then I knew it.  I don't know it now.**
11     Q.  Well, I guess my question is did you keep
12  any of that sort of stuff?
13     **A.  No.**
14     Q.  Now, you were asked some -- to give you
15  an idea of the questions I'm going to ask, the
16  first questions I'm going to ask you are just going
17  to deal with your general background.
18          The second questions I'm going to --
19  set of questions I'm going to ask you pertain to
20  your medical condition and any sort of medical
21  treatment you might have received and the names of
22  your doctors.
23          And then the third area of questions
24  I'm going to focus a little bit more on the work

Page 72

1   you did at Ethyl, to give you some idea of how
2   we're going to structure all of this.
3      **A.  Okay.**
4      Q.  The first question I want to ask you is
5   you refer to a company that you currently own; is
6   that correct?
7      **A.  Yes.**
8      Q.  What is the name of that company?
9      **A.  Today it's called Bioenergy Resources.**
10  **In the past, it has been named Bioengineering**
11  **Resources.**
12     Q.  All right.  And what is the business
13  function of that company?  What sort of work does
14  it do?
15     **A.  To develop waste-to-energy technology and**
16  **to implement that in developing nations.**
17     Q.  Okay.  How does that company obtain its
18  business?  Does it have customers?  Does it receive
19  grants from the government?
20     **A.  Not now.  We have in the past in -- the**
21  **company's predecessors received government grants.**
22     Q.  Okay.
23     **A.  But we have no income at the present.  I**
24  **fund the company myself.**

Page 73

1      Q.  All right.  How many employees does the
2   company have?
3      **A.  Five.**
4      Q.  And are you currently an officer of the
5   company?
6      **A.  Yes, sir.**
7      Q.  Are you the president of the company?
8      **A.  Yes, sir.**
9      Q.  Okay.  Have you been the president --
10  when was the company created?
11     **A.  The predecessor of the company probably**
12  **started in, goodness, timelines all run together,**
13  **but I think about 2000.**
14     Q.  All right.  Who -- is there an individual
15  either employed by the company or an outside
16  accountant who essentially serves as the company's
17  Chief Financial Officer?
18     **A.  No.**
19     Q.  Who manages the company's finances or
20  financial records?
21     **A.  My son-in-law.**
22     Q.  And what is his name?
23     **A.  Steve Adams.**
24     Q.  Is he an employee of the company?

19 (Pages 70 to 73)

James Leoma Gaddy
November 13, 2018

Page 74

1    A.  Unpaid.
2    Q.  Is he an accountant?
3    A.  No.
4    Q.  Are you currently -- you're currently
5  operating as the president of the company?
6    A.  Yes.
7    Q.  Okay.  And is the -- does the company
8  currently have an active business portfolio?
9    A.  We do, yes.
10   Q.  Okay.  And what does that entail, for
11 example, what sort of -- I'm not asking for
12 anything confidential, but generally what sort of
13 projects does the company have?
14   A.  We're interested in -- specifically in
15 Africa in some locations to convert their MSW,
16 municipal solid waste, into electricity using a
17 technology that we have perfected, or are in the
18 process of perfecting, which will get higher
19 product yields, and, therefore, economic returns.
20   Q.  Does the company hold some patents?
21   A.  We do not.  We did and we sold those.
22   Q.  All right.  Is there a person who's
23 second in command at the company?
24   A.  My son-in-law, Steve Adams.

Page 75

1    Q.  What's his background or education or
2  expertise?  Is he a chemical engineer?
3    A.  He is a mining engineer B.S. and
4  industrial engineer M.S., Master of Science.
5    Q.  Okay.  Now, do you hold an ownership
6  interest in any other companies?
7    A.  No, sir.
8    Q.  I think you indicated earlier the company
9  that you own as of July of this year, were you
10 earning any income from that company?
11   A.  No.
12   Q.  When was the last time you earned income
13 from that company?
14   A.  It would have been about 2009.
15   Q.  Okay.  And the company, I think you told
16 me earlier, essentially pays its bills from capital
17 contributions that you make to the company?
18   A.  Right.  That's correct.
19   Q.  Are you the sole shareholder?
20   A.  Yes.
21   Q.  Now, you told Mr. Clark earlier that you
22 were adopted.  Do you know how old you were when
23 you were adopted?
24   A.  I'm guessing three.

Page 76

1    Q.  So --
2    A.  That's from pictures that I have seen.  I
3  don't remember ever seeing a baby picture, for
4  example.
5    Q.  Do you know where you were originally
6  born?
7    A.  In -- my birth certificate says
8  Jacksonville, Florida.
9    Q.  Now, did you live with your parents in
10 Spring Hill?  Did you grow up in Spring Hill?
11   A.  For the most part I did, from about
12 junior high to high school, through high school.
13   Q.  Okay.  Where did you live before
14 Spring Hill?
15   A.  We lived in Spring Hill earlier for a
16 period of time, I don't remember exactly the number
17 of years, and then my father was assigned to work
18 on projects in Mobile and Panama City and
19 Charleston, South Carolina where International
20 Paper had mills.
21   Q.  Was your father a direct employee of
22 International Paper?
23   A.  Yes.
24   Q.  All right.  To your knowledge, was your

Page 77

1  father a direct employee of International Paper
2  during the entire time when you shared a residence
3  with your father between the ages of 3 and 13?
4    A.  Yes, sir.
5    Q.  Okay.  Do you recall the residential
6  address of your family home or the street where it
7  was located in Spring Hill?
8    A.  Second Street, Spring Hill, Louisiana.  I
9  don't remember the number.
10   Q.  Do you know if that house is still there?
11   A.  It's still there.  I drove by it a couple
12 of years ago.
13   Q.  Okay.  So you could point it out, pick it
14 out if need be?
15   A.  I can.
16   Q.  Do you know how far that house was
17 located in proximity to the IP mill?
18      MS. PENN:  Object to the form.
19      THE WITNESS:  Four or five miles.  I
20 drove that on my bicycle delivering papers
21 every day, so I should know exactly, but I'm
22 not sure.
23 BY MR. BIENVENU:
24   Q.  So you went -- so was -- how many

20  (Pages 74 to 77)

James Leoma Gaddy
November 13, 2018

---

Page 78

1  bedrooms did the house have?
2      A.  Two.
3      Q.  Okay.  And I think you indicated there
4  was one bathroom.
5      A.  One bathroom.
6      Q.  All right.  And the bathroom served as
7  both a normal bathroom and the location where your
8  mother would launder the clothes?
9      A.  Correct.
10      Q.  Are you aware of any other location in
11  the house where your mother would have laundered
12  clothing?
13      A.  Never saw that, so I'm not aware, no.
14      Q.  Okay.  Did -- would your father wear
15  the clothing home that he had worn during his
16  workday?
17      A.  Of course I wasn't present, just --
18      Q.  Whatever you can recall.
19      A.  But I would say yes.
20      Q.  Okay.  And your father was a brick
21  mason?
22      A.  Yes, sir.
23      Q.  Roughly how do you know that, just word
24  of mouth from dad?

---

Page 79

1      A.  Yeah.
2      Q.  Do you know of your father working in any
3  craft or job other than brick masonry?
4      A.  Do not.
5      Q.  Can you tell me what do you recall, if
6  any, about the condition of your father's clothing
7  when he would arrive home at the end of the day?
8      MS. PENN:  Object to form.
9      THE WITNESS:  I don't have any memory
10      of anything special.  He would just come in in
11      his work clothes.
12  BY MR. BIENVENU:
13      Q.  Did you -- did your father work straight
14  days, in other words, did he work a normal --
15      A.  He did.
16      Q.  -- nine-to-five short shift?
17      A.  Yes.
18      Q.  Do you know whether, for example, it was
19  your father's routine that at some point before he
20  would go to sleep at night whether or not he would
21  bathe or shower?
22      A.  Yeah, he would bathe.
23      Q.  Okay.
24      A.  I don't remember whether it was in the

---

Page 80

1  evening or in the after -- when he got home, but he
2  would bathe.
3      Q.  Okay.  So it was his normal routine he
4  would bathe on the same day following his shift at
5  work?
6      MS. PENN:  Objection.
7      THE WITNESS:  Yes.
8  BY MR. BIENVENU:
9      Q.  How old was your father when he passed
10  away?
11      A.  Well, I have to think for a moment.  He
12  was in his 70s, but I don't -- mid-70s I'm going to
13  guess.
14      Q.  Do you know what his cause of death was?
15      A.  I do not.
16      Q.  All right.
17      A.  He lived in a small town in northwest
18  Arkansas at the time of his death.  He had a small
19  farm there.
20      Q.  And you told us earlier that after your
21  parents divorced your mother went to work at
22  International Paper.
23      A.  Yes.
24      Q.  What was her job at IP?

---

Page 81

1      A.  She worked in payroll.
2      Q.  So that would have been an office job?
3      A.  Office job.
4      Q.  All right.  And where did you attend high
5  school in Spring Hill?
6      A.  At Spring Hill High School.
7      Q.  Okay.  And how old were you when you
8  graduated?
9      A.  18.
10      Q.  And did you go straight from high school
11  to your freshman year at Louisiana Tech?
12      A.  I did.
13      Q.  All right.  And I know you told us about
14  the summer jobs.  When you enrolled at
15  Louisiana Tech and you obtained your B.S., did you
16  obtain your B.S. in chemical engineering?
17      A.  I did.  When I enrolled, my initial
18  choice of a major was chemistry, which I changed, I
19  think about a year and a half later to chemical
20  engineering.
21      Q.  Did you live in a dormitory at
22  Louisiana Tech?
23      A.  I did.
24      Q.  Do you know the name of the dormitory

---

21 (Pages 78 to 81)

James Leoma Gaddy
November 13, 2018

Page 82

1  where you lived?
2  A. I do not.
3  Q. Did you live in dormitories your entire
4  time at Louisiana Tech?
5  A. Yes.
6  Q. Do you know the names of any of the
7  dormitories where you resided when you were at
8  Louisiana Tech?
9  A. Sorry, I don't.
10  Q. That's okay.
11  Now, it's following your graduation
12  from Louisiana Tech that you went to work at Ethyl
13  Corporation; is that right?
14  A. That's correct.
15  Q. Okay. How did you end up at Ethyl
16  Corporation?
17  A. Well, I was looking for -- I was
18  interviewing for jobs, and most of the interviewees
19  at that time of the year were in the natural gas
20  processing business, and I was really interested in
21  chemicals.
22  The department chairman at the time
23  knew the president or the plant manager, anyway,
24  for Ethyl in Baton Rouge, and he called and got me

Page 83

1  an interview, which I then received an offer of
2  employment and accepted and I worked there then the
3  five years.
4  Q. Do you remember who the plant manager was
5  during that time?
6  A. Jim. I can't recall his last name.
7  Q. Now, moving forward, you left Ethyl in
8  approximately 1959; is that right?
9  A. I think it was -- yes -- well, it was end
10  of 1959, I suppose. I had some notes with those
11  times on it, but I misplaced them.
12  Q. That's all right. Now, when you lived
13  in -- were you married at the time when you worked
14  at --
15  A. Married in my -- the end of our sophomore
16  year we were married.
17  Q. And where did you and your wife live when
18  the two of you were living in Baton Rouge?
19  A. We lived in -- you said in Baton Rouge?
20  Q. Yes, sir.
21  A. We lived in an apartment for the first
22  couple of years, and then we bought a house in the
23  Broadmoore Subdivision it was called at the time.
24  Q. Okay. Where was the apartment located?

Page 84

1  A. Don't remember.
2  Q. Do you know if it was in a part -- do you
3  know what part of town it might have been in?
4  A. Don't remember. Sorry.
5  Q. Where were you married?
6  A. In Gibsland, Louisiana.
7  Q. Is that where your wife was from?
8  A. That was my wife's home.
9  Q. I know you were asked about the names of
10  your children. Who is the older child, your son or
11  your daughter?
12  A. Son.
13  Q. Okay. And do you know your son's age or
14  when he was born?
15  A. He's 61, so whatever that arithmetic
16  tells us.
17  Q. Where does your son currently live?
18  A. He lives here in Fayetteville.
19  Q. And you currently reside with your
20  daughter in a father-in-law suite?
21  A. Yes. I guess you would call it that.
22  Q. Okay. And how old is your daughter?
23  A. My daughter is two years younger than my
24  son. She's 59.

Page 85

1  Q. Do any of the grandchildren or
2  great-grandchildren reside with you currently?
3  A. No.
4  Q. When you worked at Ethyl in the 1950s,
5  did you have any relatives who worked at the
6  company at the same time as you?
7  A. No.
8  Q. Do you know the names of any other
9  engineers or other Ethyl employees who you still
10  may keep up with who are still around who might
11  have worked with you?
12  A. I remember a few names, but we have lost
13  contact over the years.
14  Q. What are some of the names you remember?
15  A. There was a little Cajun guy named
16  Currie St. Pierre, a very gullible guy.
17  Q. Okay. Was he an engineer?
18  A. He was a chemical engineer from LSU.
19  Q. All right.
20  A. Another chemical engineer from St. Louis.
21  Goodness, I can't remember.
22  Q. Do you remember an individual named
23  Fred Hamilton?
24  A. The name sounds vaguely familiar, but I

22 (Pages 82 to 85)

James Leoma Gaddy
November 13, 2018

Page 86

1  don't remember him.
2      Q.  He would have been a maintenance
3  superintendent in the 1950s.  Does that ring a
4  bell?
5      A.  No.
6      Q.  Do you remember a man named Don Kirk?
7      A.  No.
8      Q.  Do you remember a man named
9  Johnny Guillot?
10     A.  No.
11     Q.  Do you remember a man named
12 Wallace Armstrong?
13     A.  Sounds vaguely familiar, but I don't
14 remember specifically.
15     Q.  Now, skipping ahead, you told us earlier
16 that you worked at -- well, first of all, why did
17 you leave Ethyl?
18     A.  Well, it's -- it was a family decision.
19 My mother lived alone, and my grandmother, her
20 mother was -- became incapacitated, and so she
21 moved in from her home in Little Rock with my
22 mother in Spring Hill.  My in-laws lived in the
23 little town of Gibsland, so our family was
24 concentrated in North Louisiana.

Page 87

1      Q.  Okay.
2      A.  And so we decided to go home basically.
3      Q.  So it was nothing -- you did not have
4  problems working at Ethyl that caused you to leave?
5      A.  Oh, no.
6      Q.  You just wanted to go back to where your
7  family roots were located?
8      A.  Right.
9      Q.  Now, you told Mr. Clark earlier that you
10 worked for Arkla Chemical between 1960 and 1966; is
11 that right?
12     A.  That's correct.
13     Q.  What did you do for that company?
14         Well, first of all, was that a
15 chemical manufacturing facility?
16     A.  It is a subsidiary of Arkla Gas, the
17 utility company in Arkansas and parts of
18 North Louisiana.
19     Q.  Okay.
20     A.  And they had a cement plant in Forman,
21 Arkansas.  They had a chemical plant in Pine Bluff,
22 Arkansas; and I don't think they had any other
23 manufacturing plants other than processing natural
24 gas and extraction of some of the chemicals from

Page 88

1  the gas before they distributed it.
2      Q.  Okay.
3      A.  So my job there was in the chemical
4  section to -- and later was in charge of doubling
5  the capacity of the cement plant in Forman.
6      Q.  Did you ever work at the chemical plant
7  in Pine Bluff?
8      A.  I visited there.  It was in the area of
9  my responsibility for technical service or
10 technical improvement.
11     Q.  Okay.  When you worked at the cement
12 plant, were you permanently -- was that more or
13 less permanently assigned there from '60 to '66, in
14 Forman?
15     A.  No.  I lived in Shreveport and was only
16 the last year, I think, that we built the -- or
17 increased the capacity of the cement plant in
18 Forman, and that was my project, my responsibility.
19     Q.  Where did you work, and what did you do
20 when you first started with Arkla Chemical in 1960?
21     A.  I lived in Shreveport, was responsible
22 for improving the operation of the caustic chlorine
23 plant in Pine Bluff and also some of the gas plants
24 that they operated.

Page 89

1      Q.  Okay.  Did you physically work at the
2  caustic chlorine plant in Pine Bluff?
3      A.  Did not physically operate any of the
4  equipment.  I visited there.  I was responsible for
5  technical service to that facility.
6      Q.  Okay.
7      A.  But I was there infrequently.
8      Q.  All right.  Let's talk a little bit about
9  that.
10         A caustic chlorine plant is basically
11 taking brine and is separating chlorine, and then
12 the by-products are going to be chlorine --
13     A.  Sodium hydroxide.
14     Q.  Yeah, a weak caustic soda --
15     A.  Right.
16     Q.  -- and nitrogen?
17     A.  No, no nitrogen.
18     Q.  What else comes off of that?
19     A.  Nothing.
20     Q.  Does hydrogen come off of that?  Is there
21 any gas that comes off the brine?
22     A.  No.
23     Q.  Okay.  Were they using chlorine cells to
24 manufacture --

23  (Pages 86 to 89)

James Leoma Gaddy
November 13, 2018

Page 90

1    A.  Uh-hum.
2    Q.  -- the chlorine?
3    A.  Yes.
4    Q.  Do you know in particular what type of
5  cell they were using?  Were they using an asbestos
6  diaphragm on the chlorine cells?
7    A.  Don't remember.  Don't know.
8    Q.  Okay.  Well, obviously in a chlorine cell
9  there's going to be a cathode and an anode,
10 correct?
11   A.  Right.
12   Q.  Do you know whether the cathode
13 contained any form of diaphragm that would be used
14 as a medium to separate the chemicals?
15   A.  I don't remember.  Sorry.
16   Q.  Okay.  Did you ever have to refurbish a
17 chlorine cell?
18   A.  No.
19   Q.  And when you say you were responsible for
20 improving the operation of the caustic chlorine
21 plant, what sort of improvements were you
22 responsible for designing?
23   A.  Well, the process is fairly standard with
24 decent efficiencies, and so there was not a great

Page 91

1  capacity for increasing the production or the
2  efficiency of the plant, so it was a matter
3  primarily of maintaining the operating time for the
4  cells.
5    Q.  Were you involved in trying to improve
6  operational efficiencies, or were you constructing,
7  for example, smaller pilot plants that might --
8    A.  No.
9    Q.  -- test out new processes?
10   A.  No experiments like that.
11   Q.  Okay.  So you were living in Shreveport,
12 the caustic plant was in Arkansas.  Physically
13 where was your office or your work location?
14   A.  Shreveport.
15   Q.  Was it an office job?
16   A.  Yes.
17   Q.  And you would make field visits as
18 necessary?
19   A.  Right.
20   Q.  How often would you visit the chlorine
21 plant of Arkla Gas -- or Arkla Chemical?
22   A.  Four, five times a year.
23   Q.  Would those visits be one single day or
24 multiple days?

