UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES LEOMA GADDY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12926** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | **SECTION: L (2)** |

## JUDGMENT ON JURY VERDICT

This matter was tried by a jury with Judge Eldon E. Fallon presiding. On November 8, 2019, the jury rendered its verdict in favor of the Plaintiffs, James C. Gaddy and Theresa G. Adams, surviving children of James Leoma Gaddy, and against Defendant, Ethyl Corporation. The jury found that James Leoma Gaddy was exposed to asbestos while working at the facilities of Ethyl Corporation and non-party International Paper Company, and that exposure was a substantial cause or Mr. Gaddy's mesothelioma. The jury also found that both Ethyl Corporation and International Paper Company were negligent as to Mr. Gaddy's asbestos exposure and that negligence was a substantial contributing cause of Mr. Gaddy's mesothelioma. Furthermore, the jury found that the asbestos that caused Mr. Gaddy's mesothelioma was under the care or custody of both Ethyl Corporation and International Paper Company, and that the asbestos under the care or custody of Ethyl Corporation and International Paper Company posed an unreasonable risk of harm to Mr. Gaddy. The jury also found that Owens-Illinois manufactured, supplied or distributed a product that was unreasonable dangerous, that Mr. Gaddy was exposed to that product, and that exposure to that product substantially contributed to his mesothelioma. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiffs, James C. Gaddy and Theresa G. Adams, surviving children of James Leoma Gaddy, and

1

against Defendant, Ethyl Corporation, awarding survival action damages in the amount of **TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS for Physical Pain and Suffering ;  TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS for Mental Anguish;   TWO MILLION FIVE HUNDRED THOUSAND ($2,500,000.00) DOLLARS for the Loss of Enjoyment of Life and TWO HUNDRED FIFTY THOUSAND, SIX HUNDRED SIXTY-ONE and 45/100 ($250,661.45) DOLLARS**  for Medical Expenses, which was the amount that the parties had previously agreed and stipulated to, for a total award of **SEVEN MILLION, SEVEN HUNDRED FIFTY THOUSAND, SIX HUNDRED SIXTY-ONE and 45/100 ($7,750,661.45) DOLLARS.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment in the survival action be reduced by a virile share for the liability of the parties with whom plaintiffs settled prior to trial and whose liability was proven at trial, in order that the judgment of **SEVEN MILLION, SEVEN HUNDRED FIFTY THOUSAND, SIX HUNDRED SIXTY-ONE and 45/100 ($7,750,661.45) DOLLARS**, be reduce by two-thirds for a total award of **TWO MILLION, FIVE HUNDRED EIGHTY-THREE THOUSAND, FIVE HUNDRED FIFTY-THREE and 82/100 ($2,583,553.82) DOLLARS,**  plus legal interest from the date of demand, September 21, 2018, on the amount awarded against Ethyl Corporation.

**IT IS FURTHER ORDERED** that Defendant, Ethyl Corporation, bear costs proportionate to the allocation of its fault as set forth above.

NEW ORLEANS, LOUISIANA, this 19th day of November, 2019.

_____
JUDGE ELDON E. FALLON