## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES L. GADDY | * | Civil Action No. 2019-cv-12926 |
|       Plaintiff, | * | |
| Versus | * | Judge:  Eldon E. Fallon |
| TAYLOR-SEIDENBACH, INC., et al., | * | |
|       Defendants. | * | Magistrate:  Dana Douglas |

*************************************************************************

## **PLAINTIFFS' RESPONSE TO REMITTITUR ORDER**

Plaintiffs reluctantly accept the remittitur of their unanimous jury award of general damages from $7,500,000 to $3,000,000, as ordered by this Court on March 4, 2020 and confirmed after reconsideration on April 13, 2020.  *See* R. Doc. 102 (Order & Reasons); *see also* R. Doc. 116 (Order & Reasons).  They accept only because they have no real option. They cannot bear another jury trial. *See id*.

Respectfully submitted,

**LANDRY & SWARR, LLC**

/s/ *MATTHEW C. CLARK*
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP HOFFMAN, Bar No. 32277
MATTHEW CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, LA  70163
Telephone:  (504) 299-1214
Facsimile:   (504) 299-1215
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13th, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defense counsel by electronic mail.

/s/ *Matthew C. Clark*
MATTHEW C. CLARK