

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued
as the mandate on **Jan 05, 2021**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30209

---

THERESA G. ADAMS; JAMES C. GADDY,

*Plaintiffs—Appellants*,

*versus*

ETHYL CORPORATION, *formerly known as* ETHYL CHEMICAL,

*Defendant—Appellee*,

CONSOLIDATED WITH

---

No. 20-30242

---

THERESA G. ADAMS; JAMES C. GADDY,

*Plaintiffs—Appellees*,

*versus*

ETHYL CORPORATION, *formerly known as* ETHYL CHEMICAL,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-12926

---

Before Owen, *Chief Judge,* and King and Engelhardt, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.