Page 92

1    A.  Probably overnight, parts of two days.
2    Q.  Did they have a cell refurbishing
3  operation at that facility where they would have to
4  essentially refurbish the cell after the cell had
5  deteriorated over its useful life?
6    A.  I guess I don't understand the term
7  refurbishing.
8    Q.  Well, earlier you were talking to
9  Mr. Clark about the fact that the sodium cells
10 would have a certain life, and then after that,
11 they would have to be changed out and essentially
12 rebuilt.
13   A.  Right.
14   Q.  Was the same true for chlorine cells at
15 Arkla Chemical or do you know?
16   A.  No, the cells at Ethyl operated at
17 1500 degrees, very high, a very difficult
18 environment than the caustic chlorine cells, which
19 were essentially at room temperature --
20   Q.  Okay.
21   A.  -- or slightly elevated.
22   Q.  Now, in the chlorine cells, though, they
23 still use electricity essentially --
24   A.  They did --

Page 93

1    Q.  -- to separate the chlorine from the
2  caustic soda?
3    A.  Yes.
4    Q.  Have you kept up or are you aware of any
5  individuals who were still around who might have
6  worked with you when you were working in Arkla
7  Chemical between 1960 and 1966?
8    A.  That's 50-some-odd, 60 years.  Everybody
9  else is dead probably.
10   Q.  Yeah.  And I don't expect you to
11 necessarily have an answer, but if there is
12 somebody, I'm just trying to find out --
13   A.  I don't know of anybody.
14   Q.  Okay.  And so how long, when you were
15 working at Arkla Chemical, did you have the job
16 responsibility of improving the operation of the
17 caustic chlorine plant?
18   A.  It was -- I don't remember exactly when
19 they bought that, but it was from the -- probably
20 the middle of my term at Arkla that they bought
21 that facility.
22   Q.  And then what did you do after that?
23   A.  I was responsible for -- was a project
24 engineer for the expansion of the cement plant at

24 (Pages 90 to 93)

James Leoma Gaddy
November 13, 2018

Page 94

1    Forman, Arkansas.
2        Q.  Is this basically Portland cement?
3        A.  Portland cement.
4        Q.  Any hot processes involved at that
5    facility?
6        A.  Right.  The production of the cement
7    itself is in a kiln at high temperatures.
8        Q.  So this isn't a concrete plant, this is
9    where cement is actually being made?
10       A.  That's correct.
11       Q.  Okay.  And what was the heat source of
12   the kiln?
13       A.  It was natural gas.
14       Q.  Did they use any industrial steam at that
15   facility, either for heat or to power any of the
16   mechanical equipment?
17       A.  I do not remember.  I'm sorry.
18       Q.  Okay.  Was hot thermal insulation used at
19   that facility?
20           MS. PENN:  Object to form.
21           THE WITNESS:  Most likely.
22   BY MR. BIENVENU:
23       Q.  Why do you say that?  Why would it be
24   likely that there would have been hot insulation

Page 95

1    used at that facility?
2        A.  Well, just because it was a high
3    temperature operation.  I'm just speculating,
4    really.
5        Q.  Are you speculating that it's high
6    temperature or you're not speculating that it was a
7    high temperature?
8        A.  No, it was definitely a high
9    temperature.
10       Q.  Okay.  And so there was the need in
11   various aspects to contain and regulate heat with
12   insulation, right?
13       A.  Yes.
14           MS. PENN:  Object to form.
15   BY MR. BIENVENU:
16       Q.  Okay.  Do you know what were the
17   operating temperatures of the kiln?
18       A.  It's been too many years.  I'm sorry, I
19   don't remember.
20       Q.  Okay.  I mean, was it 1800 degrees or
21   500 degrees?
22       A.  Oh, it's 1800 plus, I think, in the
23   hottest area.
24       Q.  Was the kiln lined with firebrick?

Page 96

1        A.  Yes.
2        Q.  Did you ever have to go inside of the
3    kiln?
4        A.  No.
5        Q.  Did you ever have to do any sort of work
6    or inspection in the actual operating parts of the
7    facility, or was it just an office job?
8        A.  It was primarily an office job, design
9    and supervision of construction and that sort of
10   activity.
11       Q.  Would you be involved in the design and
12   construction of pilot plants at Arkla Chemical?
13       A.  There were no pilot plants, so no.
14       Q.  Would you have ever come into
15   contact with any hot thermal insulation or be in
16   the area where thermal insulation was being
17   manipulated or disturbed?
18           MS. PENN:  Object to form.
19           THE WITNESS:  I don't think so.  Don't
20   recall, but...
21   BY MR. BIENVENU:
22       Q.  Okay.  So when you were at the cement
23   plant, you said you were in charge of doubling
24   capacity.  Was that done by adding onto the

Page 97

1    facility?
2        A.  It was, yes, sir.
3        Q.  So was the size of the facility itself
4    doubled?
5        A.  I don't remember specifically, but
6    approximately doubled.
7        Q.  Do you know if that facility still
8    exists?
9        A.  I do not.  I drove within 30 miles of it
10   recently, and was going to go by there and see, but
11   I didn't want to waste that hour, so I...
12       Q.  So were you essentially the construction
13   site supervisor of the new construction?
14       A.  No.  I was the project engineer --
15       Q.  Oh, okay.
16       A.  -- responsible for the design and -- but
17   nothing to do directly with the construction.
18       Q.  Okay.  Did you ever have to do any field
19   inspection as the project engineer to see how
20   things were going or to see if things were being
21   built according --
22       A.  I was on-site frequently and inspected
23   the construction.
24       Q.  Was construction going on while you would

25 (Pages 94 to 97)

James Leoma Gaddy
November 13, 2018

Page 98

1  be performing your inspection?
2      A.  Yes.
3      Q.  Do you know who the general contrac -- do
4  you recall the name of the general construction
5  contractor who did that?
6      A.  Kaiser Engineers, Oakland, California.
7      Q.  As part of the engineering -- and I'm
8  not expecting you to recall the detailed content of
9  any engineering specification -- but do you recall
10 there being insulation specifications that would
11 have been created for that design?
12     MS. PENN:  Object to the form.
13     THE WITNESS:  I don't remember, but
14 most probably.
15 BY MR. BIENVENU:
16     Q.  Well, do you know whether or not the
17 kiln -- do you know, for example, whether or not
18 the kiln required any insulation?
19     A.  The purpose of the kiln is to get the raw
20 material at high temperature and not necessarily to
21 cool it, and so I would -- I think that the answer
22 is no.
23     Q.  Okay.  What were the feedstocks for
24 that kiln?

Page 99

1      A.  It was the mined material that they made
2  the cement from that was fed into the kiln; and at
3  that high temperature as it flowed through, it
4  converted to cement.
5      Q.  Okay.  Well, so there is -- there's some
6  sort of reaction that goes on in the kiln?
7      A.  Yes.
8      Q.  And then the product that is created from
9  the reaction then has to be transported to some
10 other process?
11     A.  No other process, it's the final product
12 as it comes out.
13     Q.  Okay.  Well, once it comes out of the
14 kiln, where does it go and how is it transported
15 there?
16     A.  It -- through a series of conveyors it's
17 transported to the bagging area where they bagged
18 it.
19     Q.  Solid material?
20     A.  Solid.
21     Q.  Okay.  Is that the last -- what other --
22 after -- how long did that project take?
23     A.  About a year.
24     Q.  Did you move to Forman for that project?

Page 100

1      A.  No, lived in Shreveport.
2      Q.  You commuted?
3      A.  Commuted.
4      Q.  How far is that commute?
5      A.  Oh, an hour and a half maybe.
6      Q.  Once that job was complete with Arkla
7  Chemical, what did you do for them after that?
8      A.  I went back to graduate school.
9      Q.  Okay.  And so that's when you would have
10 gone and obtained your Master's at the University
11 of Arkansas?
12     A.  Right.
13     Q.  And that would have been roughly 1966 to
14 1967?
15     A.  Right.
16     Q.  Was that in chemical engineering?
17     A.  It was.
18     Q.  Then you went to the University of
19 Tennessee and did your Ph.D. from 1967 to 1969?
20     A.  Correct.
21     Q.  Was that also in chemical engineering?
22     A.  Right.
23     Q.  What was the topic of your research
24 dissertation?

Page 101

1      A.  The stochastic optimization of chemical
2  plants.
3      Q.  What does that mean?
4      A.  Well, when you design a plant, you have
5  to specify temperatures and pressures and other
6  parameters which are variable and are going to vary
7  through the course of the operation of that
8  facility, but that's never accounted for.
9          You have to pick a condition and
10 design the plant to that condition unless you do
11 some other procedure, which I call stochastic
12 optimization, which allowed you to vary the inputs
13 and then to get a probability curve for the proper
14 design.
15     Q.  Obviously -- would you agree that part
16 of chemical engineering is designing processes that
17 are able to regulate and stabilize various
18 temperatures and pressures involved in the process
19 of making that particular chemical?
20     A.  That's correct, the conditions,
21 concentration, temperature, pressure and flow rate.
22     Q.  Was the use of insulation as a regulator
23 of heat something that you would have studied as
24 part of your chemical engineering studies in the

26 (Pages 98 to 101)

James Leoma Gaddy
November 13, 2018

Page 102

1  1960s?
2      A.  No.
3      Q.  Okay.  In your academic curriculums at
4  either the University of Arkansas or the University
5  of Tennessee, did you ever receive any information
6  during that time indicating that thermal insulation
7  that might contain asbestos could be harmful and
8  needed to be controlled?
9      A.  No, sir.
10     Q.  Was --
11     A.  Not a part of the chemical engineering
12  curriculum.
13     Q.  I understand.  But was the use of
14  thermal -- asbestos-containing thermal insulation
15  something that was generally in use in the 1960s?
16     A.  Yes.
17     Q.  Okay.  Were you familiar with general
18  engineering standards that might have been
19  promulgated by organizations such as the American
20  Society of Mechanical Engineers, ASME?
21     A.  Not mechanical engineers, no.
22     Q.  So following your Ph.D. at the University
23  of -- oh, at the University of Tennessee -- at
24  either your Master's program or your Ph.D. program,

Page 103

1  did you ever have to construct any sort of pilot
2  plants as part of that coursework?
3      A.  No, sir.  My thesis in both cases dealt
4  with computer simulations.
5      Q.  Then you went to work at the University
6  of Missouri in its chemical engineering department?
7      A.  In Rolla, Missouri.
8      Q.  Was your entry level associate
9  professor or assistant professor?
10     A.  Assistant professor.
11     Q.  Did you obtain tenure at the University
12  of Missouri?
13     A.  I did.
14     Q.  And when did you become a full
15  professor?
16     A.  I don't remember.
17     Q.  Was the chemical engineering
18  department located in a particular building at the
19  University of Missouri?
20     A.  Yes.
21     Q.  Do you recall the name of that
22  building?
23     A.  I do not.  I'm sorry.
24     Q.  Okay.  Do you know whether or not the

Page 104

1  chemical engineering department today is in the
2  same building?
3      A.  No.  They have a new building.
4      Q.  They have a new building.
5          Then you went to the University of
6  Arkansas in 1980; is that right?
7      A.  That's correct.
8      Q.  When did you become -- did you
9  start -- did you go to the University of Arkansas
10  as the department head?
11     A.  I did.
12     Q.  And you served as the department
13  head at the University of Arkansas from 1980
14  until you obtained emeritus status in approximately
15  1989?
16     A.  That's correct.
17     Q.  Was there a building where the chemical
18  engineering department was located at the
19  University of Arkansas?
20     A.  Yes.
21     Q.  And where is that, the building at?
22     A.  There's a new engineering building now
23  that was constructed while I was there.  The old
24  chemical engineering building was in the old

Page 105

1  engineering building, which is still there, but
2  used for different purposes.
3      Q.  Do you know when that old engineering
4  building was constructed?
5      A.  I don't.  Sorry.
6      Q.  Were there any pilot plants located in
7  the engineering building at the University of
8  Arkansas?
9      A.  No.
10     Q.  Were there any pilot plants located in
11  the chemical engineering department at the
12  University of Missouri?
13     A.  No.  There were laboratories that the
14  students were required to do experiments in, but no
15  pilot plant as such.
16     Q.  Going back to your childhood --
17     A.  I wish I could.
18     Q.  Do we all.
19         I guess as an only child, did you
20  have your share of household chores that you would
21  have to do?
22     A.  I don't remember specifically, no.
23     Q.  Well, do you ever recall assisting your
24  mother cleaning the house?

27 (Pages 102 to 105)

James Leoma Gaddy
November 13, 2018

Page 106

1    A.  No.
2    Q.  Okay.
3    A.  No.  I'm sure I did, but probably blocked
4    that out of my memory.
5    Q.  Dr. Gaddy, what was your spouse's cause
6    of death?
7    A.  Alzheimer's.
8    Q.  When you worked at the Oak Ridge
9    Laboratories you indicated that you worked there a
10   couple of summers when you were at the University
11   of Tennessee.
12   A.  Only one summer.
13   Q.  Okay.  Do you know whether or not at
14   Oak Ridge whether you were working around any
15   sources of radiation?
16   A.  I'm pretty sure I was not.  It was an
17   office job strictly, no exposure to any kind of
18   equivalent or plants.
19   Q.  In any of your other -- in any of the
20   work that you might have done in the field of
21   chemical engineering, do you know whether or not
22   you have been exposed to sources of radiation that
23   you're aware of?
24   A.  Not aware of that I have been.

Page 107

1    Q.  All right.  I want to ask you a couple of
2    questions now, Dr. Gaddy, just about your medical
3    history and your current treatment.
4        Are you currently being treated by an
5    oncologist?
6    A.  Correct.
7    Q.  And what is that physician's name?
8    A.  I don't remember his first name.  It's
9    Bradford, Dr. Bradford at the Highlands Oncology
10   Clinic.
11   Q.  And you have received three treatments
12   of Keytruda?
13   A.  Yes, sir.
14   Q.  Do you understand that Keytruda is what's
15   called an immunotherapy?
16   A.  Right.
17   Q.  Dr. Bradford is overseeing that medical
18   management of your treatment?
19   A.  He is.
20   Q.  Did Dr. Bradford tell you why he is
21   recommending Keytruda as opposed to other potential
22   treatment options?
23   A.  He may have, but in the early discussions
24   I was not so alert or aware of what was going on,

Page 108

1    so he may have discussed that with my children.
2    Q.  When was the last time you received
3    treatment?
4    A.  Tuesday.  A week ago.
5    Q.  Do you have any other treatments
6    scheduled?
7    A.  Don't know.  They decide after a few
8    weeks whether to proceed.
9    Q.  Do you have, for example, a CT scan or
10   PET scan scheduled?
11   A.  Oh, no, they did that two or three weeks
12   ago.  I don't remember.  We did one early, then
13   they did another one two or three weeks ago.
14   Q.  Did Dr. Bradford talks to you about the
15   PET scan?
16   A.  Yeah.
17   Q.  What did he tell you?
18   A.  He said that -- he showed me the scans,
19   and showed me the cancers.  And the second time he
20   showed me again, and you can clearly see that the
21   cancer had grown and progressed, so that was a
22   message I got from that.
23   Q.  Now --
24   A.  Not good news.

Page 109

1    Q.  I'm sorry to hear that.
2        Earlier you had told your attorney
3    that you had had a situation back in July where
4    they removed some fluid from your chest.
5    A.  Uh-hum.
6    Q.  Have you had to do that again?
7    A.  No, but I'm going to talk to him about
8    that tomorrow.  I have an appointment with him.  I
9    have severe shortness of breath, I guess you call
10   it severe.  So it's time, from my perspective
11   anyway, to try to correct that.
12   Q.  Are you taking any pain medication?
13   A.  No.
14   Q.  Is the shortness of breath and the lack
15   of energy the primary complaints that you have
16   related to your illness?
17   A.  Yeah.
18   Q.  Do you know whether or not the lack of
19   energy is a side effect of the Keytruda?
20   A.  I don't know.  I can't say for sure.
21   Q.  Day-to-day caregiving is being provided
22   by your daughter and her husband?
23   A.  Right.  And my son too.
24   Q.  Okay.  Everybody is chipping in?

28 (Pages 106 to 109)

James Leoma Gaddy
November 13, 2018

Page 110

1    A.  Everybody is, yeah.
2    Q.  Where was the hospital where you --
3  what was the name of the hospital where they
4  performed the surgery?
5    A.  For the removal of the fluid?
6    Q.  Yes.
7    A.  The Washington Regional Hospital here
8  in Fayetteville.
9    Q.  Are you under the -- are you okay?
10   A.  Say it again.
11   Q.  Are you okay?
12   A.  I'm okay, yeah.
13   Q.  All right.  I'm going to ask you a couple
14  more questions, then we're just going to let you
15  have a break because I know we have been going
16  awhile.
17   A.  I'm okay.
18   Q.  Okay.  Are you under the care of a lung
19  doctor or pulmonologist?
20   A.  No.
21   Q.  Are you under the care of a cardiologist?
22   A.  Yes.
23   Q.  All right.  And what is the cardiologist
24  treating you for?

Page 111

1    A.  I have heart failure.  I'm not sure
2  that's accurate as I think back about my history.
3  I'm not sure it's not all the same problem.
4         It's a matter of fluid in your lungs
5  for heart failure, for example.  And I'm not sure
6  that's not the result of the initial or -- the
7  initial instances of the mesothelioma.
8    Q.  Have you experienced congestive heart
9  failure before?
10   A.  Well, yeah.  It was a couple of years
11  ago.
12   Q.  Has any doctor ever told you that the
13  congestive heart failure is associated with
14  mesothelioma?
15   A.  No.  No.  That's my conjecture because
16  the symptoms were the same.
17   Q.  All right.  Prior to your diagnosis this
18  past July, had you ever been previously diagnosed
19  with any form of cancer?
20   A.  I had prostate cancer.
21   Q.  And when did that occur?
22   A.  Oh, it's been 10 years ago, maybe 15.
23   Q.  Were you treated by a urologist for
24  that?

Page 112

1    A.  Yes.
2    Q.  What's the name of that doctor?
3    A.  Garner.
4    Q.  Did you take chemotherapy or radiation?
5    A.  Radiation.
6    Q.  Where was the -- do you remember the
7  name of the facility where you received the
8  radiation?
9    A.  It was here.  Dr. Garner is now a doctor
10  at the Highlands Oncology Clinic.  He was at
11  another clinic at the time, however.
12   Q.  Okay.  So Dr. Garner was the radiation
13  oncologist associated with your prostate cancer?
14   A.  Right.
15   Q.  Was there any surgical treatment
16  rendered for the prostate cancer?
17   A.  No.  I had the radioactive seeds
18  implanted.
19   Q.  All right.  Prior to July of this year,
20  had you ever been hospitalized for any breathing
21  difficulty?
22   A.  Yes.
23   Q.  When was that?
24   A.  It was with the congestive heart failure.

Page 113

1  That's I guess why I make a connection between an
2  early problem with the mesothelioma.
3    Q.  When did you first -- earlier you were
4  telling Mr. Clark that when you went to see the
5  doctor and you had the fluid removed that you knew
6  something was wrong, you didn't know how -- you
7  didn't know that it was cancer.
8         I guess my point is how long have
9  you had some symptoms with respect to breathing
10  difficulty or any other issues that caused you
11  ultimately to seek medical attention this past
12  summer?
13   A.  I'm not sure.  Would you start over?
14   Q.  Yeah, let me --
15   A.  I mean, I suspected, after the
16  mesothelioma was diagnosed, I have suspected that
17  those other incidents, even the heart failure
18  diagnosis, was a part of the same problem, because
19  my fluid built up.
20         When the fluid builds up, then you
21  can't breathe and the doctors immediately think
22  about heart trouble.
23   Q.  I guess my question is:  How long had you
24  been having breathing difficulties before July of

29 (Pages 110 to 113)

James Leoma Gaddy
November 13, 2018

Page 114

1  this year?
2      **A.  Well, at least a year.**
3      Q.  And before July, did you go see any
4  doctors or physicians about those breathing
5  difficulties?
6      **A.  Well, I was in the hospital at least once**
7  **with that problem, which the doctor diagnosed as a**
8  **heart failure.  But I now look back and think that**
9  **it probably was the same thing that I am**
10 **experiencing now.**
11     Q.  When were you hospitalized -- what
12 hospital were you hospitalized with congestive
13 heart failure?
14     **A.  Washington Regional here.**
15     Q.  And who was the cardiologist -- is
16 there -- who's the name of the cardiologist?
17     **A.  Ted Fish.**
18     Q.  Do you take medication related to your
19 heart condition?
20     **A.  I don't know the answer to that.**
21     Q.  Okay.
22     **A.  I have forgotten.**
23     Q.  All right.  Dr. Gaddy, we have been going
24 about an hour and ten minutes.  Let's go ahead and

Page 115

1  try to take, like, a five-minute restroom break --
2      **A.  All right.**
3      Q.  -- then I'll finish up.
4      **A.  Five minutes by that clock.**
5      THE VIDEOGRAPHER:  We are going off the
6  record at 3:36 p.m.
7      (A short break was taken.)
8      THE VIDEOGRAPHER:  We are going on the
9  record at 3:47 p.m.
10 BY MR. BIENVENU:
11     Q.  All right.  Dr. Gaddy, I'm going to
12 change gears now and ask you some questions
13 about your work at Ethyl in Baton Rouge, if that's
14 okay.
15     **A.  Okay.**
16     Q.  To give the jury an idea of the bigger
17 operation, the Ethyl facility that was located in
18 Baton Rouge when you worked there, the primary
19 product that they made was tetraethyl lead which
20 was used as a gasoline additive; is that right?
21     **A.  Correct.**
22     Q.  Okay.  There were buildings that actually
23 involved the processes that made tetraethyl lead,
24 correct?

Page 116

1      **A.  Right.**
2      Q.  Those were called the TEL buildings,
3  right?
4      **A.  Right.**
5      Q.  Okay.  And I think you told your lawyer
6  you never did any work on the inside of those
7  buildings except for the time when you ran your
8  motor scooter into a rope, you really had nothing
9  to do with those processes of those operating
10 areas?
11     **A.  Right.**
12     Q.  Now, you were telling Mr. Clark earlier
13 that you were assigned when you first started at
14 Ethyl to an area known as the sodium area, correct?
15     **A.  Uh-hum.**
16     Q.  Okay.  The sodium area was where they
17 basically took salt, melted it, heated it up and
18 then would separate the chlorine, which is the Cl,
19 from the Na, which is the sodium, correct?
20     **A.  Right.  Yes.**
21     Q.  The sodium would then be used as a
22 feedstock for the tetraethyl lead area, correct?
23     **A.  Right.**
24     Q.  Okay.  You never worked as a maintenance

Page 117

1  craftsman in the sodium area, correct?
2      **A.  No.**
3      Q.  Okay.  You never worked as an insulator
4  in that area, correct?
5      **A.  No.**
6      Q.  You never worked as a pipefitter in that
7  area?
8      **A.  No.**
9      Q.  Okay.  They also had a craft that was
10 known as sodium day service mechanics.
11     **A.  Day service?**
12     Q.  Sodium day service mechanics.  Do you
13 recall that craft?
14     **A.  No.**
15     Q.  Okay.  Well, you were telling your lawyer
16 earlier that there were people who would come in
17 and essentially rebuild or refurbish the sodium
18 cells, correct?
19     **A.  Right.**
20     Q.  That was a specialized maintenance craft
21 that would do that work, correct?
22     **A.  I assume so, yes.**
23     Q.  Okay.  Well, in the 1950s, Ethyl had
24 a -- what was known as a maintenance department,

30 (Pages 114 to 117)

James Leoma Gaddy
November 13, 2018

Page 118

1  correct?
2      **A.  I assume so if you -- you're talking**
3  **about the maintenance department for the sodium**
4  **area or --**
5      Q.  Well, Ethyl had a maintenance
6  department of employees who did the maintenance
7  work that was necessary in the TEL and the sodium
8  area, correct?
9      **A.  I assume so.  I don't know about the**
10  **name, but...**
11      Q.  You were never assigned to the
12  maintenance department at Ethyl?
13      **A.  No.**
14      Q.  Okay.  You were never a maintenance
15  supervisor, correct?
16      **A.  No.**
17      Q.  Okay.  Your background was not in
18  mechanical engineering, so you really didn't have
19  the expertise on repairing pumps and compressors
20  and mechanical equipment, correct?
21      **A.  That's correct.**
22      Q.  Your expertise was assisting in the
23  operational efficiencies of producing sodium in the
24  sodium area where you worked, correct?

Page 119

1      **A.  Right.**
2      Q.  Okay.  Now, the sodium cells that
3  we're talking about, and you described them as
4  having a certain diameter and height, the cells
5  themselves were essentially organized as rows of
6  cells; is that correct?
7      **A.  That's correct.**
8      Q.  Okay.  And the cell itself would be
9  lowered into some sort of shell or other housing,
10  correct?
11      **A.  There were two stories in a building.**
12  **The upper floor was a very high ceiling floor with**
13  **fans and air circulation.  The lower story was**
14  **simply the bottom two thirds of the cells.**
15      Q.  Okay.  But the cell itself, for
16  example -- when it's in operation, the cell is
17  effectively encased in some sort of housing or --
18  is it in the ground or is it above ground?  How is
19  it --
20      **A.  Well, you have two floors --**
21      Q.  Okay.
22      **A.  -- with a solid floor.  The cell, which**
23  **is 12, 15 feet tall protruded through the -- into**
24  **the first floor by a matter of 4, 5 feet.**

Page 120

1      Q.  Okay.
2      **A.  The other 10 feet was below that.**
3      Q.  Okay.
4      **A.  And so you have this row, two rows,**
5  **actually, of the cells that are in the building and**
6  **there are probably 75 of them or so.**
7      Q.  Okay.  But the inside of the cell, the
8  anode and the cathode, it's enclosed, correct?
9      **A.  Yeah, sure.**
10      Q.  In operation?
11      **A.  It's a regular tank almost --**
12      Q.  Okay.
13      **A.  -- with an open top.**
14      Q.  Okay.  And when you say the open top,
15  when you were talking about during that period of
16  the strike when you had to go do an operator's job
17  and use that crowbar or whatever to chip away the
18  material, what you were chipping away was salt?
19      **A.  Yes.  Solidified salt.**
20      Q.  Solidified salt.
21      **A.  Yeah.**
22      Q.  Because that's what's in the cell being
23  reacted or separated, correct?
24      **A.  Correct.**

Page 121

1      Q.  You personally never refurbished a sodium
2  cell, correct?
3      **A.  No.**
4      Q.  Okay.
5      **A.  I was in contact in the same area as**
6  **cells being refurbished, but I never worked on the**
7  **refurbishing.**
8      Q.  Okay.  You personally never removed any
9  insulation or insulated a sodium cell --
10      **A.  No.**
11      Q.  -- is that correct?
12      **A.  That's correct.**
13      Q.  When -- outside of the time period
14  when the strike took place, did you do hands-on
15  work in the sodium area, or did you essentially
16  provide oral or written technical advice to the
17  sodium cell operators?
18      **A.  There were times when I would make**
19  **measurements, take data and analyze those data**
20  **and make recommendations on changing operation of**
21  **some sort.**
22      Q.  Okay.  And you're not -- when you're
23  making those measurements, you're not -- are you
24  disturbing the cell in any way, shape or form?

31 (Pages 118 to 121)

James Leoma Gaddy
November 13, 2018

Page 122

1      A.  Usually not.
2      Q.  Okay.  You said earlier that -- well, in
3  the sodium area, did you have an office?
4      A.  No.  In the main building I had an
5  office.
6      Q.  Okay.
7      A.  Across the street.
8      Q.  And so that office -- was that office
9  essentially your home base, for lack of a better
10  word?
11      A.  Yeah.
12      Q.  I mean, how much time on a given week
13  would you spend in the office?
14      MR. CLARK:  Objection.  Form.
15      Also don't guess.  He told you he's
16  interested in -- remember we're interested in
17  what you know.  Don't guess.
18      THE WITNESS:  Yeah.  Two thirds of
19  the time in the office, one third of the time
20  in the plant.
21  BY MR. BIENVENU:
22      Q.  Okay.  Were there other chemical
23  engineers also located in the office building who
24  were providing technical advice and support to

Page 123

1  sodium operations?
2      A.  Yes.
3      Q.  How many other chemical engineers were
4  there?
5      A.  For the sodium area?
6      Q.  Yes, sir.
7      A.  Maybe one.  I don't remember.
8      Q.  Okay.  One other besides yourself?
9      A.  Besides myself.
10      Q.  Do you recall the name of that
11  individual?
12      A.  No.
13      Q.  Okay.  Do you know the name, brand
14  or manufacturer of any of the materials that might
15  have been used to perform any insulating function
16  in the sodium cells?
17      A.  No.
18      Q.  What type of advice or information
19  would you try to develop in order to increase the
20  efficiencies or the output of sodium in the job
21  that you had?
22      A.  At times different, but the one I
23  remember as being significant was the installation
24  and operation of the automatic ticklers they were

Page 124

1  called for the removal of the hydrogen -- I'm
2  sorry, the sodium.
3      The sodium would, of course, come
4  up from the cathode or the anode and be collected
5  at the -- actually on a riser that it -- came up
6  from the cell.  And the sodium solidifies at a
7  temperature of about 200 degrees and the cell
8  itself is 1500 degrees, so there's a cooling that
9  takes place.
10      And if the cooling is too rapid or
11  uneven, then the sodium will solidify and it won't
12  flow out, and so one of the things that you have
13  to -- that the operator was responsible for doing
14  was keeping that riser open by using a probe to
15  remove the solidified sodium.
16      We developed an automatic
17  tickler to actually operate with a cylinder up and
18  down that would keep that riser clean.
19      Q.  Okay.  There was nothing about that
20  design or modification that had anything to do with
21  asbestos, correct?
22      A.  That's correct.
23      Q.  Okay.  The cathode and the anode inside
24  the sodium cell, those are essentially made of

Page 125

1  metal; is that right?
2      A.  That's correct.
3      Q.  Okay.  The cathode and the anode does
4  not have asbestos as a component part?
5      A.  No.
6      Q.  Okay.  Now, when a cell would be
7  removed or taken out of operation to be either
8  refurbished or rebuilt, did Ethyl have a craft
9  known as riggers who would come in and physically
10  remove that cell so that it could be worked upon?
11      A.  Sounds familiar.  There were riggers,
12  but I can't remember specifically.
13      Q.  Well, you never worked as a rigger,
14  right?
15      A.  Never did what?
16      Q.  You never worked as a rigger?
17      A.  Oh, no.
18      Q.  And you never supervised any of the
19  riggers, correct?
20      A.  No.
21      Q.  Okay.  Did you also -- you never
22  supervised the sodium day service mechanics who
23  would actually refurbish or recondition the sodium
24  cells, correct?

32 (Pages 122 to 125)

James Leoma Gaddy
November 13, 2018

Page 126

1    A. Right. No.
2    Q. That was another department, another
3    organization; is that right?
4    A. As far as I know, correct.
5    Q. Now, during the strike, which I believe
6    occurred in 1957 --
7    A. Sounds right.
8    Q. -- there was a period of time where the
9    wage roll employees are outside the plant on a
10   picket line, correct?
11   A. Right.
12   Q. The management people, which would have
13   included yourself, then took over operating the
14   plant during that time period, correct?
15   A. Right.
16   Q. Okay. Those were long days, long hours
17   because it was a small workforce trying to operate
18   a large plant, correct?
19   A. Right.
20   Q. Okay. Now, the maintenance work that
21   would have been done during the strike would have
22   been performed by the maintenance superintendents
23   who were part of the management side of the plant,
24   correct?

Page 127

1    A. Probably.
2    Q. Okay. In other words, you did
3    operations work because as an engineer during a
4    non-strike period, you were interfacing or
5    interacting with the operations side of the sodium
6    unit, correct?
7    A. Right.
8    Q. Okay.
9    A. But in the same building where they
10   were repairing cells and where there was lots of
11   circulating air, so lots of exposure, potential.
12   Q. Okay. Well, when you also say that, the
13   sodium building, because of the nature of the
14   process, the heat could get excessive inside those
15   buildings, correct?
16   A. Yeah.
17   Q. Okay. And so there were active
18   measures to try to increase the circulation of air
19   and remove heat from the building using ventilation
20   systems, correct?
21   A. Yes.
22   Q. Okay. Those ventilation systems would
23   respectively be on both sides of the building to
24   draw air up and out?

Page 128

1    A. That's correct.
2    Q. Okay. And so it's drawing air and
3    anything that's in the air pulling it away out the
4    ventilation system, correct?
5    A. Well, it's -- I don't remember the
6    arrangement of the fans, but as I recall, the fans
7    were pulling air to one side, and so there was
8    circulation over other cells that accumulated the
9    potential for asbestos particles to circulate
10   through the building.
11   Q. Okay. Well, if there were asbestos
12   particles that there they were adjacent to the
13   sodium cell, the sodium cell itself is encased,
14   correct, it's covered?
15   A. No.
16   Q. The side of the cell isn't basically
17   located --
18   A. The cell is open at the top --
19   Q. Okay.
20   A. -- where the solid -- with solid sides
21   and a solid bottom, of course.
22   Q. There's no insulation that's exposed?
23   A. Not under normal operation. When
24   they shut the cell down, and refurbish it, then,

Page 129

1    of course, it's cooled down and the workers get in
2    and replace the insulation and the brick and so on.
3    Q. Okay.
4    A. And the fans then circulate the air --
5    Q. Okay.
6    A. -- from those areas.
7    Q. The purpose of the fans is to circulate
8    the air and actually move air so that air changes
9    within the building, correct?
10   A. Well, yeah, and there's a balance. You
11   don't -- any heat that you take out of the
12   building, you have to supply through electricity in
13   the cell.
14      And so you don't want to have
15   excessive circulation so that you're spending more
16   money keeping the cell at its proper temperature.
17   Q. Okay. I'm assuming -- the -- was the
18   sodium area of the building -- your office was
19   separate from the sodium building --
20   A. Right.
21   Q. -- correct?
22      It was in a different building,
23   correct?
24   A. Right.

33 (Pages 126 to 129)

James Leoma Gaddy
November 13, 2018

Page 130

1    Q.  And the actual operating area, because of
2  the heat, that wasn't a comfortable place to be,
3  I'm assuming.
4    **A.  That's correct.**
5    Q.  Okay.
6    **A.  It gets warm in Baton Rouge as you**
7  **know.**
8    Q.  And so I'm assuming you would go to
9  the operating area on an as-needed basis, it wasn't
10 a place that you would just go to for no reason.
11   **A.  No, if you were taking measurements,**
12 **you would be there, otherwise you would be in the**
13 **lunchroom or somewhere.**
14   Q.  Okay.  When you worked at Ethyl, were
15 you given a pre-employment physical, do you recall?
16   **A.  I don't remember.**
17   Q.  Okay.  Do you recall whether as an Ethyl
18 employee you received annual physicals?
19   **A.  I do not.**
20   Q.  Do you remember whether or not there
21 was a medical department that was located on-site?
22   **A.  I do not.**
23   Q.  Okay.  You indicated that after you left
24 the sodium area you went to work at a pilot plant

Page 131

1  at the -- in the ethyl chloride unit, correct?
2    **A.  It was not in the ethyl chloride**
3  **manufacturing area, but it was close to it.  But it**
4  **was -- its purpose was to study, at least while I**
5  **was in there, study the ethyl chloride process.**
6    Q.  Okay.  And so the jury understands, in
7  the sodium area, they're separating sodium and
8  chlorine, sodium goes to the TEL area and the
9  chlorine goes to the ethyl chloride unit where it
10 is used as a feedstock to make ethyl chloride,
11 correct?
12   **A.  Correct.**
13   Q.  Ethyl chloride then goes back into the
14 TEL area where it's mixed with lead to make
15 tetraethyl lead, ergo the ethyl in tetraethyl lead,
16 right?
17   **A.  Right.  You sure you're an attorney and**
18 **not a chemical engineer?**
19   Q.  I'm not -- I can speak it better than I
20 can understand it.
21   **A.  You're doing pretty good.**
22   Q.  Mr. Clark asked you about whether or not
23 there were boilers at Ethyl.
24       Were you aware of the fact that all

Page 132

1  of the industrial steam that was used at Ethyl was
2  brought in from the Gulf states, Louisiana,
3  Powerhouse, which essentially was on the other side
4  of the fence of Ethyl?
5    **A.  I don't remember that detail.**
6    Q.  All right.
7    **A.  But I don't remember his question.**
8    Q.  I think he asked you whether or not --
9  because there was industrial steam, whether or not
10 there were any boilers, and you said you didn't
11 know or didn't remember there being boilers.
12   **A.  Okay.**
13   Q.  So we're clear, you don't recall today
14 that there were ever any boilers at the Ethyl
15 facility?
16   **A.  That's correct.**
17   Q.  Okay.  And you certainly didn't do any
18 boiler work on any boiler at the Ethyl facility,
19 correct?
20   **A.  No.**
21   Q.  Okay.  Do you recall there being safety
22 rules at Ethyl when you were working there?
23   **A.  I'm sure there were, yeah.**
24   Q.  Okay.

Page 133

1    **A.  But none regarding exposure to asbestos**
2  **or even exposure to TEL.  I don't remember those --**
3    Q.  Okay.
4    **A.  -- being restricted.**
5    Q.  I'm going to show you a document that
6  I'm going to mark as -- I don't know what the next
7  exhibit is.
8        MR. CLARK:  It would be 2.  And, David,
9    I haven't seen this, so I'm going to -- I'll
10   look at it with Dr. Gaddy.
11       MR. BIENVENU:  I'd like to go ahead
12   and mark it.
13       THE WITNESS:  Safety Rules 1950.
14           (Whereupon, Exhibit
15           No. 2 was marked for
16           Identification, 11/13/2018.)
17 BY MR. BIENVENU:
18   Q.  On Page 2 --
19       MR. CLARK:  The Table of Contents Page 2
20   or --
21       MR. BIENVENU:  Correct.  There's a Table
22   of Contents.
23       MR. CLARK:  Okay.
24

34 (Pages 130 to 133)

James Leoma Gaddy
November 13, 2018

Page 134

1   BY MR. BIENVENU:
2       Q.  It says development section safety rules,
3   Ethyl Corporation, Baton Rouge, Louisiana.
4           Do you see that?
5       A.  Yes.
6       Q.  Okay.  Ethyl Corporation, Baton Rouge,
7   Louisiana, that's the facility that we have been
8   talking about today, correct?
9       A.  Yes.
10      Q.  Okay.  The development section
11  effectively would have been the research and
12  development section where you worked on pilot
13  plants at the ethyl chloride facility -- or the
14  ethyl chloride pilot plant, do you see that?
15          Would that be correct?
16      A.  I'm not following you.
17          MR. CLARK:  Where are you, David?
18  BY MR. BIENVENU:
19      Q.  Well, my question is:  When you were
20  working at a pilot plant, were you essentially in
21  the research and development department of Ethyl
22  Corporation's Baton Rouge facility?
23      A.  I don't know.
24      Q.  Okay.  If you could go to Page 5?  Not

Page 135

1   the -- the actual Page 5 of the little booklet.
2           MR. CLARK:  Okay.  So we're on Bates
3   marked E-00167?
4           MR. BIENVENU:  Correct.
5           MR. CLARK:  Okay.  We're right here.
6   This column in the middle.
7   BY MR. BIENVENU:
8       Q.  Do you see where it says general rules
9   for the laboratory and pilot plant areas?
10      A.  I do.
11      Q.  Okay.  What you were describing earlier
12  to Mr. Clark with respect to ethyl chloride, that
13  was a pilot plant, correct?
14      A.  Yes.
15      Q.  Okay.  And were some of the chemical
16  engineers who worked with you at Ethyl, were some
17  of them assigned to pilot plants and some of them
18  assigned to the laboratory?
19      A.  You mean in the pilot plant area?
20      Q.  Yes.
21      A.  I don't know the answer specifically.
22  The people that I worked with were all in the pilot
23  plant and not the laboratory.
24      Q.  Now that I have shown you this

Page 136

1   document, does this refresh your memory in any way
2   with respect to the sorts of safety rules that
3   might have existed at Ethyl in the 1950s?
4       A.  No.  I'm still looking for some safety
5   rules that restrict contact with asbestos or with
6   TEL, for that matter.
7       Q.  Well, look on Page 19.
8           MR. CLARK:  One more.
9           THE WITNESS:  Handling TEL.  Okay.
10  BY MR. BIENVENU:
11      Q.  And on Pages 19, 20, 21, 22 and 23,
12  there were, according to this document, detailed
13  rules and procedures with respect to handling
14  tetraethyl lead, correct?
15      A.  It looked like it, but this is the same
16  area where the TEL building was that that -- on the
17  overpressure of the reactors that spilled TEL out
18  onto the adjacent street.
19      Q.  Okay.
20      A.  So I guess I'm not convinced that they
21  were terribly concerned about TEL contact.
22      Q.  Okay.  Well, if you look at Page 22, do
23  you see where they have four specific rules related
24  to TEL spills?

Page 137

1       A.  Yeah.
2       Q.  Okay.
3       A.  Wash.
4       Q.  How to decontaminate with kerosene?
5       A.  Yep.  But that, that -- that's not
6   terribly convincing or comforting to know that if
7   you spill some poison on yourself that you got to
8   wash it off.
9           I'd much rather see rules that
10  restrict the ways in which the poison can be
11  spilled --
12      Q.  Okay.
13      A.  -- or come in contact.
14      Q.  They're not recommending that it be
15  spilled, they're just saying --
16      A.  Oh, I know, sure.
17      Q.  -- what happens in the event of a spill.
18      A.  Yeah.  Sure.
19          MR. CLARK:  David, I'm going to put -- I
20  need to put an objection on the record.  We
21  have not seen this document before you just
22  presented it to Dr. Gaddy, so he's looking at
23  it as quickly as he can in response to your
24  questions, but I don't know that he ever

35 (Pages 134 to 137)

James Leoma Gaddy
November 13, 2018

Page 138

1    received it or was made aware of it when he
2    was working at Ethyl, and like I said, we
3    haven't seen it before just now.
4         MR. BIENVENU:  Okay.
5         THE WITNESS:  But just from a very
6    cursory examination, I'm not terribly
7    convinced that these rules would protect -- I
8    mean, TEL is very, very dangerous, absorbs
9    into the skin readily and so I'd much rather
10   see rules that prevented the contact with TEL
11   rather than rules for cleaning it off once you
12   got it on you.
13   BY MR. BIENVENU:
14        Q.  I understand.  But insofar as the TEL
15   area, that wasn't a process that you worked with or
16   around?
17        **A.  No, that's correct.**
18        Q.  And so you don't know the engineering or
19   the design or the operations procedures that
20   existed in the TEL area?
21        **A.  No, all I'm looking at is this document**
22   **that you gave me.**
23        Q.  Okay.  All I'm saying, though, is you
24   indicated earlier whether or not there were ever

Page 140

1    **not convinced that I'm protected still.  I mean,**
2    **what about in -- well, these rules are not terribly**
3    **restrictive.  I can breathe TEL if it's spilled in**
4    **a ventilated area, but not an unventilated area.**
5         Q.  Were you aware of the fact that in
6    the 1950s all employees who worked in the TEL area
7    were required to carry cartridge respirators on
8    their person?
9         **A.  Yes.**
10        Q.  Okay.  And that was designed to protect
11   them in the event that there became an airborne
12   lead in the environment?
13        **A.  No.  I'm not convinced that a canister is**
14   **going to protect you from TEL vapors.**
15        Q.  Were you aware in the 1950s of a single
16   employee who ever received any sort of fatal injury
17   related to lead poisoning?
18        **A.  I'm not aware, no.  The injuries to**
19   **exposure would not appear for several months anyway**
20   **or years.**
21        Q.  Is that true for tetraethyl lead or do
22   you know?
23        **A.  I don't know that for a fact.  I'm just**
24   **assuming that that's the case.**

Page 139

1    any rules that regulated TEL.  According to this
2    document, on Page 19, there are rules that talk
3    about protection when handling TEL, there are
4    handling and storage procedures, there are
5    procedures for the disposal and there are
6    procedures for spills and decontamination of
7    equipment, correct?
8         **A.  Yes.  Yes.  Don't spill it on yourself is**
9    **what basically this is saying.**
10        Q.  Okay.  Well, and one of the things, for
11   example, if you get --
12        **A.  I --**
13        Q.  I'm sorry.
14        **A.  I knew that before I went to work there.**
15        Q.  Okay.  Well, for example, on Page 20,
16   there's a reference to using a full-faced GMA black
17   canister mask or an air mask when handling TEL in
18   improperly ventilated areas.
19        Do you see that?
20        **A.  Page 20?**
21        Q.  Yeah.
22        **A.  Oh, I do see that.**
23        Q.  Okay.
24        **A.  In an improperly ventilated area.  I'm**

Page 141

1         Q.  Are you aware of the fact that if lead
2    essentially is an acute toxin such that you become
3    overcome you're going to start having neurological
4    deficits almost immediately?
5         **A.  If you have a heavy dosage of it, yes.**
6         Q.  Okay.  If you could look to Page 7?
7         **A.  Yes.**
8         Q.  It says dust and chemical respirators are
9    also available at stores.  Everyone is expected to
10   call for and use them on all occasions when they
11   can provide protection.
12        Do you recall that rule being in
13   effect at Ethyl as set forth in this 1950
14   document?
15        **A.  I do not recall.**
16        Q.  Okay.  Do you know one way or the other
17   whether or not you ever saw these safety rules?
18        **A.  Do not know.**
19        Q.  Okay.  So you're not saying you didn't
20   see them, you just can't remember 60 years later
21   seeing them, is that a fair statement?
22        **A.  I think that's a fair statement, yes.**
23   **But, again, I worked in these areas, and I remember**
24   **the precautionary procedures that were supposedly**

36 (Pages 138 to 141)

James Leoma Gaddy
November 13, 2018

Page 142

1  protecting the employees.  And they were
2  insufficient, I think.
3      Q.  If you're taking -- would you also
4  agree -- was there also a development section or a
5  research library that was available to engineers at
6  Ethyl?
7      A.  I don't remember.
8      Q.  Okay.  If you look on Page 28 --
9      A.  Okay.
10     Q.  -- it says that the foregoing safety
11 rules are too brief to cover adequately many of
12 the safety aspects of everyday laboratory
13 operations.
14         A better understanding of the useful
15 safety practices for almost any operation can be
16 had by referring to literature in the development
17 section library in that it lists things such as
18 Industrial Hygiene and Toxicology by Patty,
19 industrial toxicology, industrial solvents.
20         Do you remember one way or the
21 other whether or not these materials were available
22 to engineers who might come into contact with
23 things in the workplace that could be potentially
24 hazardous?

Page 143

1      A.  I do not remember.
2      Q.  Okay.
3      A.  But just having some written
4  recommendations is really insufficient protection.
5  There needs to be very solid practices that are put
6  into effect, and I come back to the fact that these
7  TEL reactors are discharging into the atmosphere
8  when they overpressure, and...
9      Q.  Well, let me ask you this:  Dr. Gaddy, if
10 you received these safety rules --
11     A.  Yeah.
12     Q.  -- and it was standard procedure for all
13 employees to receive these procedures, including
14 engineers, would you have made every effort to
15 follow whatever was outlined and required by these
16 safety rules?
17     A.  Well, I'm a young engineer.  I'm going to
18 do what I'm told to do.
19     Q.  Okay.
20     A.  I'm not going to take any initiative to
21 tell a senior guy who's been there 30 years or
22 20 years how to perform his job.
23     Q.  All right.  Well, if the rules state that
24 chemists or engineers in direct charge of

Page 144

1  operations are responsible for giving safety
2  instructions to all development section workers on
3  this job, would you have followed that rule?
4      A.  If it was made clear, yes.
5      Q.  Okay.
6      A.  And if it were a solid rule.
7      Q.  Okay.
8      A.  This is a company that sold TEL to be
9  put in gasoline around the world.  I don't know how
10 you can -- how you can escape the liability, I
11 guess, simply by having a written set of rules that
12 may or may not be enforced.
13         MR. BIENVENU:  Move to strike.
14 BY MR. BIENVENU:
15     Q.  Dr. Gaddy, I'm really asking you if you
16 had been provided these rules, okay, as an
17 engineer, would you have read these rules?
18     A.  Yeah.
19     Q.  Okay.  And would you have --
20     A.  And I would have concluded that TEL is
21 a bad actor.
22     Q.  Okay.
23     A.  And I need to clean it off of myself if
24 it spills on me very quickly.

Page 145

1      Q.  Okay.
2      A.  And so... Anyway...
3      Q.  And these rules provided guidelines and
4  recommendations on how to manage contact with TEL
5  if it gets on your skin?
6      A.  Yeah, but the whole point is it shouldn't
7  get on my skin.
8      Q.  I understand.
9      A.  You shouldn't get it in my gas tank.  I
10 don't see how this would inspire me to try to be
11 careful about having accumulated TEL.  Anyway...
12     Q.  Dr. Gaddy, I'm also showing you another
13 document.  We'll mark this -- I'm not sure what
14 number.
15         MR. CLARK:  We'll be on 3.
16         MR. BIENVENU:  This will be
17 Exhibit No. 3.
18         MR. CLARK:  So, again, I have to place an
19 objection on the record, I and Dr. Gaddy, as
20 far as I know, have not seen this document
21 before just now.
22         (Whereupon, Exhibit
23         No. 3 was marked for
24         Identification, 11/13/2018.)

37 (Pages 142 to 145)

James Leoma Gaddy
November 13, 2018

Page 146

1          THE WITNESS:  I don't see my picture
2     here.
3          THE VIDEOGRAPHER:  We're near 4:30
4     right now.
5     BY MR. BIENVENU:
6     Q.  Dr. Gaddy, this is a document entitled
7     The Safe Worker at Ethyl.  See on Page 1, it says
8     Ethyl Corporation, Baton Rouge plant?
9     **A.  Correct.**
10    Q.  Is that the facility where you were
11    working in the 1950s?
12    **A.  Yes.**
13    Q.  Okay.  On Page 3, there's a reference
14    to a signature of C.W. Bond, resident manager.
15    **A.  Okay.**
16    Q.  Do you recall Clint Bond being the
17    resident manager at Ethyl when you were working
18    there in the 1950s?
19    **A.  I do not.**
20    Q.  Okay.  Do you ever recall -- well, do
21    you recall one way or the other whether you
22    received and reviewed the document entitled The
23    Safe Worker at Ethyl?
24    **A.  I do not recall.**

Page 147

1     Q.  Okay.  And you're not saying -- you just
2     can't remember --
3     **A.  I do not.**
4     Q.  -- seeing this 60 years ago, correct?
5     **A.  Yes.**
6     Q.  Okay.  If you can go -- well, to
7     Pages -- Page 19, and it's entitled Respirators,
8     and there is an illustration of a man using a
9     double-cartridge respirator?
10    **A.  Correct.**
11    Q.  Do you recall seeing these respirators at
12    Ethyl Corporation when you were working there in
13    the 1950s?
14    **A.  I do not.**
15    Q.  Okay.  Are you saying they weren't there,
16    or you just can't recall 50 years later?
17    **A.  I can't recall.**
18    Q.  Okay.  Do you recall whether or not Ethyl
19    supplied change houses for employees that they
20    could shower and change their clothes before they
21    went home?
22    **A.  I think they did, but I don't know the
23    answer specifically.  I never was involved in
24    changing before work or after work.**

Page 148

1     Q.  Okay.  Well, if you ever had to go into
2     a process area where your clothing could become --
3     come into contact with things, was clothing
4     available to you, clean clothing from the company
5     that you could wear and then change before you went
6     home?
7     **A.  I do not think so.**
8     Q.  Well, are you saying you don't remember,
9     or --
10    **A.  I never saw or even thought about
11    changing clothes to go into the plant and come
12    back.  It was not certainly a requirement.**
13    Q.  If you go back to Exhibit No. 2?  And I'm
14    going to direct your attention to Page 14.
15    **A.  Okay.**
16    Q.  We talked earlier about rules related to
17    TEL because that was a product being made at Ethyl,
18    correct?
19    **A.  Right.**
20    Q.  Okay.  There also were what were known
21    as volatile organic compounds also being made.
22    That would have involved the ethyl chloride area
23    where you were working.
24    **A.  Right.**

Page 149

1     Q.  Okay.  For example, on Page 16, there
2     are rules dealing with volatile organic compounds,
3     and one of those compounds under E-3 is ethyl
4     chloride.
5          Do you see that?
6     **A.  I do.**
7     Q.  Okay.  The ethyl chloride unit, or that
8     process, that was a closed system, correct?
9     **A.  The production of it?**
10    Q.  Yes, sir.
11    **A.  Yes.**
12    Q.  Okay.  So all of the actual material is
13    contained in tanks, in piping purposely designed
14    not to allow those chemicals to come into contact
15    with the atmosphere, correct?
16    **A.  Correct.**
17    Q.  You never personally did any
18    maintenance or construction work in the pilot
19    plant; is that correct?
20    **A.  That's correct.**
21    Q.  Okay.
22    **A.  Well, I'm not sure that's correct.  There
23    were times when, if I'm operating the pilot plant,
24    that I need to fix a -- tighten a bolt or**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

James Leoma Gaddy
November 13, 2018

Page 150

1  something, take something loose and fix it, so the
2  answer is not frequently, but still potentially
3  possible.
4      Q.  Okay.  When you say potentially possible,
5  there were maintenance craftsmen who were
6  available to do any sort of repair work that would
7  come up in the operation of the pilot plant,
8  correct?
9      A.  During the day shift only.
10     Q.  Okay.  Did you only work days?
11     A.  No.
12     Q.  Okay.  Do you know whether or not, for
13 example, there were maintenance craftsmen who
14 did shift work, including pipefitters, who would be
15 on-site during the evening?
16     A.  I don't think so.  Don't ever recall
17 that.
18     Q.  If a pipefitter were available to repair
19 a leaking line or flange, would it be typical for
20 the pipefitter to be called out to do that sort of
21 repair work?
22     A.  In the pilot plant?
23     Q.  Yes, sir.
24     A.  Probably is.

Page 151

1      Q.  Okay.  The pilot plants, these are
2  smaller -- these are basically plants that are
3  designed as experimental models for larger
4  facilities?
5      A.  Correct.
6      Q.  Those plants typically are newer and are
7  kept in pretty good condition.
8          Would you agree with that?
9      A.  Yes.
10     Q.  Okay.  In other words, when a pilot
11 plant is constructed, the piping, the insulation,
12 all of the mechanical equipment, it's in pretty
13 good shape for the most part, correct?
14     A.  Right.
15     Q.  Okay.  The maintenance in a pilot plant
16 has much less frequency than the maintenance that
17 you have, for example, in a full operating plant,
18 correct?
19     A.  Well, in a sense that would seem logical,
20 but in the pilot plant you're always experimenting,
21 changing conditions, changing the flows and
22 whatever, and so I would say that the operation of
23 the full scale plant is much more stable than the
24 operation in a pilot plant.

Page 152

1      Q.  But the age of the equipment in the
2  pilot plant is going to be much younger than the
3  age of the equipment in an operating plant on a
4  piece of equipment by piece of equipment basis,
5  correct?
6      A.  Yeah, I would think that's a reasonable
7  statement.
8      Q.  Well, the technology in the pilot plant
9  is constantly being updated, correct?
10     A.  Correct.
11     Q.  After you -- you would have been in the
12 pilot plant after the strike, correct?
13     A.  I believe that's correct.
14     Q.  Okay.  Because you associate strike with
15 your time at the sodium area, correct?
16     A.  Yeah, I'm fuzzy on that, but I think
17 that's accurate.
18     Q.  All right.  There was only one strike
19 when --
20     A.  As far as I know.
21     Q.  -- when you were working there?
22     A.  Oh, yes, as far as I was there.
23     Q.  Then you said after the pilot plant -- I
24 wrote down -- and I don't know if I wrote this down

Page 153

1  correctly -- process improvement.
2          What was your final -- the last job
3  that you did at Ethyl after --
4      A.  Oh, I was in technical service.
5      Q.  Okay.  And what plant or portion of the
6  process were you --
7      A.  Ethyl chloride.
8      Q.  Okay.
9      A.  And I was there only a few months before
10 I moved -- we moved back to Shreveport.
11     Q.  Okay.  Now, when you were working with
12 technical services, did you have -- was that an
13 office job?
14     A.  Yes.
15     Q.  When you were working at the pilot plant,
16 did you also maintain an office?
17     A.  Yes.
18     Q.  What percentage of your time was spent in
19 the office at the pilot plant as compared to being
20 actually in the field?
21     A.  Probably half as much -- well, I don't
22 know.  I spent more time in the office when I was
23 working in tech services than I did when I was
24 working in the pilot plant.

39 (Pages 150 to 153)

James Leoma Gaddy
November 13, 2018

Page 154

1  Q.  Okay.  The ethyl chloride unit, was this
2  an outside facility?
3  **A.  Yes.**
4  Q.  Okay.  Because we were talking earlier
5  about the sodium.  The sodium cells were located in
6  buildings?
7  **A.  Right.**
8  Q.  But the ethyl chloride facility is out in
9  the open air, correct?
10  **A.  Correct.**
11  Q.  And you don't know by name, brand
12  or manufacturer any of the insulation products
13  that might have been used in the pilot plant,
14  correct?
15  **A.  No.**
16  Q.  And you would not have installed or
17  removed insulation yourself in the pilot plant,
18  correct?
19  **A.  Well, there are probably times in the**
20  **pilot plant when I worked on piping.  It was a --**
21  **in the evenings, for example, if there were no**
22  **maintenance people there, which there were usually**
23  **not, then rather than shut the plant down, I would**
24  **have worked on it myself.**

Page 155

1  Q.  That would have been an emergency
2  situation?
3  **A.  Yes.**
4  Q.  Because typically if it can wait for the
5  maintenance people to come the next morning, I'm
6  assuming the preference --
7  **A.  If it's a serious problem, yes.**
8  Q.  Okay.  Do you know whether or not in
9  the ethyl chloride unit whether or not all of the
10  piping was insulated, or was some of it ambient
11  or cold temperatures that didn't require
12  insulation?
13  **A.  In the big plant or the pilot plant?**
14  Q.  Pilot plant.
15  **A.  Yes, some insulating and some not.**
16  Q.  Okay.  So simply working on a piece of
17  pipe does not require disturbance of insulation
18  necessarily, it depends on whether the piping is
19  insulated, correct?
20  **A.  Correct.**
21  Q.  Okay.  Are the lines in the pilot plant
22  generally smaller in diameter than the lines in an
23  operating plant?  I guess is a pilot plant a
24  miniaturized version of an actual operating ethyl

Page 156

1  chloride plant?
2  **A.  Correct.  Right.**
3  Q.  And so, for example, what's the largest
4  diameter line that might have existed in the pilot
5  plant, a couple of inches?
6  **A.  For a vapor, for example, maybe two**
7  **inches.  Liquids would be half inch to an inch.**
8  Q.  Okay.  So we're talking about relatively
9  small piping and relatively small volumes of
10  insulation of pipe?
11  **A.  That's correct.**
12  Q.  Okay.  Dr. Gaddy, I appreciate your
13  time.
14  Have you understood my questions as
15  best you can?
16  **A.  I can -- I did.  Thank you.**
17  Q.  And have you tried to provide as truthful
18  answers as best you can?
19  **A.  I did.**
20  MR. BIENVENU:  Thank you, sir.
21  MR. CLARK:  So maybe now is a -- we can
22  go off the record and transition to the upper
23  room.
24  THE WITNESS:  How much longer?

Page 157

1  MS. PENN:  I'm sorry, but I do have quite
2  a substantial amount of questions to ask you.
3  THE WITNESS:  You do?
4  MS. PENN:  Are you up for it tonight?
5  THE WITNESS:  I think so.
6  MR. CLARK:  Let's make the transition and
7  see how it's going.
8  MS. PENN:  All right.
9  THE VIDEOGRAPHER:  We are going off the
10  record at 4:43 p.m.
11  (A short break was taken.)
12  THE VIDEOGRAPHER:  We are going on the
13  record at 5:08 p.m.
14  EXAMINATION
15  BY MS. PENN:
16  Q.  Mr. Gaddy, my name is Elizabeth Penn.  I
17  represent International Paper.  I'm going to now
18  turn our attention to your work and your parents'
19  work for International Paper and ask you some
20  questions about that employment, okay?
21  **A.  Yes.**
22  Q.  Is it agreeable to you when either one of
23  us say IP we mean International Paper going
24  forward?

40 (Pages 154 to 157)

James Leoma Gaddy
November 13, 2018

Page 158

1  **A. Yes.**
2  Q.  That's how I refer to it.  Is that how
3  you're used to it?
4  **A. I remember that, yes.**
5  Q.  I have tried as I have been sitting here
6  listening to everyone else ask you questions --
7  and thank you so much for your patience with us
8  today.  You have been incredibly helpful and you
9  have a strong memory and you have given us a lot of
10  information and we appreciate that.
11         I have tried to go through my notes
12  as other people have been asking you questions and
13  to strike out questions that have already been
14  asked.  I'll do my best not to re-ask you questions
15  because I do respect your time.
16         If I ask you something you have
17  already given me the answer, please just tell me
18  and I'll be happy to move on.
19  **A. Okay.  Good.**
20  Q.  As other attorneys have told you
21  already today, if you don't understand a question
22  that I ask you, just ask me to repeat it or
23  clarify it.
24         If you go ahead and answer, we'll

Page 159

1  all just assume that you understood the question.
2  **A. Okay.**
3  Q.  Okay.  And obviously these questions are
4  going to be International Paper.  These questions
5  are going to be about things that happened more
6  than 50 years.
7         If you don't remember the answer to
8  any question, I don't know is a perfectly
9  acceptable answer.
10  **A. Okay.**
11  Q.  I know that you have been asked some
12  questions about medication today, but have you
13  taken any medication in the last 24 hours that
14  could affect your memory in any way?
15  **A. I don't think so.**
16  Q.  Okay.  I know that you have the nickname
17  Jim that you go by in social circumstances.  Do you
18  have any other nicknames that you went by when you
19  worked for IP?
20  **A. No, I don't think so.  Still Jim.**
21  Q.  Do you -- can you give me your wife's
22  full name, her maiden name?
23  **A. Betty June Maricella, M-a-r-i-c-e-l-l-a,**
24  **Gaddy.**

Page 160

1  Q.  And what was her date of birth?
2  **A. March 26th, 1932.  She was an older**
3  **lady.**
4  Q.  With the March birthday?
5  **A. Yes.**
6  Q.  How many months older was she?
7  **A. Six.**
8  Q.  Well, I'm glad that you were able to
9  capture her.  And I'm sorry to go through this, and
10  I know this might be difficult for you to talk
11  about, but can you tell me what her date of death
12  was?
13  **A. It was September the 9th nine years ago,**
14  **which would have been '09.**
15  Q.  What day were y'all married?
16  **A. We were married on September the -- wait**
17  **a minute.  Wait a minute.  I think it was -- I**
18  **don't know, September of 1952 -- no.  Goodness.  It**
19  **might have been 1952.**
20  Q.  Could you tell me how many years you
21  were married before your first child was born?
22  Would that help you remember?
23  **A. No, it was '52.**
24  Q.  It was '52.

Page 161

1  **A. Yeah.**
2  Q.  Okay.  Great.
3         All right.  Regarding your parents,
4  start with your father, what's your father's full
5  name?
6  **A. Leoma Ithema Gaddy.**
7  Q.  And what did he go by?
8  **A. He went by LI, and sometimes Leoma.**
9  Q.  And what about nicknames?
10  **A. Don't know.**
11  Q.  Okay.  What was his date of birth?
12  **A. I don't know.**
13  Q.  Date of death?
14  **A. I don't remember.**
15  Q.  All right.  And you told us before you
16  don't know what his cause of death was.
17  **A. No.  Old age, I think.**
18  Q.  All right.  Do you know what your
19  parents' marriage date was?
20  **A. No.**
21  Q.  Do you know what their divorce date
22  was?
23  **A. No.**
24  Q.  Do you know the year they were

James Leoma Gaddy
November 13, 2018

Page 162

1  divorced? I know you said you were 13.
2  **A.  Yeah.  That's an approximation.**
3  Q.  Were you 13 when your father moved out
4  of the house, or were you 13 when you believed
5  they were divorced legally?
6  **A.  Yeah, I think that's correct.**
7  Q.  All right.  What was your mother's full
8  name?
9  **A.  Mary Elizabeth Gaddy or Crenshaw Gaddy.**
10  Q.  And Crenshaw was her maiden name?
11  **A.  Oh, goodness, I'm getting -- it's been a**
12  **long day.  Mary Elizabeth Edwards Gaddy.**
13  Q.  You think Edwards is her maiden name?
14  **A.  Yes.**
15  Q.  Do you know if she ever went back to her
16  maiden name after her divorce?
17  **A.  No, she didn't.**
18  Q.  Do you think she ever used it in any
19  social circles?
20  **A.  Not her.**
21  Q.  Not legally, but did she use her maiden
22  name?
23  **A.  No.**
24  Q.  Okay.  All right.  Your parents never

Page 163

1  adopted any other children besides yourself and
2  your parents never had any biological children?
3  **A.  No.**
4  Q.  You're not aware of any biological
5  siblings you have, are you?  Have you ever been
6  aware of any biological siblings you have?
7  **A.  No.**
8  Q.  You haven't been aware?  You're agreeing
9  with me?
10  **A.  I do.  I'm not aware of any.**
11  Q.  Thank you.  And you never served in the
12  military; is that correct?
13  **A.  Correct.**
14  Q.  Did either of your parents ever serve in
15  the military?
16  **A.  My dad in the Army in World War I.**
17  Q.  Was his military service before your --
18  before he adopted you?
19  **A.  Yes.**
20  Q.  And was he discharged before he adopted
21  you?
22  **A.  Yes.**
23  Q.  I want to ask you some questions about
24  what you -- how you went about preparing for today

Page 164

1  but I don't want to know about any conversations
2  you had with your attorney, so I'm going to ask
3  you some broad questions.  But anything that has
4  to do with your attorney, please do not answer,
5  do not volunteer any information that's a
6  conversation with your attorney as a privileged
7  conversation.
8  **A.  Okay.**
9  Q.  Did you talk to anyone about the
10  deposition today?
11       MR. CLARK:  Other than your
12  attorney, she means.
13       THE WITNESS:  Well, the arrangements
14  for the meeting, and, of course, with Lee to
15  provide accommodations for us.
16  BY MS. PENN:
17  Q.  So other than just the logistical getting
18  ready for the deposition, did you talk to anybody
19  about your prior work experience and asbestos
20  exposure, conversations that would jog your memory
21  about asbestos exposure?
22  **A.  No.  Tell me what the purpose of these**
23  **questions are.  Why do you need all the details of**
24  **my parents and so on?**

Page 165

1       MR. CLARK:  It's okay.  I'll explain
2  later.  Just keep it rolling.
3       THE WITNESS:  Okay.
4  BY MS. PENN:
5  Q.  I am finished with those basic
6  questions --
7  **A.  Oh, okay.**
8  Q.  -- so I won't be asking you any more.
9  And I hope you know but for this situation we find
10  ourselves in today, I wouldn't ask you these
11  personal questions.
12       Thank you so much for your patience
13  and for answering these.
14  **A.  Sure.**
15  Q.  Have you ever worked with any family
16  member at any job that you have held, cousins or
17  anyone?
18  **A.  I don't think so.**
19  Q.  You testified before today that you
20  worked for the IP Spring Hill facility during the
21  summers you believe when you were in college.
22       Do you believe that you were in
23  college during the entirety of your summer work?
24  **A.  I believe -- I worked there two**

42 (Pages 162 to 165)

James Leoma Gaddy
November 13, 2018

Page 166

1   summers.  I believe one was when I was in high
2   school, and one was when I was in college.
3       Q.  Do you believe that could have been the
4   summer after you graduated high school, or would
5   you have been returning to high school at the end
6   of the summer after working for the IP Spring Hill
7   facility?
8       A.  I don't remember.
9       Q.  Okay.  Can you name the years that you
10  worked for the IP Spring Hill facility?
11      A.  Spring Hill?
12      Q.  Yes.
13      A.  Possibly -- well, in the range of 1950 to
14  1952.  I don't know exactly which two summers.  I
15  think they may have been successive, but I can't
16  say for sure.
17      Q.  So you started at Louisiana Tech in 1950,
18  and you believe that all your work would have been
19  after that time, probably '50 to '52?
20      A.  Well, '50 would have still been high
21  school.  I would count it as high school, between
22  college and -- between high school and college, and
23  the next summer would have been '51, that could
24  have been the time, which would have been the

Page 167

1   second summer.  I think they were consecutive, but
2   I'm not sure.
3       Q.  So you think two summers and consecutive
4   summers?
5       A.  Yes.
6       Q.  And those two summers would you have
7   been a laborer both summers or a laborer one summer
8   and a pipefitter one summer, a pipefitter's
9   assistant?
10      A.  Laborer, pipefitter's helper and a
11  laborer.
12      Q.  So two summers in your memory successive,
13  the first summer as a laborer, the second summer as
14  a pipefitter's helper?
15      A.  Correct.
16      Q.  And to the best of your recollection, all
17  of that would have been between 1950 and 1952?
18      A.  Could have been '49, but say '49 to '52,
19  yeah.
20      Q.  Okay.  Where did you live when you
21  worked for International Paper Spring Hill?
22      A.  Lived with my mother in my mother's
23  house.
24      Q.  So you came home from college and you

Page 168

1   lived with your mother and you worked at
2   Spring Hill?
3       A.  Right.
4       Q.  Can you tell me the exact location at the
5   facility where you performed your job?
6       A.  When I was a pipefitter's helper, it was
7   all over the plant wherever the pipefitter was
8   required.
9           In the summer that I did the --
10  the other work was in the paper production area.
11      Q.  Your laborer work?
12      A.  Yeah, where the paper machines were.
13      Q.  Do you know if that area was called the
14  finishing room?
15      A.  Sounds right, but I can't be sure.
16      Q.  You can't be sure one way or the other?
17      A.  Yeah.
18      Q.  When you were a laborer, that's when you
19  worked in the room that had the rolls that the
20  paper went on?
21      A.  Correct.
22      Q.  When you were a pipefitter's helper, was
23  there any area of the plant that you were not
24  allowed to go in?

Page 169

1       A.  No.
2       Q.  Do you believe that you went into every
3   area of the plant?
4       A.  I didn't go into the wood -- the raw
5   material processing area, but other than that, most
6   of the -- most of the rest of the plant.
7       Q.  Did you ever work in the wood yard?
8       A.  In the wood yard?  No.
9       Q.  Did you ever work in the paper mill?
10      A.  Yes.
11      Q.  Did you ever work in the corrugated
12  container plant?
13      A.  No.
14      Q.  Did you -- well, you testified before
15  that you're not certain about the finishing room,
16  so I won't ask you about that.
17          Do you know if you worked in the
18  finishing room?
19      A.  Yes.  I'm not sure of the name, but if
20  that's where the paper machines are, that's where I
21  worked.
22      Q.  So you just can't tell me one way or
23  another if you worked in a place that's named the
24  finishing room?

43 (Pages 166 to 169)

James Leoma Gaddy
November 13, 2018

Page 170

1    A.  I don't recall that name at all.
2    Q.  Thank you.  Do you know if you were a
3 direct employee the first summer you worked at IP?
4    A.  Yes, I was a direct employee.  The
5 paycheck was signed.
6    Q.  That was going to be my very next
7 question.  Who signed your paycheck?  Do you know
8 if the next summer when you worked at IP you were a
9 direct employee?
10    A.  Yes.
11    Q.  And your paycheck was signed by an
12 International Paper --
13    A.  Right.
14    Q.  Okay.  Who was your supervisor?
15    A.  Don't know.
16    Q.  Do you know who your supervisor was at
17 any time that you worked at IP?
18    A.  Don't remember.
19    Q.  Who did you get your work orders from?
20 Was it the same person, or did it vary?
21    A.  It varied.
22    Q.  Do you remember the name of any other
23 people who gave you work assignments?
24    A.  I do not.

Page 171

1    Q.  Do you remember what that person's
2 title was that gave you work assignments?
3    A.  I do not.
4    Q.  The first summer that you worked at
5 IP when you worked as a laborer, can you describe
6 for me the area where you performed your work?
7    A.  It was where the paper machines were.
8    Q.  Can you describe --
9    A.  You may call that the finishing room.  I
10 don't know.  But --
11    Q.  Can you describe for me the size?  Would
12 you say it was a large building?
13    A.  Oh, yeah.
14    Q.  Did it have tall ceilings?
15    A.  Tall ceilings, paper machines, two of
16 them, one on each side of the building.
17    Q.  Did it have ventilation?
18    A.  It did.
19    Q.  Did it have windows?
20    A.  It had windows, yes.
21    Q.  Did it have fans?
22    A.  Don't remember.
23    Q.  Were doors left open in this facility?
24    A.  Don't know -- don't remember.  Probably,

Page 172

1 but I --
2    Q.  Do you remember if any forklifts would go
3 back and forth through the doors such that a door
4 would not be shut?
5    A.  There were forklifts buzzing around,
6 but -- so I assume that the answer is yes.
7    Q.  When you worked as a pipefitter's helper,
8 did you work both inside and outside?
9    A.  Mostly inside.
10    Q.  Can you describe for me the areas of the
11 plant where you worked inside?
12    A.  In the attic usually where the piping
13 was, and I don't know the buildings, but several
14 different buildings.
15    Q.  Would you ever be working on the floor?
16 Would most of your work be in the attic space?
17    A.  Yes.
18    Q.  What percentage of your work, would you
19 say more than 80 percent?
20    A.  I would say 65 percent.
21    Q.  Okay.  When you worked as a pipefitter's
22 helper, what percentage of time was inside versus
23 outside work?
24    A.  Oh, I thought that was what you were

Page 173

1 asking.  That's the 65.
2    Q.  That's the 65.  So when you were inside,
3 what percentage of -- if you were inside 65 percent
4 of your time that summer when you were a
5 pipefitter's helper, what percentage of that time
6 would be spent in the attic space?
7    A.  Most of it.
8    Q.  When you say most, would you say more
9 than 75 percent?
10    A.  Yeah.
11    Q.  More than 80 percent?
12    A.  No.  I'm -- that's a --
13    Q.  You wouldn't be comfortable saying
14 80 percent, but 75 percent sounds reasonable?
15    A.  That's close enough for my memory.
16    Q.  Yeah.  That's what -- I just want to
17 get an understanding of how you remember your job,
18 so that's what I'm trying to understand.
19        Do you know how many IP employees
20 were at the Spring Hill facility?
21    A.  I do not.  Lots.
22    Q.  Do you know how many IP employees
23 performed the same job as a laborer?
24    A.  No.

44 (Pages 170 to 173)

James Leoma Gaddy
November 13, 2018

Page 174

1      Q.  Do you know how many IP employees
2  performed the same job as a pipefitter's helper?
3      **A.  Not many.**
4      Q.  How many pipefitters were there?
5      **A.  I don't remember.**
6      Q.  Did every pipefitter have a helper that
7  went along with them?
8      **A.  No.**
9      Q.  Were you assigned to one particular
10  person?
11      **A.  Yes.**
12      Q.  For the entire summer did you trail the
13  same person?
14      **A.  I think so, but I'm not absolutely**
15  **certain.**
16      Q.  And you don't remember that gentleman's
17  name?
18      **A.  Don't remember what?**
19      Q.  That gentleman's name.
20      **A.  Oh, no, I do not, no.**
21      Q.  Okay.  I want you to help me go back and
22  walk me through a typical day when you were working
23  there that summer as a laborer.
24          If you pull into the parking lot,

Page 175

1  tell me how do you get to your work space and find
2  out what you're going to be doing for that day.
3      **A.  I didn't have a car, so I didn't have a**
4  **parking space.**
5      Q.  Okay.  How would you arrive at the
6  facility?
7      **A.  Probably on the bus.  There was a bus**
8  **that went back and forth.  Anyway --**
9      Q.  And what gate would the bus drop you
10  off at?
11      **A.  I don't know.  I don't know.**
12      Q.  And would you go to the same area of the
13  facility every day that summer when you were a
14  laborer?
15      **A.  I think so, but I don't know that for**
16  **sure.**
17      Q.  Do you remember the route that you would
18  walk to get to the area?
19      **A.  No.**
20      Q.  Would you have to get a new assignment
21  every day?
22      **A.  No.**
23      Q.  Would there be some days you knew what
24  you were doing and you would go straight to that?

Page 176

1      **A.  Yes.**
2      Q.  So would you go to the same area every
3  day to start your day or would it vary?
4      **A.  It varied.**
5      Q.  Okay.  The same thing when you worked
6  as a pipefitter's helper, would you take the bus
7  to the facility on those days during that time?
8      **A.  Yeah, sure.  I didn't have a car that**
9  **year either.**
10      Q.  And the same thing, you don't remember
11  when you were a pipefitter's helper what route you
12  would take through the facility to get to your
13  workplace?
14      **A.  No.**
15      Q.  And you don't remember who you would
16  go to to get your work assignment for the day?
17      **A.  Well, I worked for a specific pipefitter,**
18  **and he would -- he would tell me where to go and**
19  **what to do.**
20      Q.  Okay.  Would y'all determine that the
21  night before?
22      **A.  No.**
23      Q.  Or would you meet him in the same place
24  every day at the facility?

Page 177

1      **A.  I met him every day in the same place.**
2      Q.  But this was not someone who rode the
3  bus with you?
4      **A.  No.**
5      Q.  This was someone that you would find once
6  you got to the facility?
7      **A.  Right.**
8      Q.  Do you know who inspected your work?
9      **A.  My work was usually not inspectable.  I**
10  **was going to get this tool or that piece of pipe or**
11  **whatever.**
12      Q.  That's fair enough.  Do you know if
13  there was a percentage of your day that was spent
14  doing one particular activity?  Was there something
15  you did the majority of the time that you were a
16  laborer?
17      **A.  When I was a laborer?  Well, I had --**
18  **I think you remember me describing the milk bottle**
19  **cap area.**
20      Q.  So would that be 95 percent of your day
21  is scraping the caps?
22      **A.  It was 100 percent of my day for most of**
23  **the summer.**
24      Q.  Okay.

45 (Pages 174 to 177)

James Leoma Gaddy
November 13, 2018

Page 178

1      A.  But I do remember at times working below
2  on the floor below.  The paper scraps would all be
3  put into a chute, the chute would go down to the
4  floor below, and somebody had to take the paper
5  scraps from that chute and put them into what was
6  called a beater that made a paper pulp again.  So I
7  remember doing that job several days.
8      Q.  So would you be down under getting
9  scraps --
10     A.  Yes.
11     Q.  -- in your down time if the caps
12  weren't -- if there was backup or if you had some
13  extra time?
14     A.  Right.
15     Q.  When you were a pipefitter's helper, was
16  there one particular task that you remember taking
17  up most of your time?
18     A.  Going for stuff, pieces of pipe.
19     Q.  A runner or something?
20     A.  Yeah, right, fetching.
21     Q.  During each summer that you worked,
22  were you always on the same shift?  Did that ever
23  vary?
24     A.  I don't remember.

Page 179

1      Q.  Was it -- do you remember did you work
2  the day shift, the night shift or if there was an
3  intermediary time?
4      A.  I think most of my work, particularly as
5  a laborer, was during the day shift.  A pipefitter
6  I may have worked an afternoon shift some of the
7  time.
8      Q.  Okay.  Do you think that when you were
9  a pipefitter's helper that your shift could have
10  varied depending on who you were assigned to and
11  his work?
12     A.  I don't know the answer.
13     Q.  Do you know if you worked overtime when
14  you were a laborer or you worked weekends?
15     A.  I don't think so.
16     Q.  Did you have a specified lunch and other
17  breaks that you had to take when you were a
18  laborer?
19     A.  I think so, but I'm not -- I mean,
20  probably.
21     Q.  And the same thing when you were a
22  pipefitter's helper, did you have specified breaks
23  within the day that you had to take?
24     A.  Pipefitters are particular about their

Page 180

1  lunch breaks.
2      Q.  Do you remember if you worked overtime
3  or weekends while you were a pipefitter's helper?
4      A.  I don't think I did.
5      Q.  You don't think you did?
6      A.  I don't think so.
7      Q.  Okay.  When you were a laborer, was
8  there anything unique or special about your work
9  that would be distinguishable from other
10  laborers?  Did you feel you were given the same
11  assignments other laborers were?
12     A.  Yeah.
13     Q.  Were you aware of the other work that
14  other laborers were doing?
15     A.  Not usually, no.
16     Q.  Mr. Gaddy, do you believe you were
17  exposed to asbestos when you worked at the IP
18  Spring Hill facility?
19         MR. CLARK:  Objection.  Form.
20  BY MS. PENN:
21     Q.  You can answer.
22     A.  I have no way of answering the question.
23  I certainly was given the opportunity to be
24  exposed as a pipefitter's helper, insulation and

Page 181

1  so on.
2         In the job as a laborer where I
3  brushed the sides of the paper rolls to clear away
4  the -- I don't know what it was called, paper
5  crumbs, very likely that was a potential exposure
6  to asbestos.
7      Q.  When you were a pipefitter's helper, do
8  you have any idea of how you may have been exposed
9  to asbestos?
10     A.  Insulation.  Pipe insulation.
11     Q.  All right.  Let's talk about the tools
12  and equipment that you used at the Spring Hill
13  facility.
14         Was any clothing provided for you at
15  the facility?
16     A.  No.
17     Q.  Not at any time that you worked there?
18     A.  I don't think so, no.
19     Q.  Was any safety equipment provided for
20  you?
21     A.  I don't think so, no.
22     Q.  And I'm talking about at any time you
23  worked at the facility.
24     A.  I don't remember.  I remember banging

46 (Pages 178 to 181)

James Leoma Gaddy
November 13, 2018

Page 182

1    my head on pipes in the ceiling, so I didn't have a
2    hat, but I don't remember -- I don't think there
3    was ever any special clothing or safety.
4        Q.  Are you saying that you can't remember
5    one way or the other if you were given safety
6    equipment?
7        A.  I don't think so is what I'm saying.
8        Q.  Did you ever wear a ventilator or
9    a mask --
10       A.  No.
11       Q.  -- while you were working?
12       A.  No.
13       Q.  At any time when you were working?
14       A.  No.
15       Q.  If you had asked for a ventilator or a
16   mask, could you have gotten one?
17       A.  I don't know.  I don't know.
18       Q.  Did you never ask for one?
19       A.  No.
20       Q.  No, you never asked?  Are you agreeing
21   that you never asked for one?
22       A.  I never asked for one.
23       Q.  Did you ever see other workers wearing
24   ventilators or masks at the IP facility?

Page 183

1        A.  No.
2        Q.  Do you know if any tools or equipment
3    that you used at the Spring Hill facility
4    contained asbestos?
5        A.  Contained asbestos?  I do not know.
6        Q.  Did you work with turbines at the
7    Spring Hill facility?
8        A.  Turbines?  I don't know what that is.
9        Q.  Okay.
10       A.  Probably not then.
11       Q.  Did you work with gaskets at the
12   Spring Hill facility?
13       A.  Yes.
14       Q.  Do you know if any gaskets that you
15   worked with at the Spring Hill facility contained
16   asbestos?
17       A.  Don't know.
18       Q.  Do you know the brand names or
19   manufacturers of any gaskets used at the
20   Spring Hill facility?
21       A.  Do not know.
22       Q.  Did you work with any pumps at the
23   Spring Hill facility?
24       A.  Yes.

Page 184

1        Q.  Do you know if any of the pumps contained
2    asbestos?
3        A.  Don't know.
4        Q.  Do you know the brand name or
5    manufacturer of any of those pumps?
6        A.  Do not.
7        Q.  Did you work with any valves at the
8    Spring Hill facility?
9        A.  Say it again.
10       Q.  Valves.
11       A.  Yes.
12       Q.  You did.  And do you know if any of those
13   valves contained asbestos?
14       A.  I don't know where they would have put
15   asbestos in a valve, but maybe in the packing
16   around the shaft, but I don't know the answer.
17       Q.  In your work with valves at the IP
18   Spring Hill facility, did you ever have to work
19   with any of the packing around the shafts of any
20   valves?
21       A.  Probably.
22       Q.  Do you know if that packing contained
23   asbestos?
24       A.  Do not.

Page 185

1        Q.  Did you ever work with any boilers at
2    the Spring Hill facility?
3        A.  Not that I remember, but it's likely
4    that as a pipefitter's helper we worked on boilers
5    at times.
6        Q.  Do you recall any specific brand names or
7    manufacturers of boilers?
8        A.  No.
9        Q.  Did you work with cooling towers at the
10   Spring Hill facility?
11       A.  I don't think so.
12       Q.  Did you work with steam traps?
13       A.  Yes.
14       Q.  Do you know if any of those steam traps
15   contained asbestos?
16       A.  Probably not.  But I don't know that for
17   a fact.
18       Q.  Did you know any brand names or
19   manufacturers of any of the steam traps?
20       A.  No, I didn't.
21       Q.  Did you ever work with insulated wiring
22   when you were at the Spring Hill facility?
23       A.  Incidentally perhaps.  Didn't have
24   anything to do with pipefitting.

47 (Pages 182 to 185)

James Leoma Gaddy
November 13, 2018

Page 186

1      Q.  Do you know if you ever worked with any
2   insulated wiring that contained asbestos?
3      **A.  Don't know.**
4      Q.  You don't know?
5      **A.  No.**
6      Q.  Did you ever wear any welding gloves or
7   aprons or work around any welders that --
8      **A.  No.**
9      Q.  Okay.  You were never exposed to any
10  equipment from welders?
11         MR. CLARK:  Objection.  Form.
12  BY MS. PENN:
13     Q.  You can answer.
14     **A.  No.**
15     Q.  No, you weren't ever --
16     **A.  No, I don't know.**
17     Q.  No, you don't know?
18     **A.  Yes.**
19     Q.  Okay.  Do you recall the names of any
20  contractors or subcontractors working at the IP
21  Spring Hill facility?
22     **A.  No.**
23     Q.  Do you recognize the name Brown & Root?
24     **A.  Not from IP, but from other places.**

Page 187

1      Q.  That's not a name you would associate
2   with Spring Hill?
3      **A.  No.**
4      Q.  Do you recognize the name Papco?
5      **A.  P-a-p, co?**
6      Q.  Correct.
7      **A.  No.**
8      Q.  What about Rothschild Boiler and Tank
9   Works?
10     **A.  I know the name.**
11     Q.  Do you associate the name with
12  Spring Hill?
13     **A.  No.  I -- I do not.  That doesn't mean it**
14  **wasn't --**
15     Q.  Certainly doesn't, and we're going to
16  just see what you remember.  I'm going to give you
17  a list of some company names, and I would like to
18  know if you recognize them or associate them with
19  the Spring Hill facility.
20     **A.  Okay.**
21     Q.  Okay.
22     **A.  I can almost tell you now the answer is**
23  **going to be no.**
24     Q.  You never know what might jog your

Page 188

1   memory.
2      **A.  That's 70 years ago.**
3      Q.  Let's indulge me, and I promise to
4   continue at a normal speed.  Raymond Concrete Pile
5   Division?
6      **A.  No.**
7      Q.  Webster Gravel & Asphalt Company?
8      **A.  No.**
9      Q.  George Garrison Company?
10     **A.  No.**
11     Q.  Industrial Air Company?
12     **A.  No.**
13     Q.  Insulation Engineers?
14     **A.  No.**
15     Q.  B&W Boiler?
16     **A.  No.**
17     Q.  J. Graves Insulation Company?
18     **A.  No.**
19     Q.  Hot-Mix Corporation?
20     **A.  Say it again.**
21     Q.  Hot-Mix Corporation.
22     **A.  No.**
23     Q.  When you say no, you're saying you don't
24  recognize the name, or you don't recognize the name

Page 189

1   because it's not associated in your memory with the
2   Spring Hill facility?
3      **A.  The first.**
4      Q.  You don't recognize the name at all?
5      **A.  Right.**
6      Q.  Okay.  And what I'd like for you to do if
7   you recognize the name to tell me and then you can
8   also tell me whether or not you associate that name
9   with the Spring Hill facility.
10     **A.  Okay.**
11     Q.  Winford Company?
12     **A.  No.**
13     Q.  B.L. Crabtree?
14     **A.  No.**
15     Q.  Beloit Corporation?
16     **A.  (No audible response).**
17     Q.  Hagan Companies?
18     **A.  No.**
19     Q.  Stebbins Engineering & Manufacturing Co.?
20     **A.  No.**
21     Q.  J.E. Sirrine Company?
22     **A.  No.**
23     Q.  Stamm-Scheele?
24     **A.  No.**

48 (Pages 186 to 189)

James Leoma Gaddy
November 13, 2018

Page 190

1  Q.  B. Segall Company?
2  A.  Sorry.
3  Q.  B. Segall Company or Segall, S-e-g-a-l-l?
4  A.  No.
5  Q.  Barrow-Agee Laboratories?
6  A.  No.
7  Q.  Rimcor, Inc.?
8  A.  No.
9  Q.  Robin and O'Glee Masonry?
10  A.  No.
11  Q.  J.H. Lindsey?
12  A.  No.
13  Q.  How about Kimmins?
14  A.  No.
15  Q.  Do you recognize the name Westinghouse?
16  A.  Yeah.
17  Q.  Do you associate the name Westinghouse
18  with the Spring Hill facility?
19  A.  No -- I mean, I do not because I don't
20  remember.  I'm sure they have Westinghouse
21  equipment in the Spring Hill facility, it's just
22  that I couldn't tell you what that equipment is or
23  where it's located.
24  Q.  We understand your answer to mean that

Page 191

1  in your memory you just can't identify a product --
2  A.  That's correct.
3  Q.  -- at that facility?
4  A.  Right.
5  Q.  Do you recognize the name GE?
6  A.  Yes.
7  Q.  Do you associate GE with any products or
8  equipment at the Spring Hill facility?
9  A.  Probably.
10  Q.  Can you specify what products or
11  equipment that might be?
12  A.  No.
13  Q.  Okay.  What about Joy Compressor?
14  A.  No.
15  Q.  Duricon Company?
16  A.  Say it again.
17  Q.  Duricon, D-u-r-i-c-o-n.
18  A.  No.
19  Q.  Badger Manufacturing Company?
20  A.  Badger is an engineering company.  Is
21  that the same?  I don't...
22  Q.  Would you associate that company out at
23  the Spring Hill facility?
24  A.  Not -- well, I mean, I know the name

Page 192

1  Badger Engineering.  Is that the same company that
2  you mentioned, or is that...
3  Q.  Badger Manufacturing Company is the legal
4  name of the company.
5  A.  I'll say no.
6  Q.  Jockey Pump?
7  A.  No.
8  Q.  Woodward?
9  A.  No.
10  Q.  Foxbors?
11  A.  No.
12  Q.  Foster Wheeler?
13  A.  Foster Wheeler I know.
14  Q.  Do you associate that with product or
15  equipment at the Spring Hill facility?
16  A.  No.
17  Q.  Aeroflow?
18  A.  No.
19  Q.  Gorman-Rupp?
20  A.  No.
21  Q.  Atlas?
22  A.  No.
23  Q.  Moyno?
24  A.  No.

Page 193

1  Q.  Warren Pump?
2  A.  No.
3  Q.  Armstrong Pump?
4  A.  No.
5  Q.  Aurora Pump?
6  A.  No.
7  Q.  Crane Company?
8  A.  Crane, no.
9  Q.  Do you associate that name with the
10  Spring Hill facility?
11  A.  No.
12  Q.  Neptune?
13  A.  No.
14  Q.  Vertiflow?
15  A.  No.
16  Q.  Ingersoll-Rand?
17  A.  Yes.
18  Q.  Do you associate Ingersoll-Rand with the
19  Spring Hill facility?
20  A.  I don't know.  No.  The answer is no.  I
21  can't be specific is what I guess I'm --
22  Q.  Do you have a general memory of
23  Ingersoll-Rand being associated with the
24  Spring Hill facility?

49 (Pages 190 to 193)

James Leoma Gaddy
November 13, 2018

Page 194

1      A.  No.
2      Q.  King, Knight and Worthington?
3      A.  No.
4      Q.  Fairbanks Morse?
5      A.  Yes.
6      Q.  Do you recognize Fairbanks Morse as a
7   company that provided products or equipment to
8   Spring Hill?
9      A.  No.
10     Q.  LaBour?
11     A.  No.
12     Q.  Banger?
13     A.  Say it again.
14     Q.  Banger.
15     A.  No.
16     Q.  Durco?
17     A.  No.
18     Q.  AZ Chem?
19     A.  No.
20     Q.  Graves Insulation?
21     A.  Say it again.
22     Q.  Graves Insulation.
23     A.  No.
24     Q.  Honeywell?

Page 195

1      A.  Yes.
2      Q.  Do you associate Honeywell with the
3   Spring Hill facility?
4      A.  No.
5      Q.  Allied Valves?
6      A.  No.
7      Q.  General Refractories?
8      A.  No.
9      Q.  Duriron?
10     A.  No.
11     Q.  D-u-r-i-r-o-n.
12     A.  Yes.
13     Q.  You recognize the name?
14     A.  The name I have heard.
15     Q.  But do you associate it with the
16   Spring Hill facility?
17     A.  I do not.
18     Q.  Johns Manville?
19     A.  Yes.
20     Q.  Do you associate Johns Manville with the
21   Spring Hill facility?
22     A.  No.
23     Q.  I appreciate your patience in letting us
24   go through that list.  As you know, it's very

Page 196

1   important to identify any products or equipment you
2   might have worked with.
3      A.  Right.
4      Q.  Do you recall the Spring Hill facility
5   having shutdowns?
6      A.  I don't recall any experience where I
7   was involved in a shutdown, but I know that they
8   did have periodic shutdowns.
9      Q.  But you don't have any specific
10   memory --
11     A.  Through the years.
12     Q.  -- of you working there?
13     A.  No, that's correct.
14     Q.  Do you know the year the IP Spring Hill
15   facility was constructed?
16     A.  Hmm.
17     Q.  And my question encompasses do you know
18   now or did you know then?  If you have come to
19   that knowledge now, you can tell me.
20     A.  Yeah, I think my dad was involved in the
21   construction, of the initial construction.
22     Q.  Do you know how old you would have
23   been?
24     A.  Well, I would have been very young,

Page 197

1   probably in the five or six-year-old range, so
2   that's...
3      Q.  Do you know where the specific areas
4   where you worked were built?
5      A.  Where they were built?
6      Q.  When.
7      A.  When.  Oh, no.
8      Q.  Do you have any appreciation for any
9   specific areas that may have been built later in
10   time or that may have been original areas of the
11   plant?
12     A.  They were early on, I'm sure, adding
13   routinely to the capacity of the plant in
14   expanding, but I can't be specific with knowledge
15   that I had about that.
16     Q.  Do you have any knowledge of the history
17   of the facility, the Spring Hill facility as a
18   whole?
19     A.  Yes.  General.
20     Q.  Any independent knowledge?
21     A.  General.  General knowledge.
22     Q.  Okay.  But not specific enough to tell me
23   about construction or years or the --
24     A.  No.

50 (Pages 194 to 197)

James Leoma Gaddy
November 13, 2018

Page 198

1    Q.  -- order that the areas would have come
2   into --
3        **A.  No, ma'am.**
4        Q.  -- operation?
5        **A.  No.**
6        Q.  Okay.  Do you recall the names of any of
7   your co-workers?  I know we have talked about
8   supervisors and pipefitters that you were assigned
9   to, but anyone at all, even if they were summer
10  help.
11       **A.  I do not.**
12       Q.  Or do you recall the names of any
13  personnel that you worked with, even someone in
14  payroll?
15       **A.  My mother.**
16       Q.  You never worked at IP when your mom
17  worked at IP, though, did you?
18       **A.  I think I did.**
19       Q.  You did.
20       **A.  Yeah.**
21       Q.  Okay.  Was she there every summer that
22  you worked there?
23       **A.  I think so.**
24       Q.  Did your mom retire from IP?

Page 199

1        **A.  Yeah.**
2        Q.  Okay.  Did you ever attend safety
3   meetings while working at IP?
4        **A.  Never.**
5        Q.  Do you know if safety meetings were
6   held?
7        **A.  No.  Don't know.**
8        Q.  Do you ever recall OSHA ever coming out
9   to the site when you worked at IP?
10       **A.  I do not recall.**
11          MR. CLARK:  Did you say OSHA?
12          MS. PENN:  Yeah.  You know what, it's my
13  fault.
14          MR. CLARK:  Okay.
15          MS. PENN:  It shouldn't be in there.
16       You're right.
17  BY MS. PENN:
18       Q.  Do you know if IP had a safety department
19  when you worked there?
20       **A.  I do not know for sure, no.  I would
21  guess yes, but...**
22       Q.  Did you ever know the names of any of the
23  safety directors?
24       **A.  No.**

Page 200

1        Q.  Did anyone ever verbally warn you about
2   the dangers of asbestos when you worked for IP?
3        **A.  No.**
4        Q.  Did you ever verbally warn anyone about
5   asbestos?
6        **A.  No.**
7        Q.  Did you ever make any safety complaints
8   of any kind to IP?
9        **A.  No.**
10       Q.  And you have never been a member of a
11  union, have you?
12       **A.  No.**
13       Q.  Correct, you have never been a member of
14  a union?
15       **A.  That's correct.**
16       Q.  Do you recall when you first learned
17  about the dangers of asbestos?
18       **A.  When?**
19       Q.  Yes.
20       **A.  I do not recall.  I learned about the
21  dangers of cancer from asbestos three months ago.**
22       Q.  And when you were working as a -- after
23  your education was completed and you were working
24  in academia with your Ph.D., did you ever have any

Page 201

1   type of research or other work that was associated
2   with asbestos or its dangers?
3        **A.  No.**
4        Q.  No, you never had any work that was
5   associated with asbestos?
6        **A.  Correct.**
7        Q.  Did you ever do your own automotive
8   repair work at any point in your life?
9        **A.  Changed a few tires, but probably -- I
10  never worked on my engine or anything like that.
11  So the answer is not significant.**
12       Q.  Did you ever change out the brakes on
13  your cars?
14       **A.  No.**
15       Q.  Or anyone else -- did you ever help a
16  friend with his car?
17       **A.  No.**
18       Q.  Changing brake pads?
19       **A.  Did not.**
20       Q.  Have you ever been a smoker?
21       **A.  Yes.**
22       Q.  Did you smoke when you worked at IP?
23       **A.  Probably.**
24       Q.  Y'all were allowed to take smoke breaks,

51 (Pages 198 to 201)

James Leoma Gaddy
November 13, 2018

Page 202

1    yes?
2        A.  I don't remember.
3        Q.  How long did you smoke?
4        A.  10 years, 12 years.
5        Q.  When did you start and stop?
6        A.  Oh, I started, went to college, I guess,
7    and stopped 10 or 12 years later.
8        Q.  And about how much did you smoke?
9        A.  Beg your pardon?
10       Q.  About how much did you smoke every
11   day?
12       A.  A pack a day.
13       Q.  A pack a day.  Do you know if there was
14   a significant event that caused you to quit?
15       A.  Yes.  Her name is Betty Gaddy.
16       Q.  I thought that might have something to
17   do with it.
18           When did you first become aware
19   that smoking was dangerous to your health?
20       A.  I think Betty reminded me of that
21   frequently.
22       Q.  So the same answer?
23       A.  Yeah.
24       Q.  And that would be when y'all were dating

Page 203

1    she wanted you to quit for your health?
2        A.  Yes.
3        Q.  Did you ever see any blueprints for the
4    Spring Hill facility?
5        A.  No.
6        Q.  Did you ever see any type of
7    specifications for any pipe insulation?
8        A.  No.
9        Q.  All right.  I want to talk to you about
10   your mother's and father's employment history.
11   We'll start with the first in time with your
12   father.
13           Do you know if he worked anywhere
14   before International Paper?
15       A.  Don't know about it if he did.
16       Q.  After -- from the time that you came to
17   live with them when they adopted you and you were
18   three years old, was he working at International
19   Paper at that time?
20       A.  Yes.
21       Q.  Do you know where at the Spring Hill
22   facility your father worked?
23       A.  Well, he was a brick mason.  He worked
24   primarily on the kilns, but perhaps other brick

Page 204

1    jobs or places as well.  I don't know for sure.
2        Q.  You wouldn't have any personal knowledge
3    of his day-to-day activities where he was
4    assigned?
5        A.  No.
6        Q.  And could he have been employed in
7    construction at some point?
8        A.  In what?
9        Q.  Construction.
10       A.  Well, that was -- I mean, relining the
11   kilns would probably qualify as construction.
12       Q.  And it's possible that he could have
13   been involved in other brick masonry services
14   throughout the plant that didn't involve the kiln,
15   correct?
16       A.  Correct.
17       Q.  Did you ever go visit your father at the
18   Spring Hill facility?
19       A.  No.
20       Q.  Did you ever personally observe him
21   working?
22       A.  No.
23       Q.  Do you recall what the year was when
24   your father got the job in Mobile?

Page 205

1        A.  Well, goodness, I had some notes.
2    Whatever happened to my notes?
3        Q.  I have a copy.
4            MR. CLARK:  We redacted everything but
5        the timeline.
6            THE WITNESS:  Oh, that's good.  Let's
7        see, that would have been in the 1940s
8        probably, maybe late '30s, so I'd say in the
9        time frame of '38 to '42.
10   BY MS. PENN:
11       Q.  Do you believe that you were in
12   elementary school when your father went to work in
13   Mobile?  You would have been around six years old.
14       A.  Yeah, probably.
15       Q.  Did the whole family pick up and move?
16   Did you have to change schools?
17       A.  Yes.  Uh-hum.
18       Q.  Do you remember if you had to change
19   schools when he worked in Panama City?
20       A.  Yes.  Same thing.  I don't know the
21   specifics of what his job assignments were, but we
22   lived in those three cities about 9 or 12 months
23   each.
24       Q.  So is it your testimony that you, your

52 (Pages 202 to 205)

James Leoma Gaddy
November 13, 2018

Page 206

1    mother and your father collectively moved to Mobile
2    and at a separate time Panama City and a separate
3    time Charleston and lived together in the same
4    house when your father moved to those cities to
5    work?
6         A.  That's correct.
7         Q.  Do you know about what year each one
8    was?  I know you said you think maybe around '38
9    for Mobile.
10             Were they all successive?
11        A.  They were.
12        Q.  Or did y'all go back to Spring Hill and
13   go somewhere else?
14        A.  I believe, and this is not precise, but I
15   believe that we moved from Spring Hill to Mobile to
16   Panama City to Charleston and lived in each of
17   those cities about a year.
18        Q.  Okay.  And then --
19        A.  And then came back to Spring Hill.
20        Q.  After that succession of three different
21   cities, was your father ever sent away again?
22        A.  No.
23        Q.  Even without y'all moving with him, was
24   he ever sent for any extended period of time to any

Page 207

1    other plant?
2         A.  I don't think so, but I don't know for
3    sure.
4         Q.  Is it your memory that your father lived
5    at home up until you were 13 years old
6    continuously?
7         A.  Yes.
8         Q.  Was there ever a time that your father
9    moved out where he lived in the same town but just
10   didn't live in your home?
11        A.  No.
12        Q.  Okay.  Do you believe -- where are these
13   other pages?
14             MR. CLARK:  I have them.
15   BY MS. PENN:
16        Q.  Do you believe that your father had the
17   same job title at each different facility he worked
18   at, the one in Spring Hill, the one in Mobile, the
19   one in Panama City, the one in Charleston?
20        A.  I don't know.  I have no idea.
21        Q.  Do you know if your father ever
22   progressed up in positions within IP?
23        A.  He was always a brick mason.
24        Q.  Okay.

Page 208

1         A.  I don't have any memory of him being
2    anything else.
3         Q.  All right.  I want to talk to you about
4    your mother's work at International Paper.  You
5    testified before that she went to work after the
6    divorce.  Were you 13 years old when she went to
7    work?
8         A.  Approximately.
9         Q.  Okay.  And she worked there until her
10   retirement?
11        A.  Yes.
12        Q.  What year was that?
13        A.  Her retirement?
14        Q.  Yes.
15        A.  Goodness.  I don't -- maybe I can tell
16   from this timeline.  About 1970.
17        Q.  Okay.
18        A.  That's a guess.
19        Q.  Okay.  So you just don't know really when
20   your mom may have ended her work?
21        A.  I said 1970s.
22        Q.  Are you -- is that -- do you feel that's
23   an educated guess based on refreshing your memory
24   by looking at your own work history and where you

Page 209

1    believe you were when your mother retired?
2         A.  Correct.
3         Q.  Okay.  Thank you.
4             Do you know if your mother received
5    a pension from International Paper?
6         A.  She did.
7         Q.  Do you know if your father received a
8    pension from International Paper?
9         A.  He did not.
10        Q.  He did not?
11        A.  Did not.  He didn't retire.  He left the
12   employ of International Paper.
13        Q.  Do you know what year that was?
14        A.  Goodness.  '45 approximately.  1945.
15        Q.  Do you know where your mother's office
16   was housed within the Spring Hill facility?
17        A.  No.
18        Q.  Did you ever visit her there when you
19   were working there in the summers?
20        A.  I don't think so -- well, I know
21   generally where it was.  The offices were in an
22   upper floor of the office building, but that's the
23   best -- I never visited there, so I never saw that
24   office.

53 (Pages 206 to 209)

James Leoma Gaddy
November 13, 2018

Page 210

1    Q.  Did you and your mother ever take the
2  bus together to work?
3    A.  Uh-um.
4    Q.  Did your mother drive herself and you
5  took the bus?
6    A.  No.
7    Q.  But you arrived separately at
8  Spring Hill?
9    A.  Yeah.  A lot of times I worked afternoon
10  shifts, I think, at the paper mill.
11    Q.  Do you believe your mother always worked
12  the day shift?
13    A.  Yes.
14    Q.  Do you know the name of any of the plants
15  where your father worked in Mobile or Panama City
16  or Charleston?
17    A.  International Paper paper plants, paper
18  mills.
19    Q.  Do you know for sure that they were
20  International Paper paper plants?
21    A.  Yes.
22    Q.  I'm sorry, did you say they were paper
23  mills?
24    A.  Paper mills, yes.

Page 211

1    Q.  All three were International Paper paper
2  mills?
3    A.  Yes.
4    Q.  Thank you.
5       Do you believe that your father was
6  exposed to asbestos while working at International
7  Paper?
8    A.  Yes, I think he was probably heavily
9  exposed.
10    Q.  And how do you think that he was
11  exposed?
12    A.  Well, he worked with brick and masonry
13  and insulating properties, so very likely that he
14  was heavily exposed.
15    Q.  And that's not activity you ever
16  personally saw him do, right?
17    A.  Never saw him do it, no.
18    Q.  What about your mother, do you think
19  your mother was exposed to asbestos when she worked
20  for IP?
21    A.  I don't know.  I mean, her chances of
22  being exposed are much less than my father's.  She
23  worked in the office, and he worked out there in
24  the kiln area installing brick and insulation,

Page 212

1  so...
2    Q.  But you don't have any independent
3  knowledge of the levels of asbestos at the IP
4  Spring Hill facility, do you?
5    A.  No.
6    Q.  You have never done any type of air
7  monitoring or seen any numbers of asbestos
8  levels?
9    A.  No.
10    Q.  Are you saying you agree with me, no, you
11  have never done such testing?
12    A.  I'm saying I agree with you.
13    Q.  Do you know if any of the tools that your
14  father used would have contained asbestos?
15    A.  Tools?
16    Q.  Actual tools.
17    A.  No.  Unlikely.
18    Q.  Do you know if -- it's your belief that
19  materials your father may have used in his work
20  contained asbestos?
21    A.  Yes.
22    Q.  Do you know if your father ever worked
23  during any shutdowns?
24    A.  Yeah.

Page 213

1    Q.  Do you have a specific memory of your
2  father working a shutdown?
3    A.  Well, I can't tell you a time, but that
4  was a time when the kilns would be down and it was
5  a time when he could get inside and do repair work,
6  and so it was a busy time for him, sure.
7    Q.  You never visited your father during a
8  shutdown and observed him doing any work during a
9  shutdown?
10    A.  Never saw him working at the
11  International Paper paper mills.
12    Q.  And do you think that your mother ever
13  worked during any shutdown --
14    A.  Yeah.
15    Q.  -- in the office?
16    A.  Yeah.
17    Q.  You, of course, wouldn't personally have
18  observed her, but it's your belief that she worked
19  continuously during the shutdowns?
20    A.  Yes.  Is that a particularly good time
21  for asbestos to be in the air?
22    Q.  All right.  Do you know if your father
23  was ever a member of a union?
24    A.  I'm sorry, I don't know.

54 (Pages 210 to 213)

James Leoma Gaddy
November 13, 2018

Page 214

1    Q.  Do you know if your mother was ever?
2    **A.  Probably not, but I don't know.**
3    Q.  Okay.  Do you know if your mother was
4    ever in a union?
5    **A.  No.  Not in a union.**
6    Q.  Thank you.  Do you know if either your
7    mother or your father ever filed any safety
8    complaints with IP?  Did they ever discuss anything
9    like that at your home?
10   **A.  No.**
11   Q.  No, they never discussed it?
12   **A.  They never discussed it -- well, that I**
13   **was privy to.**
14   Q.  Did either your mother or your father
15   ever talk about any of their coworkers, or did
16   any coworkers ever come to your house whose names
17   you can remember?
18   **A.  I can't remember any names.**
19   Q.  Did your mother and/or your father
20   smoke?
21   **A.  No.**
22   Q.  Neither?
23   **A.  Neither.**
24   Q.  You testified that you thought the cloth

Page 215

1    rollers for the paper machine that the paper rolled
2    over contained asbestos.
3    **A.  Yes.**
4    Q.  Can you tell me your basis for that
5    belief?
6    **A.  High temperature and the tensile**
7    **strength, both of which asbestos would provide, so**
8    **it's my opinion that that was likely -- those**
9    **rollers likely would contain asbestos.**
10   Q.  But you don't have any --
11   **A.  No.**
12   Q.  -- independent knowledge that they --
13   **A.  No analysis, no technical analysis other**
14   **than the likelihood that I attached to them.**
15   Q.  Did anyone ever tell you that those cloth
16   rollers contained asbestos?
17   **A.  No.**
18   Q.  Do you know the brand name or
19   manufacturer --
20   **A.  No.**
21   Q.  -- of that cloth?
22   **A.  Do you know whether they contain**
23   **asbestos?**
24   Q.  Unfortunately I can't answer your

Page 216

1    questions today.
2    **A.  Okay.**
3    Q.  All right.  When you talked about
4    bumping your head on the pipe --
5    **A.  Yeah.**
6    Q.  -- do you know what was flowing through
7    that pipe, what type of pipe that was?
8    **A.  I have no idea.  It was solid, I know**
9    **that.**
10   Q.  Do you recall a specific instance of
11   removing insulation from a steam pipe at the
12   Spring Hill facility?
13         MR. CLARK:  Objection.  Asked and
14   answered.
15   BY MS. PENN:
16   Q.  You can answer.
17   **A.  Beg your pardon?**
18   Q.  You can answer.
19   **A.  I can?  You say I can?**
20   Q.  You can.
21   **A.  Oh.  Ask the question again.**
22   Q.  Do you remember a specific instance of
23   removing insulation from a steam pipe at the
24   Spring Hill facility?

Page 217

1    **A.  I do not, but it's very likely that I did**
2    **that many times.**
3    Q.  There's just not an instance that you can
4    recall right now that you would say that was the
5    steam pipe in that room that we removed insulation
6    from?
7    **A.  That is right.**
8    Q.  You say that it's likely that's something
9    you could have done.  Can you estimate for me how
10   long the process would have taken to have removed
11   insulation from a steam pipe if you did do it?
12         MR. CLARK:  Don't guess.  If you
13   remember, it's fine.
14   BY MS. PENN:
15   Q.  If you don't remember, you can say you
16   don't know.
17   **A.  It could have been all day.  It could**
18   **have been 30 minutes.  It depends on where and how**
19   **big or how long the pipe was.**
20   Q.  So it's your testimony -- tell me if I'm
21   correct -- that in order to gauge any type of
22   exposure to pipe insulation we would need more
23   specifics about what was removed, when it was
24   removed, how much of it was removed and where

55 (Pages 214 to 217)

James Leoma Gaddy
November 13, 2018

Page 218

1   you were in the facility when you removed it.
2       **A. And even 60 years ago? Can't help**
3   **you.**
4       Q. Without that information you can't
5   really give me an estimate of exposure to pipe
6   insulation?
7       MR. CLARK: Objection. Form.
8       THE WITNESS: No.
9   BY MS. PENN:
10      Q. No, you can't give me an estimate?
11      **A. That's correct.**
12      Q. I'll switch gears just real quick --
13      **A. Okay.**
14      Q. -- to ask you one question, I promise,
15  about Ethyl.
16      **A. All right.**
17      Q. Did you ever see any specifications for
18  the pipe insulation that was to be used at Ethyl?
19      **A. No.**
20      Q. I told you one question.
21          When you worked at Arkla, can you
22  tell me the material components of the cement that
23  was --
24      **A. Of the what?**

Page 219

1       Q. Of the cement. Cement.
2       **A. Yes. Tell me -- ask me what you're**
3   **asking.**
4       Q. The material components of how y'all made
5   the cement.
6       **A. Oh. You dug the rock out of the ground**
7   **and you crushed it and put it into the kiln; and as**
8   **it heated up, the carbon dioxide was volatilized**
9   **and what's left was the cement.**
10      Q. And there was no -- what type of rock
11  was that that you used?
12      **A. I don't know.**
13      MS. PENN: I believe that's all the
14  questions I have for you, Mr. Gaddy.
15      MR. CLARK: All right. I can see the
16  light at the end of the tunnel.
17      MS. PENN: Thank you very much for
18  your patience.
19      MR. CLARK: Jackie.
20      THE WITNESS: Thank you for your
21  patience.
22          EXAMINATION
23  BY MS. ROMERO:
24      Q. I just have a couple of questions for

Page 220

1   you.
2       **A. You do. You should have gone first and**
3   **you would have been out of here.**
4       Q. That's how I started to feel as the day
5   progressed.
6       THE VIDEOGRAPHER: Can I move the mic
7   on you real fast?
8       MS. ROMERO: Sure.
9       THE VIDEOGRAPHER: Put it on the collar.
10  BY MS. ROMERO:
11      Q. Dr. Gaddy, my name is Jackie Romero.
12      **A. Hi, Jackie.**
13      Q. It's a pleasure to meet you.
14      **A. Thank you.**
15      Q. The first question I want to ask you is
16  do you recognize the name The Aber Company?
17      **A. Spell it.**
18      Q. A-b-e-r.
19      **A. No.**
20      Q. Okay. And when you were working at
21  Ethyl, do you recall ever seeing any insulation
22  contractors?
23      MR. CLARK: Objection. Form.
24          Do you understand what she's asking?

Page 221

1       THE WITNESS: Yeah. I don't know that
2   they used insulation contractors per se to
3   come in. I don't know. They probably used
4   their own employees, but I don't know the
5   answer to the question.
6   BY MS. ROMERO:
7       Q. Okay. And, sir, I just want to make sure
8   I understand that.
9           It is your testimony that you don't
10  know the name, brand or manufacturer of any of the
11  insulation that was present at Ethyl; is that
12  correct?
13      **A. Goodness, no.**
14      MS. ROMERO: All right. I think that's
15  all I have.
16      MR. CLARK: James.
17      THE WITNESS: Boy. We're getting close
18  here.
19          EXAMINATION
20  BY MR. GUIDRY:
21      Q. Dr. Gaddy, my name is James Guidry. I
22  won't be quite as short as Jackie, but I hope to be
23  very fast.
24      **A. Sure.**

56 (Pages 218 to 221)

James Leoma Gaddy
November 13, 2018

Page 222

1    Q.  I want to take you back to Ethyl again
2  and ask you a few questions about that.
3        Jackie -- Miss Romero just asked you
4  about working around insulation contractors at
5  Ethyl.
6        What I wanted to ask you, do you ever
7  recall working around any insulators at Ethyl?
8    **A.  Per se having somebody called an**
9  **insulator, I can't say that I have.**
10   Q.  Okay.  Let me ask it in a better way.
11  Did you ever work around anyone who was installing
12  insulation at Ethyl?
13   **A.  I can't be specific and say, you know,**
14  **this place or this time.  The answer is they were**
15  **doing insulation and I was present, so the answer**
16  **is very likely.**
17   Q.  Okay.  And do you know about how close
18  you would have been to people who were installing
19  insulation at Ethyl?
20   **A.  I can't recall, sorry.**
21   Q.  Are we -- can you estimate -- and by
22  that I mean were you 10 feet, 20 feet, 30 feet,
23  40 feet?
24   **A.  Well --**

Page 223

1        MR. CLARK:  Objection.  Asked and
2  answered.
3        THE WITNESS:  It would be a wild guess.
4        MR. CLARK:  Yeah, don't make wild
5  guesses.
6  BY MR. GUIDRY:
7    Q.  If it's a wild guess, I don't need that
8  kind of answer.
9    **A.  Okay.**
10   Q.  You wouldn't be able to tell me how many
11  times you saw somebody who was working with
12  insulation at Ethyl, would you?
13       MR. CLARK:  Again don't guess.
14       THE WITNESS:  Many.  Many times, but
15  can't be specific.  It was a regular routine.
16  BY MR. GUIDRY:
17   Q.  Do you know if you saw this before the
18  strike at Ethyl or after or was it both?
19   **A.  If I saw --**
20   Q.  If you saw people working with insulation
21  at Ethyl, do you know if it was before the strike,
22  after the strike or both?
23   **A.  It was both.**
24   Q.  Okay.  And to be clear, Ms. Romero may

Page 224

1  have actually covered this, but to be clear, you
2  think the insulators that you saw working in Ethyl
3  were Ethyl employees?
4    **A.  I am reasonably --**
5        MR. CLARK:  Objection.  Asked and
6  answered.
7        THE WITNESS:  I'm reasonably sure that
8  that's correct, but I'm not positive.  It was
9  a frequent enough activity that they would not
10  have to contract it.
11  BY MR. GUIDRY:
12   Q.  Do you know if Ethyl ever used insulation
13  contractors on, say, a new construction job?
14   **A.  I don't know.**
15   Q.  Okay.  Do you know that you were ever
16  around a new construction job where contract
17  insulators were working at Ethyl?
18   **A.  I do not recall.**
19   Q.  Okay.
20   **A.  Sorry.**
21   Q.  Oh, no problem.  That's a perfectly fine
22  answer.
23       A little earlier you were asked
24  about Johns Manville out at Spring Hill.  What I

Page 225

1  wanted to ask you:  Do you ever recall working
2  around any Johns Manville products?
3    **A.  Specifically Johns Manville, no.  I do**
4  **not remember.**
5    Q.  Okay.  You worked at the pilot plant at
6  Ethyl.  That work was done after the strike out at
7  Ethyl?
8    **A.  Yes.**
9    Q.  We asked you about insulation
10  contractors.  But do you recall any contractors
11  ever working out at Ethyl while you were there?
12   **A.  I do not.**
13   Q.  And do you know the names of any of the
14  companies who supplied insulation to Ethyl?
15   **A.  I'm sorry, I do not know.**
16   Q.  That's a perfectly good answer.
17       MR. GUIDRY:  In fact, I think that's my
18  last question.  I thank you for your time
19  Mr. -- Dr. Gaddy.  I'm sorry.
20       THE WITNESS:  It's Jim.
21       MR. CLARK:  Okay.
22       THE WITNESS:  Thank you everybody
23  for --
24       MR. CLARK:  We have a couple of folks

57 (Pages 222 to 225)

James Leoma Gaddy
November 13, 2018

Page 226

1    over the phone.  Just let me check with
2    them.
3          Folks over the phone, any questions?
4          MR. VENINATA:  This is Gabe.  No, I
5    don't.
6          MR. CLARK:  Okay.
7          MS. HANNAN:  This is Katherine.  I don't
8    have any questions.
9          MR. CLARK:  Okay.
10         THE WITNESS:  We are pleased with that
11   answer.
12         MR. CLARK:  I have got just a couple more
13   for you.  I'm sorry.
14         THE VIDEOGRAPHER:  Do you have the mic
15   on?
16         MR. CLARK:  No.
17         THE VIDEOGRAPHER:  It's right there for
18   you.
19         MR. CLARK:  Let's see.  I'll go real
20   fast.
21              FURTHER EXAMINATION
22   BY MR. CLARK:
23         Q.  Going back to your time at International
24   Paper, pipefitter's helper time.

Page 227

1          You testified earlier that you
2    remembered working with gaskets.  Did I get that
3    right?
4          A.  Yes.
5          Q.  If you had to instruct somebody today on
6    how to remove a gasket, could you do that?
7          A.  That's pretty simple.  I believe I could
8    do that.
9          Q.  How do you do it?
10         A.  Well, you take the bolts loose and you
11   disconnect the flanges, and you take a screwdriver
12   and loosen the gasket and lift it out.
13         Q.  And is that what you recall of your work
14   with gaskets at International Paper?  In other
15   words, did you remove gaskets at International
16   Paper?
17         A.  I can't say with great specificity that I
18   did that, but that's the way I would recommend
19   having it done.
20         Q.  Okay.  I'll move on.
21              Steam traps, you mentioned working
22   with steam traps at International Paper, right?
23         A.  Likely.
24         Q.  What would you have done with steam

Page 228

1    traps?
2          A.  Just taken them loose so the pipefitter
3    could fix them properly.
4          Q.  Okay.  Pumps and valves.  Do you think
5    that you had to mechanically work on pumps and
6    valves such that you would have accessed any
7    packing material inside them?  Talking about
8    International Paper.
9          MS. PENN:  Object to form.
10         It's okay.  You can answer him.
11         THE WITNESS:  You confused me.  I'm
12   sorry.
13   BY MR. CLARK:
14         Q.  Okay.  And I'll restate it.
15         A.  It's late, so...
16         Q.  Pumps and valves --
17         A.  Yes.
18         Q.  -- at International Paper in the context
19   of your time as a pipefitter's helper.
20         A.  Right.
21         Q.  Do you know whether you would have
22   accessed the packing material inside pumps or
23   valves at International Paper?
24         A.  I don't know specifically that there was

Page 229

1    an instance where I did that, but likely.  I worked
2    with the pipefitter who at times removed pumps or
3    replaced pumps or whatever, so possibly, very
4    likely.
5          Q.  Okay.  Let's move from International
6    Paper to Ethyl.  And I want to touch on the two
7    exhibits that Mr. Bienvenu showed you earlier
8    today, okay?
9          A.  Okay.
10         Q.  All right.  So -- and I want to just hit
11   on a couple of pages quickly.  Exhibit 2, Page 7 --
12   and by Page 7, I mean Page 7 as it was numbered in
13   the booklet, not Page 7 of this packet.  So
14   we're in --
15         A.  All right.  Here.  This one.
16         Q.  This column.  Okay.  Now, I believe
17   Mr. Bienvenu referenced you to the first full
18   paragraph which says, "Dust and chemical
19   respirators also are available at stores.  Everyone
20   is expected to call for and use them on all
21   occasions when they can provide protection."
22              Did I read that right?
23         A.  Yep.
24         Q.  Does that paragraph use the word

58 (Pages 226 to 229)

James Leoma Gaddy
November 13, 2018

Page 230

1  asbestos?
2      A.  No.
3      Q.  Does that paragraph tell you how to
4  protect yourself from asbestos?
5          MR. BIENVENU:  Objection to form.
6          THE WITNESS:  No.
7  BY MR. CLARK:
8      Q.  Okay.  Let's move on to the next exhibit,
9  which is Exhibit No. 3.  Mr. Bienvenu referenced
10  you to Page 19, and I'll flip to it.  It's a page
11  that has the title Respirators, right?
12      A.  Uh-hum.
13      Q.  It says, "Respirators are used for
14  filtering particles out of the air you breathe.
15  Respirators are available for all employees needing
16  them.  Your foreman will instruct you."
17          Does that paragraph use the word
18  asbestos?
19      A.  No, sir.
20      Q.  Does that paragraph tell you how to
21  protect yourself from asbestos?
22          MR. BIENVENU:  Objection to form.
23          THE WITNESS:  No.
24          MR. CLARK:  I don't have any further

Page 231

1  questions for you.
2          Are we good?  Okay.  That's a wrap.
3          THE COURT REPORTER:  Signature?
4          MR. CLARK:  He'll read and sign.
5          THE VIDEOGRAPHER:  We are going off the
6  record at 6:22 p.m.
7              (Deposition concluded at
8              6:22 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 232

1          DEPONENT'S CERTIFICATE
2
      CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
3
4              STATE OF LOUISIANA
5  NO.: 2018-9487          DIVISION "F"
6          JAMES LEOMA GADDY
7              VERSUS
8      TAYLOR-SEIDENBACH, INC., ET AL.
9
10
      I, JAMES LEOMA GADDY, having been first
11  duly sworn, on oath, state that I have read the
    foregoing transcript of the testimony given by me
12  at my deposition on November 13, 2018, and that
    said transcript constitutes a true and correct
13  record of the testimony given by me at said
    deposition except as I have so indicated on the
14  errata sheets provided herein for such.
15
16  _____
          JAMES LEOMA GADDY
17
18
    No corrections (please initial):_____
19  Number of errata sheets submitted:_____ pgs.
20
    SUBSCRIBED AND SWORN TO
21  before me this _____ day
    of _____ 2018.
22
23  _____
          Notary Public
24

Page 233

1  STATE OF ILLINOIS  )
2                     ) SS:
3  COUNTY OF C O O K  )
4
5      I, Allison D. Weber, a notary public
6  within and for the County of Cook and State of
7  Illinois, do hereby certify that heretofore,
8  to-wit, on November 13, 2018, personally appeared
9  before me, at 75 North East Avenue, Fayetteville,
10  Arkansas, JAMES LEOMA GADDY, in a cause now pending
11  and undetermined in the Civil District Court for
12  the Parish of Orleans, State of Louisiana, wherein
13  JAMES LEOMA GADDY, is the Plaintiff, and
14  TAYLOR-SEIDENBACH, INC., ET AL., are the
15  Defendants.
16      I further certify that the said witness
17  was first duly sworn to testify the truth, the
18  whole truth and nothing but the truth in the cause
19  aforesaid; that the testimony then given by said
20  witness was reported stenographically by me in the
21  presence of the said witness, and afterwards
22  reduced to typewriting by Computer-Aided
23  Transcription, and the foregoing is a true and
24  correct transcript of the testimony so given by

59 (Pages 230 to 233)

James Leoma Gaddy
November 13, 2018

Page 234

1   said witness as aforesaid.
2           I further certify that the signature to
3   the foregoing deposition was reserved by counsel
4   for the respective parties.
5           I further certify that the taking of this
6   deposition was pursuant to notice, and that there
7   were present at the deposition the attorneys
8   hereinbefore mentioned.
9           I further certify that I am not counsel
10  for nor in any way related to the parties to this
11  suit, nor am I in any way interested in the outcome
12  thereof.
13          IN TESTIMONY WHEREOF:  I have hereunto set
14  my hand and affixed my notarial seal this 26th day
15  of November 2018.
16
17
18
    _____
19          NOTARY PUBLIC, COOK COUNTY, ILLINOIS
20
21
22
23
24

60 (Page 234)